```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE K05-0007--CV (JWS)
                     "ELLSWORTH A. JAMES V SALVATION ARMY ET AL"

              Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 11/10/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (320) Assault, libel and slander
                    28 USC 1332
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:


Parties of Record:                           Counsel of Record:

PLF 1.1           JAMES, ELLSWORTH A.        Ellsworth James
                                             Pro Per
                                             POB 1033
                                             Wrangell, AK 99929
                                             907-874-4171

DEF 1.1           SALVATION ARMY CHURCH      No counsel found for this party!

DEF 2.1           GALLAGHER BASSETT SERVICES INC   No counsel found for this party!

DEF 3.1           NAUTILUS INSURANCE GROUP   No counsel found for this party!
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE K05-0007--CV (JWS)
                   "ELLSWORTH A. JAMES V SALVATION ARMY ET AL"

                              For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/10/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (320) Assault, libel and slander
                    28 USC 1332
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


Document #   Filed      Docket text

    1 -  1   11/10/05   Application to proceed without prepayment of fees.

    2 -  1   11/10/05   Complaint filed.
```