**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
DEC 1 - 2005
CHAMBERS, U S DISTRICT JUDGE
JOHN W SEDWICK

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>Defendants. | Case No. K05-0007 CV (JWS)<br><br>ORDER REGARDING<br>WAIVING THE FILING FEE |

Ellsworth Alexander James, representing himself, has filed a civil complaint in this Court, based upon diversity jurisdiction, along with an application to waive the $250 filing fee in this case.[1] Because Mr. James did not provide full and complete financial information on his application, however, the application is deficient. For example, Mr. James did not explain the "other sources" of income he has received in the past twelve months.[2]

---

[1] See Docket Nos. 1, 2.

[2] See Docket No. 1 at 1.

T:\Orders.05\Misc\james ifp.wpd

3

The Court must have full and complete information about a party's financial status to make a decision about fees, and it has developed a form to obtain all the information it needs. Therefore, Mr. James will be allowed to file a new application on the enclosed Court form. Mr. James is reminded to answer **all** questions on the application fully, completely and directly, or the application will be denied. If a question does not apply, answer "N/A"; otherwise answer "yes" or "no", check all applicable boxes, fill in all blanks, and provide complete information as requested. The form must be **signed** and **dated**.

**IT IS HEREBY ORDERED** that:

1. Mr. James's request to waive payment of fees, at docket number 1, is DENIED with leave to amend;

2. If Mr. James decides to proceed with this action in light of the above-described deficiencies, he shall file an amended application to waive the filing fee **on the enclosed form**, as explained in this Order, or pay the Court's $250.00 filing fee on, or before **December 30, 2005**; otherwise this action will be dismissed without further notice;

3. The Clerk of Court is directed to send form PS11, Application to Waive the Filing Fee, with instructions, to Mr. James with this Order;

4. Mr. James shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by this Court's Local Rule 5.1(b); and

5. The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Mr. James with this Order.

DATED this 30th day of November, 2005, at Anchorage, Alaska.

JOHN W. SEDWICK
United States District Judge

K05-0007--CV (JWS)   12-1-05
E. JAMES
w/Form PS11 & Pro Se Handbook
PSLC