Name: Ellsworth Alexander James
Mailing Address, Zip: P.O. Box 1033, Wrangell, Alaska 99929
Telephone: 907-874-4171

**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Ellsworth Alexander James
Plaintiff,

vs.

The Salvation Army Church, et al.
Defendant(s).

**APPLICATION TO WAIVE
THE FILING FEE
(Non-Prisoner)**

CASE NO. K05-0007 CV (JWS)
(To be supplied by the Court)

I, Ellsworth Alexander James, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is civil, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  **(If "Yes" USE PRISONER FORM)**

2. Marital status:  ☐ Single  ☒ Married  ☐ Divorced  ☐ Separated

   a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

      If yes to either question, state monthly amount paid: N/A   OR state monthly amount received: N/A

   b. Dependants:  ☒ Spouse   ☒ Children # 3    ☐ Others # ____

   The names and ages of my children are:

   Name: Madeline James          Age: 12
   Name: Deven James             Age: 11
   Name: Jaden James             Age: 11 months
   Name: _____            Age: ____

PS11 (9/02)                Page 1 of 4                Fee Waiver

1

3.  Are you presently employed?   ☒ Yes   ☐ No

    a.  **If the answer is "Yes,"** provide the following information:

        *See attachment*

        Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

        Employer's name, address & telephone: Wrangell Wellness P.O. Box 771, Wrangell, AK 99929   874-2101

        Nature of employment: Social Services / Education

        How long employed by present employer: 1 year

    b.  **If you are not presently employed,** provide the following information:

        Date of last employment: N/A / ___ / ___ (month/day/year)

        Former employer's name, address & telephone: N/A

        Gross: $ N/A   Net: $ N/A  salary/wages per ☐ month ☐ week (chose one)

        Nature of employment: N/A

4.  Is your spouse employed?   ☐ Yes   ☒ No

    **If the answer is "Yes,"** provide the following information:

    Gross: $ N/A   Net: $ N/A  salary/wages per ☐ month ☐ week (chose one)

    Employer's name, address & telephone: N/A

    Nature of employment: N/A

    How long employed by present employer: N/A

5.  Are you receiving public assistance or unemployment benefits?   ☒ Yes   ☐ No

    a.  I have been on ☒ public assistance and/or have received ☐ unemployment benefits since: 05 / 31 / 05 (month/day/year).

    b.  I am receiving $ 1028  ☒ monthly / ☐ weekly for myself and my household of 5 (number).  +$550 food stamps

6. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment ☐ Yes ☒ No
    b. Rent payments, interest or dividends (not PFD) ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
    d. Disability or worker's compensation payments ☐ Yes ☒ No
    e. Gifts or inheritances ☐ Yes ☒ No
    f. Any other sources ☐ Yes ☒ No

    If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive. N/A

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s): ELLSWORTH ALEXANDER JAMES, $845, Madeline James $845, Deven James $845, Jaden James $845

8. Do you have **any** cash? ☒ Yes ☐ No

    State the total amount and location(s): $60.00 wallet

9. Do you have any checking account(s)? ☐ Yes ☒ No

    a. Name(s) and address(es) of bank(s): N/A

    b. Present balance(s) in account(s): N/A

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts? ☐ Yes ☒ No

    a. Name(s) and address(es) of bank(s): N/A

   b.  Present balance(s) in account(s): ____N/A____

11. Do you own an automobile or other motor vehicle?  ☒ Yes   ☐ No

   a.  Make: _Chevy_   Year: _'94_   Model: _Suburban_

   b.  What is its current value? $ _3600_

   c.  Is it financed?   ☐ Yes   ☒ No

   d.  If so, what is the amount owed? $ _N/A_

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value: _N/A_

13. Do you have any other assets or personal property other than clothing?   ☒ Yes   ☐ No

   If "Yes," list the asset(s) and state the value of each asset listed: _furniture, bedding, dishes, TV, household items_

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☐ Yes   ☒ No

   If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _N/A_

## DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: _12/7/05_
              DATE                              SIGNATURE OF APPLICANT

PS11 (9/02)                   Page 4 of 4                    Fee Waiver

 

## WRANGELL WELLNESS
A 501(C) (3) NONPROFIT ORGANIZATION

8/4/2005

**Sherry Spritzer**
Denali KidCare
Anchorage AK 99524
**Subject:** Case Number 05468674
Health Coverage for:
**Madeline S. James**
**Deven A.B. James**
**Jaden D. James**

Mr. James requested we provide an explanation of compensation for his position in the wellness program at Wrangell Wellness. Wrangell Wellness is a 501(c)(3) nonprofit organization. Our mission is to support the Wrangell community through program collaboration and the sharing of resources in the following categories:

1. General Health and Wellness
2. Adult Education and Literacy programs
3. Substance Abuse Prevention.
4. Vocational counseling, testing and evaluation.
5. Child and Adult advocacy

Ellsworth Alexander James is the managing director of the wellness program in Wrangell. The program is not yet fully funded and Mr. James does not have a salaried position. The position was offered with the understanding that as soon as the program was fully funded the position would provide a salary and benefits. Currently Mr. James receives compensation equal to between 400 and 700 dollars per month. This compensation comes in the form of assistance with utilities or household cost. The amount varies depending on what is left after operating expenses at the end of each billing cycle. In 2004 his total income for the year was 10,000.00

I hope this meets your requirements, should you have further questions please contact Mr. James.

Sincerely,
**Carol Brady**
Board Chair
Wrangell Wellness

P.O. BOX 771 • WRANGELL, ALASKA • 99929
PHONE: 907- 874- 2101 • FAX: 907- 874- 2104