IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SALVATION ARMY CHURCH,<br>et al.,<br><br>    Defendants. | Case No. 5:05-cv-00007-JWS<br><br>ORDER GRANTING<br>APPLICATION TO<br><u>WAIVE THE FILING FEE</u> |

      Ellsworth Alexander James, representing himself, has filed a civil complaint, along with an amended application to waive the filing fee under 28 U.S.C. § 1915.[1] Mr. James has now provided financial information that shows he is unable to pay the $250.00 fee in this case. Mr. James' application to waive the filing fee will, therefore, be granted.

---

    [1] *See* Docket No. 2, 7.

**IT IS HEREBY ORDERED** that:

Mr. James' application to waive the filing fee, at docket number 7, is GRANTED.

DATED this 23rd day of January, 2006, at Anchorage, Alaska.

S/JOHN D. SEDWICK<br>United States District Judge