IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH A. JAMES,<br><br>            Plaintiff,<br><br>vs.<br><br>SALVATION ARMY CHURCH, et al.,<br><br>            Defendants. | Case No. 5:05-cv-00007-JWS<br><br>ORDER DIRECTING<br>SERVICE  AND  RESPONSE |

Ellsworth A. James, representing himself, filed a civil complaint, with an application to waive the filing fee, under 28 U.S.C. § 1915, which has been granted.[1] One of the defendants has appeared and moved to dismiss, and as against that defendant, Nautilus Insurance Group, this action has been dismissed.[2] If Mr. James intends to proceed against the other two defendants, however, he must serve those remaining defendants with a summons and complaint.

---

[1] *See* Docket Nos. 2, 7, 8.

[2] *See* Docket Nos. 4, 6, 9.

**IT IS HEREBY ORDERED**:

1. Mr. James shall proceed with the steps outlined in this Order to insure that service of process is completed within 120 days of the date he filed his complaint.[3]

2. The Clerk of Court shall send Mr. James two summons forms with this Order. Mr. James must complete two separate summons forms for defendants, **Salvation Army Church, and Gallagher Bassett Services, Inc.**, and return the completed original forms, plus two copies for each defendant, to the Court for signature and seal. If the summonses are in proper form, they will be issued for service.[4]

3. Once Mr. James receives the summonses **issued** by the Clerk of Court (not the blank forms, which plaintiff must complete and send back to the Court), he shall send, **for each defendant,** a fully completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order to:

    United States Marshal
    222 West 7th Avenue, Box 28
    Anchorage, Alaska 99513

4. When the United States Marshal receives from Mr. James an appropriately completed Form 285, a copy of the complaint, an original and one copy of the

---

[3] *See* FED. R. CIV. P. 4(m).

[4] *See* FED. R. CIV. P. 4(b).

summons, and a copy of this Order **for each defendant**, the Marshal shall serve a copy of the complaint, summons and this Order upon the remaining defendants. All costs of this service shall be paid in advance by the United States. **Mr. James is responsible for paying the U.S. Marshal's fees and costs, however, and will be billed for these fees and costs after service of process is complete.**

5. Defendants shall have twenty (20) days after the date of service to file an answer or other responsive pleading.

6. Mr. James shall serve a copy of all <u>future</u> pleadings or documents submitted to the Court upon the defendants or, if an appearance has been entered by counsel for defendants, on defendants' attorney(s). Mr. James shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed to the defendants or their counsel. A certificate of service may be written in the following form at the end of his document:

   I hereby certify that a copy of the above  (name of document)  was served upon  (name of opposing party or counsel)  by  (mail/fax/hand-delivery)  at        (address)        on      (date)      .

                                                                 (Mr. James' Signature)

   Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

7. Mr. James shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by this Court's Local Rule 10.1(b).

8. At all times, Mr. James shall keep the Court informed of any change of address. Such notice shall be titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain **only** information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

9. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action. Mr. James should not write letters to the Court, but must file any requests for action by the Court during these proceedings in the form of a **motion**.

10. The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Mr. James with this Order.

DATED this 27th day of February, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK  
United States District Judge