```
Ellsworth A. James
PRO SE
P.O. Box 1033
Wrangell, AK 99929
```

RECEIVED

MAR 2 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELLSWORTH ALEXANDER JAMES,

    Plaintiff,

vs.

THE SALVATION ARMY CHRUCH, et al.

    Defendants

CASE No.: 5:05-cv-00007JWS

**Response to**
**Service and Response Order**

---

**I,** Ellsworth Alexander James, proceeding without a lawyer, File this response to the Service and Response Order.

I request an extension be allowed in order to properly complete summonses. Both defendants (the Salvation Army Church) and their representative Gallagher Bassett, Inc., are global organizations with many administrative offices and collaborative companies. My current contact with Gallagher & Bassett, Inc., in Corona CA, Sr. Claim Representative Ms. Sue Wright has warned me that while she awaits a filed complaint her office is not authorized to receive a summons.

Ms. Carolyn Gordon, risk management manager for Salvation Army Western Territories Headquarters, in Long Beach CA has deferred all responsibility for the matter to their representative Gallagher & Bassett, Inc.

[**Summary of pleading**] - 1

1

2  I have requested accurate service information but have yet to receive a

3  response.  I have again requested service information - documents 1 and 2 are

4  copies of the most recent request sent to each organization.

5

6

7

8                                              Dated this 13th[th] of March 2006

9

10                                              _____
                                                Ellsworth A. James
11

12

13  I, Ellsworth Alexander James, declare under penalty of perjury, that I have
    reviewed the above motion, and that the information contained in the motion
    is true and correct.

14

15  DATED this 13th day of March, Wrangell Alaska.

16                                              _____
                                                Ellsworth A. James
17

18

19

20

21

22

23

24

25

[Summary of pleading] - 2