# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 ELLSWORTH A. JAMES   v.   SALVATION ARMY CHURCH, et al. 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  5:05-CV-00007-JWS 

 Pam Richter 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: March 30, 2006

## EXTENSION OF TIME

Ellsworth A. James, for good cause shown, has moved this Court for an extension of time in which serve the defendants with a summons and complaint in this action.[1]

Mr. James' motion for extension of time will, therefore, be granted, and he may file his proof of service on or before **April 17, 2006**.


IT IS SO ORDERED.

---

[1] *See* Docket No. 11.

[james extension.wpd]{IA.WPD*Rev.12/96}