JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
coughlin@prestongates.com

Attorneys for Defendant, Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>     Plaintiff,<br><br>     v.<br><br>THE SALVATION ARMY CHURCH, et al.<br><br>                              Defendants | **ENTRY OF APPEARANCE**<br><br>Case No. K05-0007 CV (JWS) |

COMES NOW, Preston Gates & Ellis LLP, and hereby enters its appearance as

counsel for Defendant Gallagher Basset Services, Inc. in the above-entitled matter and

request that copies of all pleadings and correspondence pertaining to the above-captioned

case be directed to it at 420 L Street, Suite 400, Anchorage, Alaska 99501-1937.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

-1-

–2–

DATED at Anchorage, Alaska this 24th day of May, 2006.

PRESTON GATES & ELLIS LLP


By:/s/ Jennifer M. Coughlin
    Jennifer M. Coughlin Alaska Bar No. 9306015
    420 L Street, Suite 400
    Anchorage, AK 99501
    PH:  276-1969
    Fax: 276-1365
    coughlin@prestongates.com

Attorneys for Defendant Gallagher Basset
Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May
2006, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail    ☐ fax    ☐ hand delivery

/s/Jennifer M. Coughlin
K:\46152\00007\JMC\JMC_P20U4

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969