USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 5:05-cv-00007-JWS    Document 15    Filed 05/26/2006    Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Ellsworth A. James | COURT CASE NUMBER<br>5:05-cv-00007-JWS |
| DEFENDANT<br>The Salvation Army Church et al | TYPE OF PROCESS<br>Civil |

RECEIVED MAY 26 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Thomas Shanley, NATIONAL CORPORATE RESEARCH, LTD
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2929 LINDA AVE Juneau Alsaka 99901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ellsworth A. James
P.O. Box 1033
Wrangell Alaska, 99929

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                   Fold

The Corporate headquarters of National Corporate Research is, 225 West 34th Street, Suite 910 New York, NY 10122, Phone 1 800 221 0102 FAX 212 947 7200. Any questions regarding service to the Juneau office of National Corprate Research can be directed to the above address and phone number for assistance.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>907 874 4171 | DATE<br>3/27/06 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized...<br>redacted signature | Date<br>5-15-06 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of ... rks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date 5/18/06    Time ☐ am ☐ pm

Signature redacted signature

Mail fee

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | $5 36 | | 13 56 | | $0.00 |

REMARKS: Returned 5-25-06

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

7003 3110 0005 2101 0239



Salvation Army Church
Thomas Shanley
National Corporate Research
2929 Olinda Ave
Juneau, AK 99901

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $5.36 | |

Sent To: Thomas Stanley
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

Article Number: 7003 3110 0005 2101 0222

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Salvation Army Church
National Corporate Branch
2429 Juneau Ave
Juneau, AK 99801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Clayton Harrington
C. Date of Delivery: 5/16/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0005 2101 0222

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509