JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
coughlin@prestongates.com

Attorneys for Defendants The Salvation Army Church
and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SALVATION ARMY CHURCH, et al.<br><br>    Defendants | **ENTRY OF APPEARANCE**<br><br>Case No. K05-0007 CV (JWS) |

COMES NOW, Preston Gates & Ellis LLP, and hereby enters its appearance as counsel for Defendant The Salvation Army Church in the above-entitled matter and request that copies of all pleadings and correspondence pertaining to the above-captioned case be directed to it at 420 L Street, Suite 400, Anchorage, Alaska 99501-1937.

DATED at Anchorage, Alaska this 31st day of May, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Jennifer M. Coughlin
Jennifer M. Coughlin Alaska Bar No. 9306015
420 L Street, Suite 400
Anchorage, AK 99501
PH: 276-1969
Fax: 276-1365
coughlin@prestongates.com

Attorneys for Defendants Gallagher Basset Services, Inc. and The Salvation Army Church

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May 2006, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

/s/Jennifer M. Coughlin
K:\46152\00007\JMC\JMC_P20U5