JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
coughlin@prestongates.com

Attorneys for Defendants The Salvation Army Church
and Gallagher Bassett Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SALVATION ARMY CHURCH, et al.<br><br>    Defendants | Case No. K05-0007 CV (JWS)<br><br>**ANSWER** |

COMES NOW, Defendants The Salvation Army Church ("The Salvation Army") and Gallagher Bassett Services, Inc. ("Gallagher Bassett"), by and through their counsel of record, and admit, deny and allege as follows:

1.      In answer to the first sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

2.      In answer to the second sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

3.      In answer to the third sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

4. In answer to the fourth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

5. In answer to the fifth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

6. In answer to the sixth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

7. In answer to the seventh sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

8. In answer to the eighth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

9. In answer to the ninth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

10. In answer to the tenth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

11. In answer to the eleventh sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

12. In answer to the twelfth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

13. In answer to the thirteenth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

14. In answer to the fourteenth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

15. In answer to the fifteenth sentence of Plaintiff's "Introductory Allegations," Defendants admit that The Salvation Army did not acknowledge any alleged slander campaign because no such campaign existed, and deny the remaining allegations of this paragraph.

16. In answer to the sixteenth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

17. In answer to the seventeenth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

18. In answer to the eighteenth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

19. In answer to the nineteenth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

20. In answer to the twentieth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

21. In answer to the twenty-first sentence of Plaintiff's "Introductory Allegations," Defendants admit that The Salvation Army is a defendant in this action, and lack sufficient information upon which to form a belief as to the truth or falsity of the remaining allegations contained in this paragraph, and therefore deny the same.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

22. In answer to the twenty-second sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

23. In answer to the twenty-third sentence of Plaintiff's "Introductory Allegations," Defendants admit that Gallagher Bassett is a defendant in this action, and deny the remaining allegations contained in this paragraph, and therefore deny the same.

24. In answer to the twenty-fourth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

25. In answer to the twenty-fifth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

26. In answer to the twenty-sixth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

27. In answer to the twenty-seventh sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

28. In answer to the twenty-eighth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

29. In answer to the twenty-ninth sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

30. In answer to the thirtieth sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

31. In answer to the thirty-first sentence of Plaintiff's "Introductory Allegations," Defendants deny the same.

32. In answer to the thirty-second sentence of Plaintiff's "Introductory Allegations," Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

33. In answer to the thirty-third sentence of Plaintiff's "Introductory Allegations," these statements consist of a description of the claims that Plaintiff intends to bring, and no response from Defendants is required.

34. In answer to the first sentence of Plaintiff's "Jurisdiction and Venue" section, Defendants admit that they are not domiciled in the same state as Plaintiff, admit that Plaintiff has claimed that he seeks in excess of $75,000, and deny the remainder of the allegations contained in this paragraph.

35. In answer to the second sentence of Plaintiff's "Jurisdiction and Venue" section, Defendants admit venue is proper in Ketchikan if jurisdiction exists, and deny the remaining allegations contained in this paragraph.

36. In answer to the first paragraph of Plaintiff's "Parties" section, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

37. In answer to the second paragraph of Plaintiff's "Parties" section, Defendants deny that any entity called "The Salvation Army USA Western Territorial Headquarters" is a defendant, and therefore deny the remaining allegations contained in this paragraph.

38. In answer to the third paragraph of Plaintiff's "Parties" section, Defendants admit that Gallagher Bassett is a duly organized corporation, with an office in Corona, California, and admit the remaining allegations of this paragraph.

39. In answer to the fourth paragraph of Plaintiff's "Parties" section, Defendants

lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

40.     In answer to the fifth paragraph of Plaintiff's "Parties" section, Defendants deny the same.

41.     In answer to the first sentence of Plaintiff's first claim for relief, Defendants reincorporate all of their prior responses as though fully set forth herein.

42.     In answer to the second sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

43.     In answer to the third sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

44.     In answer to the fourth sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

45.     In answer to the fifth sentence of Plaintiff's first claim for relief, Defendants deny the same.

46.     In answer to the sixth sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

47.     In answer to the seventh sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

48.     In answer to the eighth sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

of the allegations contained in this paragraph, and therefore deny the same.

49. In answer to the ninth sentence of Plaintiff's first claim for relief, Defendants deny the same.

50. In answer to the tenth sentence of Plaintiff's first claim for relief, Defendants admit that Gary Hegre was a Salvation Army Captain at the time of the incidents alleged in the Complaint, and deny the remaining allegations contained in this paragraph.

51. In answer to the eleventh sentence of Plaintiff's first claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

52. In answer to the twelfth sentence of Plaintiff's first claim for relief, Defendants deny the same.

53. In answer to the thirteenth sentence of Plaintiff's first claim for relief, Defendants deny the same.

54. In answer to the fourteenth sentence of Plaintiff's first claim for relief, Defendants deny the same.

55. In answer to the fifteenth sentence of Plaintiff's first claim for relief, Defendants deny the same.

56. In answer to the sixteenth sentence of Plaintiff's first claim for relief, Defendants deny the same.

57. In answer to the seventeenth sentence of Plaintiff's first claim for relief, Defendants deny the same.

58. In answer to the first sentence of Plaintiff's second claim for relief, Defendants deny the same.

59. In answer to the second sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

of the allegations contained in this paragraph, and therefore deny the same.

60. In answer to the third sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

61. In answer to the fourth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

62. In answer to the fifth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

63. In answer to the sixth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

64. In answer to the seventh sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

65. In answer to the eighth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

66. In answer to the ninth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

67. In answer to the tenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

68. In answer to the eleventh sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

69. In answer to the twelfth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

70. In answer to the thirteenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

71. In answer to the fourteenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

72. In answer to the fifteenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

73. In answer to the sixteenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

74. In answer to the seventeenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

75. In answer to the eighteenth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

76. In answer to the nineteenth sentence of Plaintiff's second claim for relief,

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

77. In answer to the twentieth sentence of Plaintiff's second claim for relief, Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore deny the same.

78. In answer to the twenty-first sentence of Plaintiff's second claim for relief, Defendants deny the same.

79. In answer to the twenty-second sentence of Plaintiff's second claim for relief, Defendants deny the same.

80. In answer to the twenty-third sentence of Plaintiff's second claim for relief, Defendants deny the same.

81. In answer to the twenty-fourth sentence of Plaintiff's second claim for relief, Defendants deny the same.

82. In answer to the twenty-fifth sentence of Plaintiff's second claim for relief, Defendants deny the same.

83. In answer to the first sentence of Plaintiff's third claim for relief, Defendants reincorporate all of their prior responses as though fully set forth herein.

84. In answer to the second sentence of Plaintiff's third claim for relief, Defendants deny the same.

85. In answer to the third sentence of Plaintiff's third claim for relief, Defendants deny the same.

86. In answer to the fourth sentence of Plaintiff's third claim for relief, Defendants deny the same.

87. In answer to the fifth sentence of Plaintiff's third claim for relief, Defendants deny the same.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

88. In answer to the sixth sentence of Plaintiff's third claim for relief, Defendants deny the same.

89. In answer to the first sentence of Plaintiff's fourth claim for relief, Defendants reincorporate all of their prior responses as though fully set forth herein.

90. In answer to the second sentence of Plaintiff's fourth claim for relief, Defendants deny the same.

91. In answer to the third sentence of Plaintiff's fourth claim for relief, Defendants deny the same.

92. In answer to the fourth sentence of Plaintiff's fourth claim for relief, Defendants deny the same.

93. In answer to the fifth second sentence of Plaintiff's fourth claim for relief, Defendants deny the same.

94. In answer to the sixth sentence of Plaintiff's fourth claim for relief, Defendants deny the same.

95. In answer to the seventh sentence of Plaintiff's fourth claim for relief, Defendants deny the same.

## AFFIRMATIVE DEFENSES

Defendants submit the following by way of affirmative defenses, which defenses may be amended as additional information is obtained regarding the claims at issue:

1. Plaintiff's complaint fails to state a claim upon which relief can be granted.

2. Any damages that Plaintiff may have incurred were caused in whole or in part by the acts or omissions of third parties for whom Defendants do not bear legal responsibility.

3. Plaintiff's damages, if any, in whole or in part, were legally caused by his own comparative negligence.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

    4.    Plaintiff has failed to mitigate his damages.

    5.    Plaintiff is improperly seeking damages in excess of the amount allowed by law.

    6.    The acts allegedly committed by Mr. Hegre were not undertaken within the scope of Mr. Hegre's ordination, and Defendants are therefore not liable for those acts.

    7.    Plaintiff cannot prove that any of the Defendants' actions were outrageous or amounted to reckless indifference to the interests of another, preventing any award of punitive damages.

    8.    Plaintiff's recovery is barred by the doctrine of unclean hand.

    9.    Plaintiff cannot prove that the actions of Defendants were not the subject of a conditional or qualified privilege.

    10.    On information and belief, Plaintiff was a public figure with regard to his employment by Avenues.

    11.    Plaintiff cannot prove that the statements allegedly made about him were false.

    12.    Defendants reserve the right to assert additional affirmative defenses as it becomes aware of additional facts during the course of the litigation.

Wherefore, having fully answered Plaintiff's complaint, and having denied all allegations not expressly admitted, Defendants pray that Plaintiff's complaint be dismissed against Defendants with prejudice, and that Defendants be awarded their costs and fees, and such other relief as the Court may deem just and proper.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

DATED at Anchorage, Alaska this 12th day of June, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Jennifer M. Coughlin
    Jennifer M. Coughlin Alaska Bar No. 9306015
    420 L Street, Suite 400
    Anchorage, AK 99501
    PH: 276-1969
    Fax: 276-1365
    coughlin@prestongates.com

Attorneys for Defendants Gallagher Bassett Services, Inc. and The Salvation Army Church

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June 2006, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

/s/Jennifer M. Coughlin