RECEIVED
JUL 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Ellsworth A. James
*PRO SE*
P.O. Box 1033
Wrangell, AK 99929

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ELLSWORTH A. JAMES,

    Plaintiff,

vs.

THE SALVATION ARMY CHURCH, et al.

    Defendants

CASE No.: K05-0007 CV (JWS)

**PLAINTIFF'S Reply TO ANSWER OF DEFENDANT THE SALVATION ARMY CHURCH, et al.**

---

**I**, Ellsworth Alexander James, proceeding without a lawyer, File this Reply TO ANSWER DEFENDANTS, THE SALVATION ARMY CHURCH, AND GALLAGHER BASSETT SERVICES, INC.

    Plaintiff begins with a request to move forward to jury trial, and then follows with specific rebuttals to each affirmative defense as stated in the answer of the Salvation Army Church.

1.    The plaintiff has established the essential elements of this claim and seeks to move forward to jury trial and support the claim through the evidence. Compensatory damages specified in the claim for particular material, economic and financial losses suffered directly by the Plaintiff as the proximate result of the injury to the Plaintiffs reputation caused by the defamatory words. In addition to the direct material, economic and financial losses caused by the Defendants alleged wrongful act, the Plaintiff also

[**Summary of pleading**] - 1

1  seeks recovery for those damages which the law presumes to follow naturally
2  and necessarily from the utterance of slander which are recoverable by the
3  Plaintiff without proof of actual injury. Finally I the Plaintiff seek
4  punitive damages as at this very moment the Salvation Army Church has
5  assigned to Wrangell new Officers that have been reassigned at least in part
6  due to agitated members of a previous host community.

REPLY TO FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint and each cause of action stated therein do state facts sufficient to constitute a cause of action against The Salvation Army.

REPLY TO SECOND AFFIRMATIVE DEFENSE

Damages caused to Plaintiff were caused by acts and omissions of Officers of the Salvation Army Church, directed by and under the authority of the same.

REPLY TO THIRD AFFIRMATIVE DEFENSE

Plaintiff categorically denies any of the damages were caused by negligence.

REPLY TO FOURTH AFFIRMATIVE DEFENSE

Plaintiff made every possible effort to mitigate his damages, and damages against The Salvation Army Church should not be barred or limited.

REPLY TO FIFTH AFFIRMATIVE DEFENSE

Plaintiff has suffered extensive damages that are recoverable from The Salvation Army Church, et al. as a matter of fact and law. Plaintiff will show at trial that Salvation Army Officer's alleged slanderous statements indicate malice which increases the amount of damages allowed by law.

REPLY TO SIXTH AFFIRMATIVE DEFENSE

Plaintiff will show at trial that the actions the Salvation Army Officer were undertaken during day to day activities of the Salvation Army Church in Wrangell and that the alleged slanderous statements were in no small part

[**Summary of pleading**] - 2

1 | reinforced by that fact. That the Salvation Army Officer named in the claim
2 | was an official representative of the Salvation Army Church, assigned to
3 | Wrangell supported and directed by the Salvation Army Church through
4 | military style orders, making the Salvation Army Church liable for the
5 | actions of their Officers while on official assignment under the direct
6 | authority of the Salvation Army Church.

### REPLY TO SEVENTH AFFIRMATIVE DEFENSE

Plaintiff will show at trial that the Defendants alleged actions indicate malice and reckless indifference.

### REPLY TO EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not barred from seeking relief against The Salvation Army Church due to any equitable doctrine of unclean hands. Plaintiff categorically denies having unclean hands for any reason in this case.

### REPLY TO NINTH AFFIRMATIVE DEFENSE

Plaintiff will show at trial that Defendants had no conditional or qualified privilege.

### REPLY TO TENTH AFFIRMATIVE DEFENSE

Plaintiff was not a person of note, a state or local appointed or elected official and there is no implication of public interest. I the Plaintiff am a private entity and not a public figure.

### REPLY TO ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff will show at trial that statements made about the plaintiff were false.

Having fully replied to Defendants Answer, I the Plaintiff ask that my case be allowed to move forward to a jury trial.

[**Summary of pleading**] - 3

1       I, Ellsworth Alexander James, declare under penalty of perjury, that I have reviewed the above reply, and that the information contained in the
2   motion is true and correct.

3

4

5                                                 Dated this 17th of July 2006

6

7                                     By: _____
                                              Ellsworth A. James
8                                                           Plaintiff

9

10

11  **CERTIFICATE OF SERVICE**

12  I hereby certify that on this 17th day of July 2006, a true copy of the for going
13  Was delivered to:

14  Jennifer M. Coughlin
    420 L Street, Suite 400
15  Anchorage, AK 99501

16  Attorneys for the Defendants Gallagher Bassett Services, Inc.
    And The Salvation Army Church.

17  **Via: US Postal Service & E-Mail**

18

19

20

21

22

23

24

25

[**Summary of pleading**] - 4