JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
coughlin@prestongates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.<br><br>                                      Defendants | Case No. K05-0007 CV (JWS)<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Salvation Army states it is a nonprofit corporation, is not owned by any parent corporation, and that no publicly traded corporation owns 10% or more of an interest in The Salvation Army. Defendant Gallagher Basset Services, Inc. states that it is a wholly owned subsidiary of Arthur J. Gallagher and Co., a publicly traded corporation.

DATED at Anchorage, Alaska this 28th day of August, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Jennifer M. Coughlin
Jennifer M. Coughlin   Alaska Bar No. 9306015
420 L Street, Suite 400
Anchorage, AK 99501
PH: 276-1969
Fax: 276-1365
coughlin@prestongates.com

Attorneys for Defendants The Salvation Army Church and Gallagher Bassett Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August 2006, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

/s/ Jennifer M. Coughlin