JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
coughlin@prestongates.com

Attorneys for Defendants The Salvation Army Church
and Gallagher Bassett Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | |
| v. | Case No. K05-0007 CV (JWS) |
| THE SALVATION ARMY CHURCH, et al. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |
| Defendants | |

The Court has considered Defendant Gallagher Bassett Services, Inc.'s Motion for Summary Judgment, Plaintiff's opposition to the same, and Defendant's reply in support, and finds that no genuine issues of material fact exist which require a trial in this matter on any claims asserted against Defendant Gallagher Bassett Services, Inc.

IT IS HEREBY ORDERED:

Defendant's Motion for Summary Judgment is hereby granted, and all claims against Defendant Gallagher Bassett Services, Inc. are dismissed with prejudice.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

DATED this _____ day of _____, 2006.

_____
The Honorable John W. Sedwick
District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2006, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

/s/Jennifer M. Coughlin

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
*James v. The Salvation Army et al.*, K05-0007 CV (JWS)
Page 2 of 2