JENNIFER M. COUGHLIN
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
coughlin@prestongates.com

Attorneys for Defendants The Salvation Army Church
and Gallagher Bassett Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.<br><br>    Defendants | Case No. K05-0007 CV (JWS)<br><br>**AFFIDAVIT OF TODD LUDEMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

STATE OF CALIFORNIA    )
    ) ss.
COUNTY OF RIVERSIDE    )

    Todd Ludeman, being first duly sworn, deposes and states as follows:

    1.    I am the Branch Manager of the Corona, California office of Gallagher Bassett Services, Inc. ("Gallagher Bassett"). Attached as Exhibit A is a true and correct copy of the complaint served upon Gallagher Bassett in this matter.

    2.    Gallagher Bassett acts as a third party administrator for claims asserted against a wide variety of companies, including The Salvation Army in certain matters. Gallagher Bassett's sole contact with the instant case has been through its role as a third

party administrator for The Salvation Army. Gallagher Bassett has no connection with any of the underlying facts alleged in Plaintiff's complaint, and only learned of the allegations that Plaintiff is presently making on January 27, 2004 when it was contacted by the The Salvation Army regarding Plaintiff's claims.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Todd Ludeman

SUBSCRIBED AND SWORN to before me this 19th day of September, 2006.

_____
Notary Public in and for the State of California
My commission expires: 9/06/07

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2006, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

/s/Jennifer M. Coughlin

[Notary stamp: VICTOR M. ZELEDON, Comm. # 1437894, NOTARY PUBLIC - CALIFORNIA, San Bernardino County, My Comm. Expires Sept. 6, 2007]

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969