Ellsworth A. James
*PRO SE*
P.O. Box 1033
Wrangell, AK 99929

RECEIVED
DEC 04 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

ELLSWORTH A. JAMES,

      Plaintiff,

  vs.

THE SALVATION ARMY CHURCH, et al.

      Defendants

CASE No.: K05-0007 CV (JWS)

**PLAINTIFF'S Reply TO MOTION FOR SUMMARY JUDGEMENT**

I, Ellsworth Alexander James, proceeding without a lawyer, File this Reply TO ANSWER DEFENDANTS, THE SALVATION ARMY CHURCH, AND GALLAGHER BASSETT SERVICES, INC.

    Plaintiff begins with a request to move forward to jury trial, and then follows with specific rebuttals to each affirmative defense as stated in the answer of the Salvation Army Church.

The Defendants move for a dismissal of all claims against co-defendant Gallagher Bassett Services, Inc. Cases citied as grounds for dismissal are *Severson v. Estate of Severson*, 627 P.2d 649, 651 (Alaska 1981), Myers v. Robertson, 891 P.2d 199, 208(Alaska 1995)and National Chiropractic Mut. Ins Co., v. Doe, 23 F, Supp.2d 1109 (D. Alaska 1988). Counsel for the defense holds that; **Alaska Does Not Allow Direct Actions against Insurers for the Actions of Their Insured.**

[**Summary of pleading**] - 1

        Council for the Defense further states that; since claims against **Nautilus Insurance Group have been dismissed,** that claims **against Gallagher Bassett Services, Inc., should be dismissed as well.**

    A.    **Cases cited bear questionable relevance to this case.**

   Gallagher Basset Services, Inc. / ACE American Insurance is the identified risk management, claims administration , customer service Arm of the Salvation Army western territory headquarters.  It is the responsibility of Gallagher Bassett Services, Inc / ACE American Insurance to take loss reports and assign a Risk Management representative, to settle or defend the loss, and make sure that claims are handled according to the Insurance Industries "Best Practices". This exceeds the issuing of traditional indemnity policies and does not necessarily fall under common law ruling for suits against insurances companies.

 Unlike cases cited that most often dealt with claims of wrongful death against the insurance companies having active indemnity policies with the insured.  Gallagher Bassett Services, Inc., / ACE American Insurance are not merely Insurers but active participants in ongoing risk management strategies, customer service and claims administration processes. Services and or activities that are improperly done or that do not follow established procedure can be viewed as a dereliction of duty, and therefore share liability with the insured.  This is not so in cases cited.

The Salvation Army western territorial headquarters assistant director of risk management Carolyn Gordon deferred all matters concerning the offending employee to risk management firm representative Ms. Sue Wright with Gallagher Bassett Services, Inc. / ACE American Insurance.

                                [**Summary of pleading**] - 2

1  Gallagher Bassett is the risk management arm for the insured Salvation Army
2  western territory headquarters. This illustrates active participation in
3  business practices and implies responsibility for actions or omissions. No
4  specific allegations against Gallagher Bassett Services are required.

5
6

7  B.  **Nautilus Insurance Group**

8  Due to circumstances beyond my control I was not available to respond to
9  the motion to dismiss filed by Nautilus Insurance Group in the time
10  allotted.
11  Gallagher and Bassett Services, Inc., as its name implies is not a
12  traditional insurance company but a global business Risk Management and
13  Insurance services organization whose products exceed simple indemnity,
14  which Alaska laws regarding suits against Insurance companies address.
15  The claim against Gallagher Bassett Services, Inc., should not be
16  dismissed but continue to trial.

17

18  I, Ellsworth Alexander James, declare under penalty of perjury, that I have reviewed the above reply, and that the information contained in the
19  motion is true and correct.

20
21
22                                          Dated this 26TH day of November 2006
23
                                            By: _____
24                                              Ellsworth A. James
                                                    Plaintiff
25

[**Summary of pleading**] - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November 2006, a true copy of the for going Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendants Gallagher Bassett Services, Inc. And The Salvation Army Church.

**Via: US Postal Service & E-Mail**

[**Summary of pleading**] - 4