JENNIFER M. COUGHLIN
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                              Defendants. | NOTICE OF SUBSTITUTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL<br><br>Case No. K05-0007 (JWS) Civil |

To:         The Clerk of the Court

And to:     The Plaintiff, Ellsworth Alexander James

Please take notice that, effective January 1, 2007, the law firms of Preston Gates & Ellis LLP and of Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP. Accordingly, Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby substitutes for Preston Gates & Ellis LLP as counsel for the Defendants, The Salvation Army and

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE (907) 276-1969

Gallagher Basset Services, Inc.  Except as to the foregoing, there is no change in the address or in the attorney(s) assigned to handle the matter.

DATED at Anchorage, Alaska this 9th day of January, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:/s/ Jennifer M. Coughlin_____
    Jennifer M. Coughlin, Alaska Bar No. 9306015
**Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

NOTICE OF SUBSTITUTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL
James v. The Salvation Army, et al.
Case No. K05-0007 (JWS) Civil
Page 2 of 2

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969