## Submit into Evidence Exhibit 1

RECEIVED
MAR 0 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case 5:05-cv-00007-JWS   Document 31-2   Filed 03/01/2007   Page 1 of 2



**THE SALVATION ARMY**
USA Western Territorial
Headquarters
180 East Ocean Boulevard
Long Beach, CA 90802-4709

WILLIAM BOOTH
Founder

JOHN LARSSN
General

PHILIP SWYERS
Territorial Commander

July 5, 2005

E. Alexander James
P.O. Box 1033
Wrangell, AK 99929

Dear Mr. James:

Your undated letter, received on or about May 31, 2005 has been forwarded to this department for response.

Please be advised that our administrator, Gallagher Bassett Services, Inc, handles all alleged claims made against The Salvation Army Western Territory. As you are already aware, Sue Wright is the Claims Representative assigned to this matter.

Sue is charged with the responsibility of conducting a thorough investigation asking relevant questions and obtaining whatever documentation may exist. Ms. Wright has always exhibited a high degree of professionalism and I would be very surprised if that were not the case. However, her job requires that she ask questions that an individual may not want to answer.

In any event, I would ask that you cease sending letters to National Headquarters in Virginia or to other individuals here in the Western Territorial Headquarters. To continue doing so is futile, as these individuals do _not_ deal with claim maters. Your proper contact continues to be Sue Wright at Gallagher Bassett Services.

Sincerely,

Carolyn Gordon, ARM
Assistant Director, Risk Management

Cc: Todd Bassett, National Headquarters
    Lt. Col. Burger
    Commission's Office

Fax: (562) 491-8793
Phone: (562) 491-8378

www.salvationarmy.usawest.org