## Submit into Evidence Exhibit 2
Correspondence from defendant Gallagher Bassett to plaintiff

RECEIVED MAR 0 1 2007 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

 Gallagher Bassett Services, Inc.

September 6, 2005

E. Alexander James
P.O. Box 1033
Wrangell, AK 99929-1033

RE: Our Client: The Salvation Army
Our Claim Number: 000688-059489-GB-01
Date of Loss: 11/21/03

Dear Mr. James:

This will acknowledge receipt of your letter dated 8/24/05. Please discontinue copies of your correspondence to The Salvation Army. The Salvation Army is not handling this claim. As a reminder, Gallagher Bassett Services are their claims administrators and we are continuing our investigation into this matter.

Once our investigation has concluded, we will make a determination concerning your claim and will contact you.

Sincerely,

Sue Wright
Sue Wright
Sr. Claim Representative
On behalf of ACE American Insurance Company

P.O. Box 6900
Corona, CA 92878-6900
Tel: (866) 855-0230
Fax: (866) 855-9550