## Submit into Evidence Exhibit 3
Correspondence from defendant Gallagher Bassett to plaintiff

RECEIVED MAR 0 1 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

 Gallagher Bassett Services, Inc.

August 17, 2005

Mr. E. Alexander James
P.O. Box 1033
Wrangell, AK 99929

RE:  Our Client:        The Salvation Army
     Our Claim Number:  000688-059489-GB-01
     Date of Loss:      11/21/03
     Location:          The Salvation Army, Wrangell, AK

Dear Mr. James:

Please be advised we are the claims administrators for The Salvation Army. This letter is in response to your letter of 8/8/05.

For your file, I have enclosed a copy of the transcript of your recorded statement that was obtained on April 26, 2005.

Since receiving a copy of the document entitled "Partnership Agreement" between Avenues and The Salvation Army, we must do some further investigation into this matter. As such, we are not in a position to evaluate your claim. Once our additional investigation is complete, we will contact you to further discuss.

I must also advise you that Alaska has a two (2) year Personal Injury Statute of Limitations. As such, the statute will expire on 11/21/05.

Your courtesy and cooperation is greatly appreciated.

Sincerely,

*Sue Wright*
Sue Wright
Sr. Claim Representative
On behalf of ACE American Insurance Company

P.O. Box 6900
Corona, CA 92878-6900
Tel: (866) 855-0230
Fax: (866) 855-9550