JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST** |
|---|---|
| Plaintiff, | |
| v. | |
| THE SALVATION ARMY CHURCH, et al., | Case No. 5:05-cv-0007-JWS |
| Defendants. | |

Defendant The Salvation Army hereby requests a sixty day extension of time to file its witness list (which would otherwise be due on April 2, 2007). As indicated in the Affidavit of Jennifer M. Coughlin, no preliminary witness list has been received from Plaintiff. Discovery responses submitted by Plaintiff indicate that records currently in the possession of the successor organization to Avenues to Recovery (Plaintiff's former employer) are critical to Plaintiff's claims, and would have to be produced prior to taking the depositions of persons involved in Plaintiff's hiring or the circumstances of his

MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY WITNESS LIST
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 1 of 3

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

departure from Avenues to Recovery, see ¶2 to the Coughlin Affidavit. However, Plaintiff's discovery responses indicated that he did not possess any documents relating to his employment by Avenues, and that "[p]ersonal information from personal file was requested but never returned." See responses to RFP 5 and 7, Exhibits A and B to Coughlin Affidavit. The Coughlin Affidavit details efforts to get this information by subpoena and by requesting a release from Mr. James, neither of which have been successful. The latest proposal from the attorney for the successor entity is that the documents would be sent directly to Mr. James, so that Mr. James would then have responsive documents to produce. Counsel for defendant understands that such documents will be provided to Plaintiff shortly. Defendant therefore asks for an extension on the deadline for filing its witness list to allow these documents to be produced and reviewed, and for discovery to be taken of the relevant individuals.

DATED at Anchorage, Alaska this 2nd day of April, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: /s/ Jennifer M. Coughlin_____
Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation Army Church
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY WITNESS LIST
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY WITNESS LIST
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 3 of 3