JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES,<br><br>                               Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                               Defendants. | **(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST**<br><br>Case No. 5:05-cv-0007-JWS |
|---|---|

Having reviewed Defendant's Motion for Extension of Time to File Witness List; and any oppositions thereto;

It is so **ORDERED**.

The parties shall serve and file final witness lists on June 1, 2007.

Dated this _____ day of _____, 2007.

_____
The Honorable John W. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

By: /s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

(proposed) ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY WITNESS LIST
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 2 of 2