JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES,<br><br>         Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>         Defendants. | **AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST**<br><br>Case No. 5:05-cv-0007-JWS |
|---|---|

STATE OF ALASKA  )
         ) ss.
THIRD JUDICIAL DISTRICT )

  Jennifer M. Coughlin, being first duly sworn, deposes and states as follows:

  1. I am an attorney for Defendant The Salvation Army in this matter. I have personal knowledge of the facts contained herein, and am competent to testify thereto.

  2. No preliminary witness list has been received from Plaintiff. In an attempt to obtain basic information about the nature of his claims, a set of discovery requests was served on Plaintiff on February 14, 2007, see Exhibit A. On March 9, 2007, the responses

attached as Exhibit B were received from Plaintiff as an email document. While Plaintiff's discovery responses are far from clear, it appears that the bulk of Mr. James' claims are based on his assertion that he had made it clear when he was hired by Avenues that he had no professional licenses and that his educational credentials "would not be accredited or recognized," that he was defamed when a former Salvation Army officer evidently accused him of misrepresenting those credentials or licenses, and that The Salvation Army is ultimately responsible for causing him to resign from Avenues. It appears that documents from Avenues are critical to any depositions that would be taken on this subject.

3. On February 13, 2007, a subpoena duces tecum was issued to Avenues to Recovery, a true and correct copy of which is attached as Exhibit C. No one from Avenues appeared at the March 5 deposition, and no documents were provided. In subsequent discussions with Wrangell Community Services (which is currently running the Avenues program as a division of WCS), I was informed that the subpoena had been given to Mitch Seaver, an attorney who had previously represented Avenues to Recovery prior to its coming under WCS's management. I spoke with Mr. Seaver, who indicated that he had concerns over producing documents concerning Plaintiff James in response to a subpoena directed to an entity that was no longer acting as a separate legal entity, or in producing documents in lieu of appearing at a deposition. He requested that I get a signed release from Mr. James that would allow him to provide this information.

4. Without conceding that the original subpoena was not effective, in an effort to spare a third party like Avenues from any additional expense or concerns, I attempted to obtain a release from Mr. James. A true and correct copy of the email exchange that I had with Mr. James on this issue is attached as Exhibit D. Receiving no further response (and no release) after this exchange, I again spoke to Mr. Seaver, who suggested that he send these documents directly to Mr. James and that Mr. James could produce them to us in lieu

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR EXTENSION OF TIME
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 2 of 3

of a direct production by Avenues. I understand from Mr. Seaver that these documents should be sent to Mr. James shortly. Once these documents are received, depositions can be taken of appropriate witnesses.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Jennifer M. Coughlin

SUBSCRIBED AND SWORN to before me this ___ day of April, 2007.

Notary Public in and for the State of Alaska
My commission expires: 5/25/09

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail    ☐ fax    ☐ hand delivery

By: /s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR EXTENSION OF TIME
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 3 of 3