JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | |
| v. | Case No. K05-0007 (JWS) Civil |
| THE SALVATION ARMY CHURCH, et al., | |
| Defendants. | |

**DEFENDANT THE SALVATION ARMY'S FIRST SET OF DISCOVERY REQUESTS**

Defendant The Salvation Army hereby propounds its initial discovery requests to Plaintiff Ellsworth Alexander James.

**I. GENERAL DEFINITIONS**

A.   The word **"person"** refers to and includes any natural person, individual, firm, association, partnership, joint venture, corporation, company, estate, trust, receiver, syndicate, proprietorship, municipal or other governmental corporation or agency,

including groups and combinations of the same acting as a unit.

  B. The term **"describe"** and/or **"describe in full detail"** means to fully and accurately set forth every fact and circumstance, including omissions, which in any way relates to a matter of inquiry.

  C. The terms **"you"** and **"your"** refer to Ellsworth Alexander James, and his agents, attorneys, and other persons and entities under his control.

  D. The phrase **"state with particularity"** means to set out every aspect of every fact, circumstance, act, omission, or course of conduct known to the party to whom these requests are directed and relating in any way to the matter inquired about, including, without limitation, the date and place thereof, the identity of each person present thereat, connected therewith, or who has knowledge thereof, the identity of all writings relevant thereto, and if anything was said by any person, the identity of each such person and each such oral statement, and, if the oral statement in whole or in part constituted or was contained or reported, summarized, or referred to in any writing, the identity of each such writing.

## II. INSTRUCTIONS WITH RESPECT TO INTERROGATORIES

  A. Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, you are hereby requested and required, within thirty (30) days after service of these interrogatories, to serve upon Kirkpatrick & Lockhart Preston Gates Ellis LLP answers or objections to the interrogatories propounded in the manner, substance, and form provided for in Civil Rules 26 and 33.

  B. If you are unable to answer the interrogatories completely, please so state and answer to the extent possible, setting forth the reasons for your inability to answer more

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 2 of 11

EXHIBIT A
PAGE 2 OF 11

fully, and state whatever knowledge or information you do in fact have concerning the unanswered portion(s).

C. Whenever you are asked the identity of or to identify a person, and whenever an answer to an interrogatory contains a reference to a person, please state with respect to each such person:

1. name and current residence address;
2. current business affiliation and titles;
3. current business address or, if that be unknown, his last known business address; and
4. business affiliation, business address, and the current title of such person with respect to the business, organization, or entity with which he or she was associated and the capacity in which he or she acted in connection with the subject matter of these interrogatories.

## III. INSTRUCTIONS WITH RESPECT TO REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, you are requested to permit Kirkpatrick & Lockhart Preston Gates Ellis LLP, or someone acting on its behalf, to inspect and copy the documents and things specified herein at the offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, 420 L Street, Suite 400, Anchorage, Alaska 99501, or such other place as Kirkpatrick & Lockhart Preston Gates Ellis LLP may agree, on or before the thirtieth (30th) day after service of these requests. These requests are directed at original documents, if originals exist, unless Kirkpatrick & Lockhart Preston Gates Ellis LLP agrees that true, complete and completely legible copies are acceptable. Any agreement to accept copies in lieu of original documents shall not operate to waive



Kirkpatrick & Lockhart Preston Gates Ellis LLP's right to require production of original documents if copies provided are not satisfactory to Kirkpatrick & Lockhart Preston Gates Ellis LLP.

## IV. DUTY TO SUPPLEMENT RESPONSES

The following discovery requests are governed by the Federal Rules of Civil Procedure. Civil Rule 26(e) imposes upon you an affirmative duty to supplement any of your responses to the following discovery requests in the event that you should subsequently discover that any of your responses are incorrect, incomplete, misleading, or no longer correct, or in the event you acquire access to any documents, things, or information prior to the time of the trial that would make any of your initial answers to any of these discovery requests incorrect, misleading, or incomplete in light of such additional documents, things, or information.

## DISCOVERY REQUESTS

INTERROGATORY NO 1. Describe in full detail your educational background, including the name and address of any schools attended since high school, and an identification of any degrees received and any honors awarded.

RESPONSE:


INTERROGATORY NO 2. Describe in full detail all jobs held by you since 1995, including the name, address and phone number of any prior employers, a description of your job duties at each job, and the salary received.

RESPONSE:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.,* Case No. K05-0007 (JWS) Civil
Page 4 of 11

EXHIBIT A
PAGE 4 OF 11

INTERROGATORY NO 3. Identify all business or professional licenses you have held in the past six years.

RESPONSE:

INTERROGATORY NO 4. If you have ever been convicted of any crime, describe in full detail any such crime of which you were convicted, including but not limited to the date of such conviction, the jurisdiction in which such conviction occurred, and any sentence imposed.

RESPONSE:

INTERROGATORY NO 5. Please describe in full detail all sources of your income since moving to Wrangell, Alaska, including the name and address of each person or entity who paid you money, the date of each such payment, and the reason for each such payment.

RESPONSE:

INTERROGATORY NO 6. To the extent that you claim that you have been damaged in any manner by any statements made by Gary Hegre, please describe in full detail:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 5 of 11

EXHIBIT A
PAGE 5 OF 11

a) the statement(s) made;

b) the date and place such statement(s) was made;

c) all persons who were present when such statement(s) were made (or if the statement was in writing, all persons who received a copy of such statement(s)); and

d) the manner in which you were damaged by each such statement(s), including but not limited to a description of any jobs, grants, or other income producing opportunities you contend were lost as a result of such statement(s).

RESPONSE:

INTERROGATORY NO 7. To the extent not previously identified above, with regard to any damages that you claim in the instant action, state with particularity

1) the amount of such claimed damages;

2) the manner in which such claimed damages were calculated;

3) all persons with knowledge of facts that support or contradict such claimed damages; and

4) a description of the knowledge possessed by each such person with regard to your claimed damages.

RESPONSE:

INTERROGATORY NO 8. State the name, address and telephone number of all

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 6 of 11

EXHIBIT A
PAGE 6 OF 11

members of the Board of Directors of Avenues to Recovery in 2003.

RESPONSE:

INTERROGATORY NO 9. Describe in full detail all attempts you made to look for work after you ceased to be employed by Avenues to Recovery.

RESPONSE:

INTERROGATORY NO 10. Describe in full detail the statements and methods you allege were used by Gary Hegre to coerce you into resigning your position, as set forth on page 6 of the complaint you filed in this action.

RESPONSE:

REQUEST FOR PRODUCTION NO. 1. Please produce tax returns for you, and for any corporation, LLC or partnership in which you own an interest, for 2000 through the present.

RESPONSE:

REQUEST FOR PRODUCTION NO. 2. Please produce all documents that relate or refer to your employment by the Avenues, including but not limited to any job application,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 7 of 11


EXHIBIT A PAGE 7 OF 11

documents from your personnel file, evaluations, compensation, and documents relating to your separation from employment at Avenues to Recovery.

RESPONSE:

REQUEST FOR PRODUCTION NO. 3. Please produce all documents that relate or refer to your attempts to find employment after your termination by Avenues to Recovery, including but not limited to any job applications completed.

RESPONSE:

REQUEST FOR PRODUCTION NO. 4. Please produce all documents that relate or refer to your employment by Wrangell Wellness, including but not limited to documents from your personnel file, evaluations, and compensation.

RESPONSE:

REQUEST FOR PRODUCTION NO. 5. Please produce all documents that relate or refer to any statements made about you by Gary Hegre which you allege are either false, misleading, or were otherwise damaging to you.

RESPONSE:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 8 of 11

EXHIBIT A
PAGE 8 OF 11

REQUEST FOR PRODUCTION NO. 6. Please produce all documents that relate or refer to any damages that you allege you have suffered as a result of actions of Gary Hegre or The Salvation Army.

RESPONSE:

REQUEST FOR PRODUCTION NO. 7. Please produce copies of all confidential documentation belonging to you that you allege was provided to others by Gary Hegre.

RESPONSE:

REQUEST FOR PRODUCTION NO. 8. Please produce copies of all medical records that relate or refer to any health condition that you allege was caused, in whole or in part, by any actions on the part of Defendant The Salvation Army and/or by Gary Hegre.

RESPONSE:

REQUEST FOR PRODUCTION NO. 9. Please produce the Memorandum of Agreement between the Avenues to Recovery and The Salvation Army referenced at p. 3 of the complaint filed by you in this action.

RESPONSE:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 9 of 11



EXHIBIT A
PAGE 9 OF 11

DATED at Anchorage, Alaska this 14th day of February, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP

By: _____
Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation
Army Church and Gallagher Basset Services,
Inc.

## VERIFICATION

STATE OF ALASKA         )
                        ) ss.
FIRST JUDICIAL DISTRICT )

I, Ellsworth Alexander James, being first duly sworn upon oath, deposes and states: I am the Plaintiff in the above-entitled action; that the foregoing answers to DEFENDANT THE SALVATION ARMY'S FIRST SET OF DISCOVERY REQUESTS are true and complete to the best of my knowledge and belief.

DATED this ____ day of _____, 2007.

_____
ELLSWORTH ALEXANDER JAMES

SUBSCRIBED AND SWORN TO before me this ___ day of _____, 2007, at _____, Alaska.

_____
Notary Public for the State of Alaska
My Commission Expires: _____

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 10 of 11

EXHIBIT A
PAGE 10 OF 11

EXHIBIT A
PAGE 11 OF 11

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail  ☐ fax  ☐ hand delivery

By: _[signature]_

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 11 of 11

RESPONSE TO INTERROGATORY NO. 1

Education:
University of Maryland University College Europe
UMUC-Europe
Im Bosseldorn 30
69126 Heidelberg Germany

Fort Steilacoom Community College
9401 Farwest Dr SW
Lakewood, WA 98498

Wright State University
3640 Colonel Glenn Highway
Dayton, Ohio, 45435

University of Houston
4800 Calhoune Road
Houston, Texas 77004

New Horizons
Substance Abuse Training
and Certification
Houston, TX

Houston Therapies
Training and Education
in Gay, Lesbian and Gender
Issues counseling.
Houston, Texas

Weg der Mitte Berlin Zehlendorf
Weg der Mitte ganzheitliches Gesundheitszentrum
Ahornstr. 18, D-14163 Berlin

Vernell University                                Ph.D. 06/1997
Registrar Records Repository                      M.S. 05/1983
400 route 211 East
Middletown, NY 10940

EXHIBIT B
PAGE 1 OF 12

RESPONSE TO INTERROGATORY NO. 2
I have 15 years of experience in the field of Industrial Psychology and Social Research. In 1995 I became the senior partner at Psychological Consultants International Gmbh, in Berlin Germany. While there I developed communications and cultural diversity training programs for multi-national corporations in Europe and Asia. Returning to the United States in 1998, I participated in several international social development projects. After 3 years at the Office Depot headquarters in Florida, I was offered a post as executive director in Wrangell Alaska in 2002. In 2004 I became director of Wrangell Wellness, a social service non-profit and in 2006 became a senior partner in the consulting group James, Velox and James. I have been married for 16 years, I now have 3 children, and continue his work social service and advocacy and am currently involved in research in the areas of cultural genetics and environmental trauma. My lectures topics include: Cultural Genetics, Traditional Grief, Intergenerational Trauma, Diversity Management Strategies, True Diversity in the Global Market, From Slavery to Survivor.


**Fahrleitungsbau GmbH** Wolbeckstr. 19                                          80K DM
D-45329 Essen
Electronic Engineer Assistant


PCI Berlin Kufurstendam 11                                                       87K DM
10719 Berlin
Administration of group activities and executive management of international projects
Project development and coordination of field implementation strategies
Developed Business to Business diversity training for European Union business development team at the opening of European borders.


Sigma Consulting Group, Inc.                                                      --
PO Box 570813
Houston, TX 77257
Day to Day administration of a diversity management and training consulting firm
Research and development of diversity management strategies for corporations, public sector and government organizations.
Public Relations and advertising management for the division
Development of cultural studies and international social program development
On site cultural advisor


Office Depot Headquarters                                                        56K
Germantown Rd.
Delray beach, Florida
Day to Day administration of a 20 million dollar division in the U.S. and Canada
Product research and development for U.S. and Canadian markets.
Public Relations and advertising management for the division
Provide education and training to regional and district managers in the U.S. Canada

EXHIBIT B
PAGE 2 OF 12

Quadriga Technology Corp
Boca Raton, Florida
Day to Day administration of a for profit organization
Investor relations, technology training and education
Public Relations
Provide education and training to staff
Recruiting and Human Resources management for all personnel

--

Avenues to Recovery                                                                     55K
Wrangell, AK 99929
Day to Day administration of a non profit organization
Grant writing and administration
Public Relations
Provide education and training to the community
Recruiting and Human Resources management for all personnel

Wrangell Wellness                                                                    12,300 to 15,000
PO Box 771
Wrangell AK, 99929
Day to Day administration of a non profit organization
Grant writing and administration
Provide education and training to the community
Recruiting and Human Resources management for all personnel
International and Domestic Research project design and coordination
Cultural education

James Velox & James                                                                     --
PO Box 1033
Wrangell, AK 99929
James, Velox and James is an independent social research consulting partnership. The research consulting partnership provides professional services to clients in government, non government and private sector agencies and organizations. My group provides reliable data for studies and research focusing on health disparities, social services and education in special populations.

RESPONSE TO INTERROGATORY NO. 3

My work requires no professional licensure and
I have none.

RESPONSE TO INTERROGATORY NO. 4

EXHIBIT B
PAGE 3 OF 12

Be specific, the claim against the defendant is actionable slander, criminal history is irrelevant.

RESPONSE TO INTERROGATORY NO. 5

| | | |
|---|---|---|
| 2003 | Source | Paid |
| 50K | Avenues to Recovery | Monthly |
| 1,107.56 | Permanent Fund | Yearly |
| | | |
| 2004 | | |
| 15K | Wrangell Wellness | Monthly |
| 919.84 | Permanent Fund | Yearly |
| | | |
| 2005 | | |
| 12,300 | Wrangell Wellness/ATEP | Monthly |
| 846.76 | Permanent Fund | Yearly |
| | | |
| 2006 | | |
| 12,300 | Wrangell Wellness/ATEP | Monthly |
| 1106.96 | Permanent Fund | Yearly |

RESPONSE TO INTERROGATORY NO. 6

a)   1) That I had committed acts of fraud.
     2) That I had been fired from my post as Director of Avenues to Recovery as a result of these acts of fraud.
b)   These statements were made at Avenue's board meetings in November 03, December 03, and continually at community club state and organizational board functions and meetings both in and outside of Wrangell regularly attended by the Salvation Army, from November 2003 through late spring 2004.
c)   Members present at Avenues board meetings: Kay Larsen, Janet Strom, Members of the Wrangell American Legion: Steve Murphy, Alaska Native Brotherhood and Wrangell Ministerial Society, State of Alaska: Bob Hogan, Boys and Girls Club of South-Central Alaska: Guy Klabundie,
d)   The Salvation Army is connected to every Native, Civic, Religious and Municipal board, committee and group in the Wrangell community. The Salvation Army Church has a long history in the Southeast and several generations of parishioners regularly attend services and participate in Salvation Army programs. The post of representative and pastor the Salvation Army Church in Wrangell is one of great responsibility as those in these positions are expected to embody the principles of



EXHIBIT B
PAGE 4 OF 12

Christianity and charity, and are respected as such by all. Being repeatedly slandered by someone in this position has had deep and far-reaching effects.

1. My bank accounts were closed and I was unable to open new accounts for several years. During this time I was forced to use non banking connected debit cards with high usage fees as a means to conduct personal financial business.

    1a. I am being charged fees and interest and by the Ketchikan Credit Bureau on amounts I was unable to pay because of the loss of income. This activity
    has placed me in a unfavorable category for service providers like auto insurance and home insurance. I currently and will continue to be charged higher rates, fees and interest as a result.

2. Patrons of the Salvation Army Church were hostile making it difficult to move freely in the community without reservations of verbal attack or molestation.

    2a  Slanderous remarks made by the Salvation Army Church in Wrangell has made me, my wife and children targets of individuals and groups that oppose interracial marriages and mixed children. The actionable slander perpetrated by the Salvation Army Church gives license to those with bias show their hostility toward us. We did not have these issues when we first arrived, we were accepted irrespective of our ethnicity or religious affiliation. Those that did have issues with that left us alone.

    2b  Slanderous statements were made by the Salvation Army in Wrangell to the Wrangell ministerial society which the ministers took back to their respective congregations; this caused ongoing problems with community members. Causing open ridicule while out in the community impairing my ability move about freely, to live and work and develop collaborative projects in the community.

    2c  The Salvation Army has a long history among the Alaska Native people in Wrangell. This incident has sparked threats of grievous bodily harm toward me and my family. My son has been accosted several times on the way home from school and in the Boys and Girls club community facility. The children that attacked my son hurled slurs that could have only come from their parents which may have believed that in some way, they were supporting the opinion of the Wrangell Salvation Army Church.



EXHIBIT B
PAGE 5 OF 12