IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                                  Defendants. | **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST**<br><br>Case No. 5:05-cv-0007-JWS |

Having reviewed Defendant's Motion for Extension of Time to File Witness List; and any oppositions thereto;

It is so **ORDERED**.

The parties shall serve and file final witness lists on June 1, 2007.

Dated this 3rd day of April, 2007.

/s/  John W. Sedwick
U.S. District Court Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969