ELLSWORTH A. JAMES
1016 Case Avenue
PO Box 1033
Wrangell, AK 99929-1033
Telephone: (907) 874 4171
Facsimile: (907) 874 4171
Pro Se

RECEIVED
AUG 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>Defendants. | Case No. K05-0007 (JWS) Civil<br><br>Third Request for Discovery |

**PLAINTIFF ELLSWORTH A. JAMES THIRD REQUEST FOR DISCOVERY**

Plaintiff Ellsworth A. James hereby propounds its THRID discovery requests to Defendants The Salvation Army Church and Gallagher Bassett Services, Inc.

As the defendant's counsel has conveyed to the Plaintiff on behalf of the defendants, The Salvation Army Church and Gallagher Bassett Services Inc., settlement is highly unlikely at this time so we will be moving forward to trial. To that end we must insist that initial discovery be delivered, or a reasonable timeline provided as to when delivery of requested material can be expected. Our research has provided a need for additional

discovery involving similar current litigation issues against Salvation Army Pastors in business management posts in Oregon. In order to make these requests, I the plaintiff must examine the initial discovery material.

DATED at Wrangell, Alaska this 17th day of August 2007.

Dated this 17th day of August

By: _____
Ellsworth A. James
Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2007, a true copy of the for going
Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendants Gallagher Bassett Services, Inc.
And The Salvation Army Church.

Via: US Postal Service & E-Mail

ELLSWORTH A. JAMES
1016 CASE AVENUE
PO BOX 1033
ALASKA 99929-1033
TELEPHONE: (907) 874-4171

PLAINTFF'S THIRD DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 2 of 2

Ellsworth A. James
PO Box 1033
Wrangell, AK 99929

9SE1387E64 C001

US DISTRICT COURT
Case Manager Robin Carter
222 W 7th Avenue Box 4
Anchorage, AK 99513-7564