JENNIFER M. COUGHLIN
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES, | |
| Plaintiff, | Case No. 5:05-cv-0007-JWS |
| v. | **RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR DISCOVERY** |
| THE SALVATION ARMY CHURCH, et al., | |
| Defendants. | |

     To the extent that the document titled "Plaintiff Ellsworth A. James Third Request for Discovery" filed on August 20, 2007 is considered to be in the nature of a motion to compel, Defendant The Salvation Army reports that it has now responded to Mr. James' discovery requests, and is still waiting for Mr. James to produce documents that he has agreed to provide relating to the termination of his employment.

DATED at Anchorage, Alaska this 12TH day of September, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By:/s/ Jennifer M. Coughlin_____

  Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.
  420 L Street, Suite 400
  Anchorage, AK 99501-1971
  Telephone: (907) 276-1969
  Facsimile:  (907) 276-1365
  jennifer.coughlin@klgates.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929


via ☒ mail   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR DISCOVERY
James v. The Salvation Army, et al.; Case No. 5:05-cv-0007-JWS
Page 2 of 2