```
1  Ellsworth A. James
   PRO SE
2  801 Karluk Street, Apt 316
   Anchorage, AK 99501
3  PH: 907 222-0728
```



```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


ELLSWORTH A. JAMES,

              Plaintiff,              CASE No.: K05-0007 CV (JWS)

        vs.
                                      Progress Report
THE SALVATION ARMY CHURCH, et al.

              Defendants
```

I Ellsworth A. James acting Pro Se, submit the following information to the court.

1). New Address: Plaintiff has moved from Wrangell AK, to Anchorage, AK The New Address is: 801 Karluk Street, Anchorage AK 99501, Ph: 907-222-0728. In light of this, the plaintiff request that the current location of the scheduled jury trial be changed to reflect the plaintiff's home address.

2). Defense counsel has not responded to my request sent via post and E Mail for Information or discussion on matters regarding the case, even though I continue to represent myself at this point, as plaintiff I am entitled to every courtesy and response afforded legal counsel representing me.

[Summary of pleading] - 1

I, Ellsworth Alexander James, declare under penalty of perjury, that I have reviewed the above reply, and that the information contained in the motion is true and correct.

Dated this 4th day of February 2008

By: _E. AJames_
Ellsworth A. James
Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February 2008, a true copy of the for going Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendants Gallagher Bassett Services, Inc. And The Salvation Army Church.

**Via: US Postal Service & E-Mail**

[Summary of pleading] - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February 2008, a true copy of the for going Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendants Gallagher Bassett Services, Inc. And The Salvation Army Church.

**Via: US Postal Service & E-Mail**

[Summary of pleading] - 2