AO 187 (Rev.07/87) Exhibit and Witness List

# United States District Court

## U.S. DISTRICT OF ALASKA

**ELLSWORTH A. JAMES**  **EXHIBIT AND WITNESS LIST**

**V.**

**THE SALVATION ARMY CHURCH**  **CASE NUMBER: K05-0007-CV**

| PRESIDING JUDGE<br>JOHN W. SEDWICK | | | PLAINTIFF'S ATTORNEY<br>Ellsworth A. James / Pro Se | | DEFENDANT'S ATTORNEY<br>Ms J. Coughlin |
| --- | --- | --- | --- | --- | --- |
| TRIAL DATE(S)<br>April 2008 | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 14-1 | | 02/04/2008 | | | Correspondence between Salvation Army, Sherry McWhorter and Salvation Army Alaska Direceor Bob Rudd |
| 14-2 | | 02/04/2008 | | | Correspondence between Salvation Army Dr. Jack Anderson to Salvation Army Victor Doughty |
| 14-3 | | 02/04/2008 | | | Correspondence from Salvation Army Alsaka Director Bob Rudd |
| 14-4 | | 02/04/2008 | | | Correspondence from Salvation Army Paul Seiler to Salvation Army Alaska Director Bob Rud |
| 14-5,6 | | 02/04/2008 | | | Correspondence from Salvation Army Alaska Director mariam Rudd to Secretary for Personnel Paul Seiler |
| 14-17 | | 02/04/2008 | | | Correspondence from Salvation Army Alaska Director Mariam Rudd to Paul Seiler and Victor Dougthy |
| 14-7 | | 02/04/2008 | | | Correspondence from Victor Doughty to Salvation Army Alaska Director Bob Rudd |
| 14-8 | | 02/04/2008 | | | Correspondence from Salvation Army Alsaka Director Mariam Rudd ro Paul Seiler |
| 14-9 | | 02/04/2008 | | | Correspondence from Salvation Army Victor Doughty to Salvation Army of Alaska Bob rudd |
| 14-16 | | 02/04/2008 | | | Correspondence from the Salvation Army Victor Doughty to Salvation Army Alaska Director Bob Rudd |
| 14-10 | | 02/04/2008 | | | Correspondence Dated: 9/June 2002 to 10/December/2003 |
| 14-11 | | 02/04/2008 | | | Correspondence fromSalvation Army victor doughty to PaulSeiler |
| 14-12 | | 02/04/2008 | | | Correspondence form SalationArmy Victor Doughty to Salvation SalationArmy Alaska Director Bob Rudd |
| 14-13 | | 02/04/2008 | | | Correspondence from Salvation Victor doughty to Salavation Victor Bob Rudd Director |
| 14-14 | | 02/04/2008 | | | Resignation/ Termination of Salvation Arumy Capatian Gary |
| 14-15 | | 02/04/2008 | | | Letter from Salvation Army Alaska Director reguarding phone call with Salvation Army Captain Hegre |