JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>       Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>       Defendants. | Case No. 1:05-cv-0007-JWS<br><br>**AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR EXTENSION OF DEADLINES** |

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

  Jennifer M. Coughlin, being first duly sworn, deposes and states as follows:

  1.  I am an attorney for Defendant The Salvation Army in this matter. I have personal knowledge of the facts contained herein, and am competent to testify thereto appropriate witnesses.

  2.  The Salvation Army served its First Set of Discovery Requests on Mr. James on February 14, 2007. Attached as Exhibit A to this Affidavit is a true and correct copy of

those Requests.

3. Attached as Exhibit B is a true and correct copy of Plaintiff James' Responses to The Salvation Army's First Set of Discovery Requests.

4. Attached as Exhibit C is a true and correct copy of an April 12, 2007 letter that I sent to Mr. James stating in part our understanding that the Avenues would be providing Mr. James' personnel file to him shortly, and that we were asking him to send us a copy of that file as soon as possible. This indirect method was chosen because our previous attempt to subpoena these records from Avenues had not been successful, since Avenues was no longer in operation. I had been able to speak with Mitch Seaver, the Avenues' former lawyer, who indicated that he was not comfortable providing a personnel file directly to us on the strength of a subpoena to an organization that was no longer in existence, but would be willing to send a copy to Mr. James. In discussions with Mr. James about his personnel file following my April 12 letter, he informed me that he would produce it once he had a copy of it. In light of that representation, we did not seek to compel documents which Mr. James stated he did not yet have copies of.

5. On July 23, 2007, Mr. James filed a "progress report" with the court indicating that he had not received his personnel file from Mr. Seaver. A true and correct copy of this document is attached as Exhibit D to this Affidavit.

6. On a Response to Plaintiff's Third Request for Discovery, filed September 12, 2007, we again noted that we were "still waiting for Mr. James to produce documents that he has agreed to produce relating to the termination of his employment." A true and correct copy of this document is attached as Exhibit E.

7. After checking with Mr. Seaver again to make sure that these documents had in fact been sent, I sent a letter dated January 24, 2008 requesting that Mr. James provide the documents received from Avenues as soon as possible. A true and correct copy of this

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR EXTENSION OF DEADLINES
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 4

letter is attached as Exhibit F.

8. We did not receive the personnel file until February 21, 2008. For the reasons discussed in the Motion, I believe that those documents are extremely important to the issues in this case and open up new areas of discovery.

9. One of the documents produced on February 21, 2008 is a cover letter dated July 10, 2007 from Teddy Williams, indicating that the personnel file was mailed to Mr. James on July 10, 2007. A true and correct copy of this letter is attached as Exhibit G.

10. A true and correct copy of a December 29, 2003 letter from Mr. Hegre which Mr. James had previously included in his July 23, 2007 exhibits in redacted form is attached as Exhibit H. A true and correct copy of the unredacted version of this letter, as provided by Mr. James on February 21, 2008, is attached as Exhibit I.

11. A true and correct copy of the August 1, 2003 letter from Mr. Hogan that evidently triggered the Board's investigation is attached as Exhibit J.

12. A true and correct copy of the employment application and the resume that followed it in Mr. James' February 21 production are attached as Exhibit K. However, it appears that the resume produced could not have been the actual resume attached to the original application, as the resume references employment that had not occurred as of the application's date.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Jennifer M. Coughlin*
Jennifer M. Coughlin

SUBSCRIBED AND SWORN to before me this 5th day of March, 2008.

*Charlene B. Hayes*
Notary Public in and for the State of Alaska
My commission expires: 4-18-2008

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969