# EXHIBIT A

JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | |
| v. | Case No. K05-0007 (JWS) Civil |
| THE SALVATION ARMY CHURCH, et al., | |
| Defendants. | |

**DEFENDANT THE SALVATION ARMY'S FIRST SET OF DISCOVERY REQUESTS**

Defendant The Salvation Army hereby propounds its initial discovery requests to Plaintiff Ellsworth Alexander James.

**I. GENERAL DEFINITIONS**

A.   The word "**person**" refers to and includes any natural person, individual, firm, association, partnership, joint venture, corporation, company, estate, trust, receiver, syndicate, proprietorship, municipal or other governmental corporation or agency,

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.,* Case No. K05-0007 (JWS) Civil
Page 1 of 11

including groups and combinations of the same acting as a unit.

B.  The term **"describe"** and/or **"describe in full detail"** means to fully and accurately set forth every fact and circumstance, including omissions, which in any way relates to a matter of inquiry.

C.  The terms **"you"** and **"your"** refer to Ellsworth Alexander James, and his agents, attorneys, and other persons and entities under his control.

D.  The phrase **"state with particularity"** means to set out every aspect of every fact, circumstance, act, omission, or course of conduct known to the party to whom these requests are directed and relating in any way to the matter inquired about, including, without limitation, the date and place thereof, the identity of each person present thereat, connected therewith, or who has knowledge thereof, the identity of all writings relevant thereto, and if anything was said by any person, the identity of each such person and each such oral statement, and, if the oral statement in whole or in part constituted or was contained or reported, summarized, or referred to in any writing, the identity of each such writing.

## II. INSTRUCTIONS WITH RESPECT TO INTERROGATORIES

A.  Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, you are hereby requested and required, within thirty (30) days after service of these interrogatories, to serve upon Kirkpatrick & Lockhart Preston Gates Ellis LLP answers or objections to the interrogatories propounded in the manner, substance, and form provided for in Civil Rules 26 and 33.

B.  If you are unable to answer the interrogatories completely, please so state and answer to the extent possible, setting forth the reasons for your inability to answer more

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 2 of 11

fully, and state whatever knowledge or information you do in fact have concerning the unanswered portion(s).

C.  Whenever you are asked the identity of or to identify a person, and whenever an answer to an interrogatory contains a reference to a person, please state with respect to each such person:

1.  name and current residence address;

2.  current business affiliation and titles;

3.  current business address or, if that be unknown, his last known business address; and

4.  business affiliation, business address, and the current title of such person with respect to the business, organization, or entity with which he or she was associated and the capacity in which he or she acted in connection with the subject matter of these interrogatories.

### III.  INSTRUCTIONS WITH RESPECT TO REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, you are requested to permit Kirkpatrick & Lockhart Preston Gates Ellis LLP, or someone acting on its behalf, to inspect and copy the documents and things specified herein at the offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, 420 L Street, Suite 400, Anchorage, Alaska 99501, or such other place as Kirkpatrick & Lockhart Preston Gates Ellis LLP may agree, on or before the thirtieth (30th) day after service of these requests. These requests are directed at original documents, if originals exist, unless Kirkpatrick & Lockhart Preston Gates Ellis LLP agrees that true, complete and completely legible copies are acceptable. Any agreement to accept copies in lieu of original documents shall not operate to waive

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 3 of 11

Kirkpatrick & Lockhart Preston Gates Ellis LLP's right to require production of original documents if copies provided are not satisfactory to Kirkpatrick & Lockhart Preston Gates Ellis LLP.

## IV. DUTY TO SUPPLEMENT RESPONSES

The following discovery requests are governed by the Federal Rules of Civil Procedure. Civil Rule 26(e) imposes upon you an affirmative duty to supplement any of your responses to the following discovery requests in the event that you should subsequently discover that any of your responses are incorrect, incomplete, misleading, or no longer correct, or in the event you acquire access to any documents, things, or information prior to the time of the trial that would make any of your initial answers to any of these discovery requests incorrect, misleading, or incomplete in light of such additional documents, things, or information.

## DISCOVERY REQUESTS

INTERROGATORY NO 1. Describe in full detail your educational background, including the name and address of any schools attended since high school, and an identification of any degrees received and any honors awarded.

RESPONSE:


INTERROGATORY NO 2. Describe in full detail all jobs held by you since 1995, including the name, address and phone number of any prior employers, a description of your job duties at each job, and the salary received.

RESPONSE:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

INTERROGATORY NO 3. Identify all business or professional licenses you have held in the past six years.

RESPONSE:

INTERROGATORY NO 4. If you have ever been convicted of any crime, describe in full detail any such crime of which you were convicted, including but not limited to the date of such conviction, the jurisdiction in which such conviction occurred, and any sentence imposed.

RESPONSE:

INTERROGATORY NO 5. Please describe in full detail all sources of your income since moving to Wrangell, Alaska, including the name and address of each person or entity who paid you money, the date of each such payment, and the reason for each such payment.

RESPONSE:

INTERROGATORY NO 6. To the extent that you claim that you have been damaged in any manner by any statements made by Gary Hegre, please describe in full detail:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 5 of 11

a)   the statement(s) made;

b)   the date and place such statement(s) was made;

c)   all persons who were present when such statement(s) were made (or if the statement was in writing, all persons who received a copy of such statement(s)); and

d)   the manner in which you were damaged by each such statement(s), including but not limited to a description of any jobs, grants, or other income producing opportunities you contend were lost as a result of such statement(s).

RESPONSE:

INTERROGATORY NO 7. To the extent not previously identified above, with regard to any damages that you claim in the instant action, state with particularity

1)   the amount of such claimed damages;

2)   the manner in which such claimed damages were calculated;

3)   all persons with knowledge of facts that support or contradict such claimed damages; and

4)   a description of the knowledge possessed by each such person with regard to your claimed damages.

RESPONSE:

INTERROGATORY NO 8. State the name, address and telephone number of all

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 6 of 11

members of the Board of Directors of Avenues to Recovery in 2003.

RESPONSE:

INTERROGATORY NO 9. Describe in full detail all attempts you made to look for work after you ceased to be employed by Avenues to Recovery.

RESPONSE:

INTERROGATORY NO 10. Describe in full detail the statements and methods you allege were used by Gary Hegre to coerce you into resigning your position, as set forth on page 6 of the complaint you filed in this action.

RESPONSE:

REQUEST FOR PRODUCTION NO. 1. Please produce tax returns for you, and for any corporation, LLC or partnership in which you own an interest, for 2000 through the present.

RESPONSE:

REQUEST FOR PRODUCTION NO. 2. Please produce all documents that relate or refer to your employment by the Avenues, including but not limited to any job application,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 7 of 11

documents from your personnel file, evaluations, compensation, and documents relating to your separation from employment at Avenues to Recovery.

RESPONSE:

REQUEST FOR PRODUCTION NO. 3. Please produce all documents that relate or refer to your attempts to find employment after your termination by Avenues to Recovery, including but not limited to any job applications completed.

RESPONSE:

REQUEST FOR PRODUCTION NO. 4. Please produce all documents that relate or refer to your employment by Wrangell Wellness, including but not limited to documents from your personnel file, evaluations, and compensation.

RESPONSE:

REQUEST FOR PRODUCTION NO. 5. Please produce all documents that relate or refer to any statements made about you by Gary Hegre which you allege are either false, misleading, or were otherwise damaging to you.

RESPONSE:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 8 of 11

REQUEST FOR PRODUCTION NO. 6. Please produce all documents that relate or refer to any damages that you allege you have suffered as a result of actions of Gary Hegre or The Salvation Army.

RESPONSE:

REQUEST FOR PRODUCTION NO. 7. Please produce copies of all confidential documentation belonging to you that you allege was provided to others by Gary Hegre.

RESPONSE:

REQUEST FOR PRODUCTION NO. 8. Please produce copies of all medical records that relate or refer to any health condition that you allege was caused, in whole or in part, by any actions on the part of Defendant The Salvation Army and/or by Gary Hegre.

RESPONSE:

REQUEST FOR PRODUCTION NO. 9. Please produce the Memorandum of Agreement between the Avenues to Recovery and The Salvation Army referenced at p. 3 of the complaint filed by you in this action.

RESPONSE:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 9 of 11

DATED at Anchorage, Alaska this 14th day of February, 2007.

        KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP

By: _/s/ Jennifer M. Coughlin_
    Jennifer M. Coughlin, Alaska Bar No. 9306015
    Attorneys for Defendants The Salvation
    Army Church and Gallagher Basset Services,
    Inc.

## VERIFICATION

STATE OF ALASKA      )
                              ) ss.
FIRST JUDICIAL DISTRICT  )

    I, Ellsworth Alexander James, being first duly sworn upon oath, deposes and states: I am the Plaintiff in the above-entitled action; that the foregoing answers to DEFENDANT THE SALVATION ARMY'S FIRST SET OF DISCOVERY REQUESTS are true and complete to the best of my knowledge and belief.

    DATED this ____ day of _____, 2007.

                                      _____
                                      ELLSWORTH ALEXANDER JAMES

    SUBSCRIBED AND SWORN TO before me this ____ day of _____, 2007, at _____, Alaska.

                                      _____
                                      Notary Public for the State of Alaska
                                      My Commission Expires: _____

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 10 of 11

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

By: *[signature]*

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 11 of 11