# EXHIBIT D

DOCKETED
29

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Ellsworth A. James
P.O. Box 1033
Wrangell, Alaska 99929
Tel: 907 874 4171

RECEIVED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| Ellsworth Alexander James, | Case No.: K05-0007-CV(JWS) |
| Plaintiff, | PROGRESS REPORT, SUBMISSION OF DAMAGES AND EXIBITS. |
| vs. | |
| The Salvation Army Church, Western Territories, Gallagher Bassett Services, INC. | |
| Defendants. | |

## Progress Report

Discovery continues I have not yet received any of the requested material from the defense and there are a few items requested by the defense that I am still waiting for. One such item is my personnel file from Avenues to recovery organization. The Zigler Law Firm in Ketchikan is the repository for the former organizations files and Attorney Mitchell A. Seaver is the custodian of those files. While Mr. Seaver may have informed defendant's council that he would release the files to me, I have not experienced the same willingness to comply with that request.

After contacting the Zigler Law firm I was told that Mr. Seaver would not release his client's files. I was later told I could make the request in

Summary of Pleading - 1

1 writing.  Since I am not an attorney my requests do not receive the weight or
2 response normally given to similar request made by a law firm.  Consequently
3 it takes much more time and effort to accomplish such tasks as requesting
4 affidavits, material for exhibits and discovery items.
5
6 After a recent discussion with defendant's council about the possibility of
7 settlement, council for the defendants states that opportunity for a
8 settlement is remote.  I will require time to receive and complete discovery
9 request and to file motions and submit exhibits in preparation trial trial.
10
11                    Dated this 17th of July 2007
12
13
14          By: **Ellsworth A. JAMES/**  /s/
15                          PLAINTIFF
16
17 I hereby certify that on this 18th day
   Of July 2007, a true copy of the foregoing
18 Was delivered to:
19
   Ms. Jennifer M. Coughlin
20 Kirkpatrick & Lockhart
   Preston and Gates Ellis LLP
21 420 L Street, Suite 400
   Anchorage, AK 99501
22
   Via electronic means
23
   By: Ellsworth A. James
24
25


