**EXHIBIT F**

**K&L|GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
420 L Street
Suite 400
Anchorage, AK 99501-1971

T 907.276.1969  · www.klgates.com

January 24, 2008

Mr. E. Alexander James
PO Box 1033
Wrangell, AK 99929

Re:  *James v. Salvation Army*

Dear Mr. James:

I understand from Mitch Seaver that documents regarding your employment and its termination by the Avenues were sent to you some time ago. As these documents are highly relevant, and clearly within the scope of our discovery requests, we ask that you send them to us as soon as possible.

Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By *Jennifer M. Coughlin*/cff
   Jennifer M. Coughlin