# EXHIBIT G

*Avenues to Recovery*

Post Office Box 1731
Wrangell, AK 99929


July 10, 2007


Alexander James
Box 1033
Wrangell, AK 99929


Alexander:

Enclosed are the papers from your file that you requested.

Sincerely,

*Teddy Williams*

Teddy Williams, CDCI