# EXHIBIT H

Peter W. G. Hegre
President of the Board
Avenues
Post Office Box 2252
Wrangell, Alaska 99929

December 29, 2003

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

Dear Ellsworth Alexander James:

This letter is written in response to your letter dated November 30. As you will remember, Board member ████████ and I met with you on November 11, 2003, and informed you that the Board had determined there were grounds for termination of your employment as Director of Avenues. Those grounds include:

1. ████████████████████████████████████████

2. You had failed to satisfy the condition of your initial employment that you possess the education and experience set forth in your resume;

3. You had knowingly giving false information for the purpose of getting hired;

4. You had engaged in dishonest or deceitful behavior; and;



1. Cannot confirm advanced degrees from accredited institutions of higher learning;

2. Cannot confirm any experience related to the behavioral health field/substance abuse field;

3. ████████████████████████████████████████



5-1