# EXHIBIT K

# Application for Employment

PLEASE PRINT

Position(s) Applied For: **Director/Counselor**     Date of Application: __/__/__

Referral Source:
- ☒ Advertisement
- ☐ Employee
- ☐ Relative
- ☐ Government Employment Agency
- ☐ Walk-in
- ☐ Private Employment Agency
- ☐ Other _____

Name of Source (If Applicable): _____

Name: **James** (First) **Ellsworth** (Middle) **Alexander** (Last)

Address: **222 Chief** (Street) **Wrangell** (City) **AK** (State) **99929** (Zip Code)

Telephone Number: **(907) 847-2266** (Area Code)   Social Security Number: **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**

If necessary, best time to call you at home is: **After 6pm**

May we contact you at work? ☒ YES  ☐ NO

If yes, work number and best time to call: **8-5**   **(907) 874-3339**   Time: __ am/pm

If you are under 18, can you furnish a work permit? **N/A**   ☐ YES ☐ NO

Have you filed an application here before? **N/A**   ☐ YES ☐ NO

If yes, give date: __

Have you ever been employed here before? **N/A**   ☐ YES ☐ NO

If yes, give dates: __ From __/__/__ To __/__/__

Are you legally eligible for employment in this country? ☒ YES ☐ NO
(Proof of U.S. Citizenship or immigration status will be required upon employment.)

Date available for work: **Dec 22 2002**

Type of employment desired: ☒ Full Time  ☐ Part Time  ☐ Temporary  ☐ Seasonal  ☐ Educational Co-Op

Are you on lay-off and subject to recall? ☐ YES ☒ NO

Will you relocate if job requires it? ☒ YES ☐ NO    Will you travel if job requires it? ☐ YES ☐ NO

Are you able to meet the attendance requirements of the position? ☒ YES ☐ NO

Will you work overtime if required? ☒ YES ☐ NO

Have you ever been bonded? ☐ YES ☒ NO

Have you been convicted of a felony in the last seven (7) years? ☐ YES ☒ NO
(Such conviction may be relevant if job related, but does not bar you from employment.)

If YES, please explain: _____

Driver's license number (if required by job): _____   State: _____

AN EQUAL OPPORTUNITY EMPLOYER

J 025

# Educational Background

A. List last three (3) schools attended, *starting with last one*. B. List number of years completed. C. Indicate degree or diploma earned, if any D. Grade Point Average or Class Rank and E. major and minor field of study (if applicable).

| A. School | B. No Years Completed | C. Degree Diploma | D. GPA Class Rank | E. Major | E. Minor |
|---|---|---|---|---|---|
| See Resume | | | | | |
| | | | | | |
| | | | | | |

List any foreign language(s) and check the box that best describes your skill level.

| Language | Read and Write | Read and Speak | Read only | Speak only |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# References

List name and telephone number of three business/work references who are *not* related to you and are *not* previous supervisors. If not applicable, list three school or personal references who are not related to you.

| Name | Telephone | Years Known |
|---|---|---|
| "Given" | ( ) — | |
| | ( ) — | |
| | ( ) — | |

List professional, trade, business, or civic associations and any offices held. (Exclude memberships which would reveal sex, race, religion, national origin, age, color, disability or other protected status.)

| Organization | Offices Held |
|---|---|
| " " | |
| | |
| | |

List special accomplishments, publications, awards. (Exclude information which would reveal sex, race, religion, national origin, age, color, disability or other protected status.) _____

_____

_____

List any additional information you would like us to consider. _____

_____

_____

J 026

It is understood and agreed upon that any misrepresentation by me in this application will be sufficient cause for cancellation of this application and/or separation from the employer's service if I have been employed. Furthermore, I understand that just as I am free to resign at any time, the Employer reserves the right to terminate my employment at any time, with or without cause and without prior notice. I understand that no representative of the Employer has the authority to make any assurances to the contrary.

I give the Employer the right to investigate all references and to secure additional information about me, if job related. I hereby release from liability the Employer and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information.

The Employer is an Equal Opportunity Employer. The Employer does not discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant's consideration for employment on a basis prohibited by local, state, or federal law.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the Employer and still wish to be considered for employment, it will be necessary to fill out a new application.

Signature of Applicant _____ Date 12 / 23 / 02

G. Neil Companies assumes no responsibility of this form and questions which may be asked by the employer of the job applicant that may violate any federal, state, and/or local laws.

 FRIENDLY FORMS® Call toll free 1-800-999-9111 to reorder Friendly Forms® #R2A-0501 A
© 1988 G. Neil Companies, P.O. Box 450939, Sunrise, FL 33345-0939
Printed in U.S.A.

 Recycled Pa
Our commitment to prot
the environment

J 027

Ellsworth A. James
E-mail dr-james@gmx.net

# E.A. James

**Education & Training**

1979 – 1981 University of Maryland European Campus
MS Psychology Vernell University, 1983
1990 – 1995 Columbia Pacific University
Completed course in Pharmacology University of Houston, 1998
PHD Psychology Vernell University 6/1997

## Continuing Education / Training and Certification

Completed Drug and alcohol drug counseling program. (Sunrise Drug and Alcohol Training Center Houston TX)

Completed 1 year internship for international organizational psychology. (Sigma Consulting, Essen Germany)

Completed 2 year internship in alternative therapies using the following modalities (Houston Therapies, Houston TX) Biofeedback, Hypnosis, Art Therapy, Progressive relaxation, Stress Management

Certificate of Completion: 40 hours Circles of Recovery Fire Starter Program (White Bison. Juneau, AK)

Certificate of Completion: 20 hours Cultural Considerations (Rural Alaska Community Action Program, Inc. Seward, AK)

Certificate of Completion: 40 hours Substance Abuse Prevention Specialist (AKEELA, Sitka, AK)

Certificate of completion: Virtues Family Parenting (Wellness Program, Wrangell AK)

Certificate of Completion: "Protecting our Children" child abuse prevention training (Salvation Army of Wrangell, Wrangell AK)

Certificate of Completion: 39 hours Sexual Assault Response Team or SART Training, (Central Peninsula General Hospital Ketchikan AK)

Certificate of Completion: 18 hours Crisis Intervention and Advocacy Training (WISH, Ketchikan)

30 hours Injury prevention training (SEARCH, Sitka AK)

World Psychological Conference 18hrs (Hamburg 1997)

Annual Conference of the Association of American Counselors in Europe 18 hours (Stuttgart Germany)

**Military**    1979-1987            US. Army

### COUNSELING/ASSESMENT/CONSULTING EXPERIENCE

1988 – 1989   Houston Therapies                    Houston Texas
**Staff Therapist**
Drug and Alcohol Counseling
Facilitated daily inpatient group and one on one sessions
Assisted clients in developing short and long term goals relating to their addictive behavior
Provided group therapy using ppc (positive peer culture) for at risk youth in a camp setting

Provided addictive behavior counseling services to the state of Texas parole system
Family Counseling
Marital Counseling
Adolescent Counseling
Provided counseling to step-parents and to parents of adopted children
Taught coping skills to adults and adolescents with learning disabilities
Pre and post Trans-gender counseling
Director for the Kiwanee Center for women (a residential facility for women with substance abuse and domestic violence issues)

1992–1996           Sigma International           Essen, Germany
**Senior Consultant**
Designed and implemented training programs for American Firms in Europe.
Lead long term on site consultation projects for Nissan in Barcelona and the TML Euro Tunnel project in Calais and Dover.
Designed cultural integration projects for the new European Union, business development program.
Provided counseling services for American civilian/military personnel and their families residing in Europe.
Provided psychological testing and expert testimony in European court systems for cases involving U.S. or U.K. citizens.
Developed inter-cultural communication program for Volkswagen management executives in China.
Provided psychological testing and evaluation for executive management positions for new Worldcom /British Telecom venture

1996–1998           Psychological Consultants International    Berlin, Germany
**Senior Psychological Consultant**

Provided alcohol and drug counseling for American executives and their families abroad.
Provided American therapy modalities to European and Expatriate clients
Designed structured interview and recruiting procedure targeted personnel new Worldcom venture in Stockholm Sweden.
Designed Cultural Communication program for Chinese and German Executives for VW Headquarters in Brussels.
Provided Business to Business training services for European Union


2002 – 2003         Director Avenues to Recovery        Wrangell, Alaska
Day to Day administration of a non profit organization
Grant writing and administration
Public Relations
Provide education and training to the community
Recruiting and Human Resources management for all personnel


2003-2005           Managing Director Wrangell Wellness    Wrangell, Alaska
*see attachment

**Professional memberships**  Member of the American Psychological Association since 1999-2003
Board Member of the Colloquium on Quantum Physics since 2002
Member and Delegate of the Wrangell Alaska Native Brotherhood Camp 4 since 2002