JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, Plaintiff, v. THE SALVATION ARMY CHURCH, et al., Defendants. | Case No. 1:05-cv-0007-JWS **ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF DEADLINES SET FORTH IN OCTOBER 10, 2007 PRETRIAL ORDER** |
|---|---|

The Court having considered Defendant The Salvation Army's Motion for Extension of Deadlines Set Forth in the October 10, 2007 Pretrial Order finds that there are grounds for granting the Motion. Accordingly, the deadlines set forth in the October 10, 2007 order are hereby vacated, and a new pretrial order will issue shortly.

DATED this _____ day of _____, 2008.

                                                                  _____
                                                                  The Honorable John W. Sedwick
                                                                  District Court Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2