AO 187 (Rev.07/87) Exhibit and Witness List

# United States District Court

## U.S. DISTRICT OF ALASKA

**ELLSWORTH A. JAMES**

**V.**

**THE SALVATION ARMY CHURCH**

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER: K05-0007-CV**

| PRESIDING JUDGE JOHN W. SEDWICK | | | | | PLAINTIFF'S ATTORNEY Ellsworth A. James / Pro Se | DEFENDANT'S ATTORNEY Ms J. Coughlin |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) April 2008 | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 10-2 | | 02/04/2008 | | | Affidavit for Avenues Board Member |
| 14-15 | | 02/04/2008 | | | Salvation Army Inter-office Memo |
| 15-1 | | 02/04/2008 | | | Dated Postal Envelop |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |