Exhibit

10-2
Affidavit from Avenues board member
John Feller

# GENERAL AFFIDAVIT

State of Alaska
Area of Wrangell-Petersburg

**BEFORE ME**, the undersigned Notary, ____Candice Buhler____, on this ___16___ [day of month] day of March, 2007, personally appeared **John P. Feller**, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

In December 2002, I John P. Feller was a board member of the non-profit organization Avenues to Recovery. I was present during the interview and took part in the vote to extend an offer of employment for the post of Executive Director to Ellsworth A. James. In his interview, Ellsworth A. James made a statement to the effect; "I am not licensed nor do I intend to be, my credentials are not accredited, my worth to your program is my experience". He further stated that that he had not worked exclusively with substance clients for over ten years and any substance abuse references would not be recent. It was with this understanding that we voted, and extended an offer of employment under the condition that he seeks licensure in the state of Alaska as a substance abuse counselor within one year.

_John P. Feller_
_John P. Feller_
John P. Feller

530 Church street
PO Box 247
Wrangell, AK 99929

Subscribed and sworn to before me, this ___16___ day of March, 2007.

[Notary Seal:]

STATE OF ALASKA
NOTARY PUBLIC
CANDICE BUHLER
My Commission Expires Aug. 10, 2010

NOTARY PUBLIC:
My commission expires: __Aug. 10__, 20_10_.