Exhibit

14 -15
Salvation Army
Inter-office Memo

Friday November 21, 2003

Approximately 3:30 pm

Major Rudd phoned Aux. Capt. Gary Hegre in regards to the letter that THQ received from E. Alexander James.

A/Captain Hegre was very defensive, disrespectful and what I would call insubordinate to Major Rudd when asked about his relationship with the "Avenues".

He stated that he didn't have to nor would he share anything with Major Rudd about his involvement there. He needed to be confronted very firmly in order to get him to even listen to the questions that Major Rudd was trying to ask. After some encouragement he did answer some questions that were asked of him.

He was asked who had given him permission to became the chairman of the Advisory board of Avenues.

He replied that He and Major Terry Griffin had discussed this at some time.

When asked about his knowledge of E. Alexander James he immediately burst out with exclamations that he was a crook and a liar and a thief and a few more remarks as well. (Mr. James as far as A/Captain Hegre knows has a wife a daughter approximately 10 yrs. old and a boy approximately 8yrs. old.)

When asked when he had become aware that there was some legal problems he said about a month ago.

When asked why he hadn't reported this to DHQ he replied that he did not think this was necessary as it was not involving the Salvation Army but Avenues and that he had legal council or at least Avenues had legal council and that he was instructed not to share anything with anybody. He seemed surprised to hear that there may be a legal matter in which he and The Salvation Army could be involved in. (I have to wonder if there are other proceedings going on that we are not aware of?)



Exhibit - 14-15