Exhibit

15-1
Dated Postal
Envelope



WRANGELL, AK
99929
JUL 11 07
AMOUNT

**$6.79**
0005038I-05

99929

0000

7006 2150 0005 6025 6313

NAME _____
1st Notice _____
2nd Notice _____
Return _____

Alexander Sw. (?)
Box 1036
Wrangell, AK 99929

RETURN RECEIPT
REQUESTED

173/
Wrangell AK
99929