ELLSWORTH A. JAMES
801 Karluk Street No. 316
Anchorage, AK 99501
Telephone: (907) 258-2532
Pro Se

RECEIVED
MAR 2 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ELLSWORTH ALEXANDER JAMES,

    Plaintiff,

v.

THE SALVATION ARMY CHURCH, et al.,

    Defendants.

Case No. K05-0007 (JWS) Civil

Request for extension of response period to file a reply to Defendants motion for Objections to Exhibits.

**PLAINTIFF Ellsworth A. James, acting Pro Se, requests an extension of the filing period to file a reply to defendant's motion for Objections to Exhibits. The testimony contained in one of the Exhibit documents objected to by defendant's counsel resides in a rural remote area and extra effort will be required obtain signed and certified documents.**

ELLSWORTH A. JAMES
801 KARLUK NO. 316
ALASKA 99501
TELEPHONE: (907) 258-2532

*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 1 of 2

DATED at Anchorage, Alaska this 20th day of March 2008.

Dated this 24th day of March

By: _____
Ellsworth A. James
Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March
2008, a true copy of the for going
Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendants Gallagher Bassett Services, Inc.
And The Salvation Army Church.

Via: Hand delivery & E-Mail

ELLSWORTH A. JAMES
801 KARLUK NO. 316
ALASKA 99501
TELEPHONE: (907) 258-2532