JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>                    Plaintiff,<br><br>      v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                    Defendants. | Case No. 1:05-cv-0007-JWS<br><br>**MOTION TO CONTINUE TRIAL** |

    Defendant The Salvation Army hereby requests a continuation of the trial currently set to begin on April 30, 2007 in Ketchikan.  As set forth in its pending Motion for Extension of Deadlines Set Forth In October 10, 2007 Pretrial Order (filed on March 5, 2008 at Docket 48), Defendant requested an extension of all deadlines in the pretrial order, as well as a continuation of the trial date, in order to allow it to complete discovery (and potentially file a summary judgment motion in light of that discovery).  The need for additional discovery was triggered by a belated production by Plaintiff of certain critical documents.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

While Plaintiff opposed that motion, since that time, Plaintiff has asked for additional time to obtain additional evidence (see Docket 53), neither side has filed trial briefs, no joint statement of issues has been filed, the parties have not met and conferred regarding jury instructions, and the case is clearly not ready to go to trial on April 30, 2008. As indicated in Defendant's March 5 Motion for Extension, moving the trial would allow discovery to be completed, and a summary judgment motion to be filed which might obviate the need for a trial. Defendants therefore respectfully request that trial be continued.

DATED at Anchorage, Alaska this 15th day of April, 2008.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:/s/ Jennifer M. Coughlin
Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2