JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, Plaintiff, v. THE SALVATION ARMY CHURCH, et al., Defendants. | Case No. 1:05-cv-0007-JWS<br><br>**AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE TRIAL** |
|---|---|

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Jennifer M. Coughlin, being first duly sworn, deposes and states as follows:

1. I am an attorney for Defendant The Salvation Army in this matter. I have personal knowledge of the facts contained herein, and am competent to testify thereto appropriate witnesses.

2. The Affidavit that I submitted on March 5, 2008 in support of The Salvation

Army's pending Motion for Extension of Deadlines details the history of discovery on this matter, and Plaintiff's belated production of documents purporting to be his personnel file on February 21, 2008.

3.  As explained in the Motion for Extension of Deadlines filed at Docket 48, these documents are extremely important on the issue of whether the statements that Plaintiff claims were slanderous were in fact true, as well as whether Plaintiff would have been able to keep the job whose loss forms the bulk of his damages regardless of any statements that may have been made.

4.  At this time, no joint statement of issues or trial briefs have been filed, and no jury instructions have been provided. The case is simply not ready to go to trial at this time.

5.  I believe that I will be able to file a summary judgment motion directed to various issues upon the completion of discovery related to the documents that Plaintiff belated produced.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Jennifer M. Coughlin

SUBSCRIBED AND SWORN to before me this 15th day of April, 2008.

_____
Charlene B. Hayes
Notary Public in and for the State of Alaska
My commission expires: 4-17-12



AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 3

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 3 of 3