JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, Plaintiff, v. THE SALVATION ARMY CHURCH, et al., Defendants. | Case No. 1:05-cv-0007-JWS **ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL** |
|---|---|

    The Court has considered Defendant The Salvation Army's Motion to Continue Trial, and finds that there are grounds for granting the Motion. Accordingly, the trial date is vacated, and a new pretrial order will issue shortly.

    DATED this _____ day of _____, 2008.

                                                  _____
                                                  The Honorable John W. Sedwick
                                                  District Court Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ORDER GRANTING MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ORDER GRANTING MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2