JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:05-cv-0007-JWS |
| THE SALVATION ARMY CHURCH, et al., | **MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE TRIAL** |
| Defendants. | |

  Defendant The Salvation Army hereby moves for an order shortening time on its Motion to Continue Trial. As set forth in the underlying motion and in its Motion for Extension of Deadlines set Forth in October 10, 2007 Pretrial Order (filed on March 5, 2008 at Docket 48), Plaintiff's belated production of certain critical documents on February 21, 2008 triggered the need for additional time to do discovery and to file motions based on information which is expected to be obtained in that discovery. Defendant is requesting expedited consideration on this issue in light of the April 30, 2008 trial date, as the parties are plainly not ready for trial at this time. This motion is supported by the accompanying

affidavit of counsel submitted herewith in support of the underlying Motion to Continue Trial.

 DATED at Anchorage, Alaska this 15th day of April, 2008.

               KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

               By:/s/ Jennifer M. Coughlin
                Jennifer M. Coughlin, Alaska Bar No. 9306015
               Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.
                420 L Street, Suite 400
                Anchorage, AK 99501-1971
                Telephone: (907) 276-1969
                Facsimile:  (907) 276-1365
                jennifer.coughlin@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2