JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>                Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                Defendants. | Case No. 1:05-cv-0007-JWS<br><br>**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE TRIAL** |

      Defendant The Salvation Army, having moved this court for an order for expedited consideration of its Motion to Continue Trial, and the Court being duly advised in the premises,

      IT IS HEREBY ORDERED:

      Defendant's Motion to Continue Trial is hereby granted.  Plaintiff James' opposition to the Motion to Continue Trial shall be due on _____.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DATED this ___ day of April 2008.

_____
The Honorable John W. Sedwick
District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ fax   ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE TRIAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2