ELLSWORTH A. JAMES
801 Karluk Street No. 316
Anchorage, AK 99501
Telephone: (907) 258-2532
Pro Se



RECEIVED
APR 18 2008
CLERK, U.S. ... .T COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | |
| v. | Case No. K05-0007 (JWS) Civil |
| THE SALVATION ARMY CHURCH, et al., | Motion for Change of Venue. |
| Defendants. | |

PLAINTIFF'S MOTION FOR CHANGE OF VENUE

Ellsworth A. James, acting Pro Se, requests a change of Venue under 28 U.S.C. § 1404(a).

In mid January of 2008 I permanently moved my family from Wrangell Island in southeast Alaska to Anchorage in south-central Alaska. Criteria for proper venue and title 28 U.S. code § 1404 support my motion on the grounds that.

1. My primary residence has changed from Wrangell to Anchorage

Respectfully Submitted,

DATED at Anchorage, Alaska this 18th day of April 2008.

Dated this 18th day of April

By: _E A. James_
Ellsworth A. James
Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2008, a true copy of the for going Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendant
Salvation Army Church.

Via: Hand delivery & E-Mail

ELLSWORTH A. JAMES
801 KARLUK NO. 316
ALASKA 99501
TELEPHONE: (907) 258-2532

*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 2 of 2