JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, Plaintiff, v. THE SALVATION ARMY CHURCH, et al., Defendants. | Case No. 1:05-cv-0007-JWS **NON-OPPOSITION TO DISMISSAL** |
|---|---|

The Court's April 16, 2008 Order required the parties to show cause by April 28, 2008 why this action should not be dismissed without prejudice. Defendant The Salvation Army agrees that the case is not ready for trial at this time. Plaintiff's unjustified delay in producing critical documents (*i.e.* his personnel file which shows the reasons why his employment relationship actually ended and which provides strong support that the claimed "slanderous" statements allegedly made about Plaintiff were true) triggered the need for additional discovery which could not be accomplished in time to keep the previously

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

NON-OPPOSITION TO DISMISSAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 1 of 2

scheduled trial date. Defendant therefore does not oppose a dismissal of all claims in this matter.

DATED at Anchorage, Alaska this ____ day of April, 2008.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:/s/ Jennifer M. Coughlin
Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501

via ☒ mail  ☒ email  ☐ fax  ☐ hand delivery

By:/s/ Jennifer M. Coughlin

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

NON-OPPOSITION TO DISMISSAL
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2