JENNIFER M. COUGHLIN
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELLSWORTH ALEXANDER JAMES,<br><br>                              Plaintiff,<br><br>      v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                              Defendants. | Case No. 1:05-cv-0007-JWS<br><br>**CONDITIONAL NON-OPPOSITION TO MOTION FOR CHANGE OF VENUE** |

The sole grounds for a change in venue cited by Plaintiff is that he has moved from Wrangell to Anchorage.  While Plaintiff's residence is an appropriate factor in measuring whether venue was properly laid at the time of filing, it is not ordinarily grounds for changing venue simply because the Plaintiff moves.  Although Anchorage would admittedly be more convenient for Plaintiff and any Salvation Army witnesses, it appears that virtually all of the witnesses who are alleged to have heard the allegedly defamatory statements, or who were involved in decisions about Plaintiff's employment remain in Wrangell and trial in Anchorage would be considerably less convenient for those

individuals.  However, in the event that this matter is not dismissed, The Salvation Army would not oppose moving this matter to Anchorage for trial if it is permitted to take perpetuation depositions of witnesses in Wrangell in lieu of attempting to have those witnesses travel to Anchorage for the trial.

DATED at Anchorage, Alaska this _____ day of May, 2008.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By:/s/ Jennifer M. Coughlin_____
   Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.
   420 L Street, Suite 400
   Anchorage, AK 99501-1971
   Telephone: (907) 276-1969
   Facsimile:  (907) 276-1365
   jennifer.coughlin@klgates.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street,
Anchorage, AK 99501


via ☒ mail  ☐ fax  ☐ hand delivery

By:/s/ Jennifer M. Coughlin

CONDITIONAL NON-OPPOSITION TO MOTION FOR CHANGE OF VENUE
James v. The Salvation Army, et al.; Case No. 1:05-cv-0007-JWS
Page 2 of 2