MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**ELLSWORTH ALEXANDER JAMES**     v.    **THE SALVATION ARMY CHURCH**, *et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. **5:05-cv-00007 CV (JWS)**

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date: May 7, 2008

    After reviewing the parties' responses to the order to show cause, the court concludes that it is not appropriate to dismiss this case at this time.  However, the court remains concerned about plaintiff's demonstrated inability to shoulder his responsibilities as a litigant.  Plaintiff commenced this litigation, and therefore has an obligation to pursue it.   The court is also concerned that plaintiff appears to be using the services of one or more lawyers who have not appeared for him in the case, and for all the court knows are not even members of the bar of this court.

    The court will hear argument on the motion at docket 59 to change venue to Anchorage at **8:30 AM** on **June 4, 2008**, in Courtroom 3 in Anchorage.  At that time, the court will also consider setting a new schedule for completion of pre-trial activities in this case.  Plaintiff should be prepared to advise the court whether he is actually proceeding *pro se* or is being represented by undisclosed counsel.