```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ELLSWORTH A. JAMES          vs.  SALVATION ARMY CHURCH, ET AL

BEFORE THE HONORABLE  JOHN W. SEDWICK   CASE NO. 5:05-CV-00007-JWS

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    PRO SE

                DEFENDANT:    JENNIFER M. COUGHLIN

PROCEEDINGS: HEARING ON MOTION TO CONTINUE VENUE (DKT 59)
             HELD JUNE 5, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

Court and counsel heard re plaintiff's Motion to Change Venue (Dkt 59); **GRANTED**; case number to remain the same with all future proceedings being held in Anchorage, Alaska.

Court and counsel heard re depositions and discovery; discovery due by **July 31, 2008**; dispositive motions due by **August 15, 2008.**

At 10:41 a.m. court adjourned.




DATE:       June 5, 2008          DEPUTY CLERK'S INITIALS:   AMK


Revised 6/18/07