JENNIFER M. COUGHLIN
MELISSA A. BAST
K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES,<br><br>                           Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                          Defendants. | **MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 5:05-cv-0007-JWS |
|---|---|

    For the reasons set forth in the attached Memorandum in Support of Summary Judgment and Affidavit of Jennifer M. Coughlin in support of same, Defendant The Salvation Army respectfully requests that all of Plaintiff Ellsworth Alexander James' claims in this matter be dismissed as a matter of law.

    DATED at Anchorage, Alaska this 15th day of August, 2008.

                                                                   K&L GATES LLP

                                                                   By: /s/ Jennifer M. Coughlin
                                                                   Jennifer M. Coughlin, Alaska Bar No. 9306015
                                                                   Melissa A. Bast Alaska Bar No. 0511093
                                                                   Attorneys for Defendants The Salvation Army Church

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ hand delivery

By: :/s/ Jennifer M. Coughlin