JENNIFER M. COUGHLIN
MELISSA A. BAST
K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | **(Proposed)** |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |
| v. | Case No. 5:05-cv-0007-JWS |
| THE SALVATION ARMY CHURCH, et al., | |
| Defendants. | |

The Court has considered Defendant The Salvation Army's Motion for Summary Judgment, Plaintiff's opposition to the same, and The Salvation Army's reply in support, and finds that no genuine issues of material fact exist which require a trial in this matter.

IT IS HEREBY ORDERED:

Defendant The Salvation Army's Motion for Summary Judgment is hereby granted. All remaining claims asserted by Plaintiff in this matter are hereby dismissed.

DATED this ___ day of _____, 2008.

_____
The Honorable John W. Sedwick
District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ hand delivery

By: /s/ Jennifer M. Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969