court held that employers should not be held to a different liability standard than other social hosts because "[t]o hold otherwise would practically impose a duty upon [the employer] not only of getting [the employee] safely home, but also of tucking him in bed, locking his bedroom door, and securing the keys to his truck, or of setting up an all-night vigil in swing shifts to make sure he didn't leave." *Id.* at 1313 (quoting *Southern Bell Tel. & Telegraph v. Altman*, 359 S.E.2d 385, 386 (Ga. 1987).

At all times during his work for Avenues, Hegre was working as a volunteer for that nonprofit organization, and not in an official capacity for the Salvation Army. The Avenues organization was operated solely by its board members, employees, and volunteers, and The Salvation Army had no role in its management. McCloskey Dep. at 26-27. The Avenues board meetings took place once a month in the evenings. Coughlin Affidavit at ¶24. James has not shown that Avenues activities were officially sanctioned by the Salvation Army, or that the Salvation Army required Hegre to sit on the Avenues board or participate in Avenues activities as part of his regular job.

As a volunteer Board member at Avenues, Hegre was involved in charitable work for a completely separate organization from the Salvation Army. Membership of the board of directors for Avenues was open to the general public, and board members came from a variety of occupations. As one board member noted, Wrangell is a small community, and at one point, Avenues had members "from probably every church in town" in addition to a police offer, employees of various state agencies, a diver, a person who ran a home for the developmentally disabled, a religious leader of the Bahai community, an aide to a state Representative, some school district employees, and the president of a local Native association. McCloskey Dep. at 26-27; Coughlin Affidavit at ¶24. There is no evidence that Hegre participated as the Avenues board president in an effort to "serve the master" or

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

that the other volunteer board members were still "at work" and subjecting their employers to liability when they attended evening meetings.

To hold the Salvation Army liable for the acts of its employees that occur outside the course and scope of employment, simply because an employee is performing charitable work and its employer is a separate charitable organization, would ultimately lead to the absurd result of imposing a higher degree of liability on charitable organizations whose employees volunteer in the community than a for-profit company whose employees volunteer in the community. The Salvation Army should not be held liable for any statements Hegre made in his capacity as an Avenues board member any more than it should be held liable for damages had Hegre unsuccessfully changed the tire of a stranded motorist he saw by the side of the road on his way home from work.

### III.    Conclusion

This is a case that clearly should not be allowed to proceed to trial. James obtained a job as the Executive Director of Avenues after submitting a resume which misrepresented both his educational and his work experience. When DHSS could not satisfy itself that James possessed the qualifications DHSS felt were the minimums for an agency receiving grant funds, Avenues lost its grant funding. Rather than taking responsibility for the dislocations his actions caused to Avenues, James has sued The Salvation Army, claiming that its former officer defamed him when Hegre accurately reported that James had lied about his credentials. For the reasons discussed above, James' claims have no legal basis, and should be dismissed as a matter of law.

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DATED at Anchorage, Alaska this 15th day of August, 2008.

K&L GATES LLP

By: /s/ Jennifer M. Coughlin
    Jennifer M. Coughlin, Alaska Bar No. 9306015
    Melissa A. Bast Alaska Bar No. 0511093
Attorneys for Defendants The Salvation Army Church
    420 L Street, Suite 400
    Anchorage, AK 99501-1971
    Telephone: (907) 276-1969
    Facsimile: (907) 276-1365
    jennifer.coughlin@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ hand delivery

By: /s/ Jennifer M. Coughlin