September 18, 2003

Dr. Alexander James,

It is with regret, the Avenues Board must give you official noticed. As of 2 October 2003 if the Board of Avenues has not received your proof of:

1. Your credentials at a Masters/PhD level from an accredited university.

2. Letters from employers confirming employment in the behavioral health field at an appropriate professional level and/or copies of contracts for specific employment to provide behavioral health services either in the US or internationally (at least two (2) letters/contracts must be submitted).

We find we have no choice but to call an emergency Avenue Board meeting with regards to you as our Director of Avenues.

Board of Avenues has given you ample time to comply with all requests regarding proof of your education and employment history. It is our hope you will be able to comply with all requirements before the closing date.

Sincerely,


Peter W. Gary Hegre
President

Exhibit 9
Page 1 of 1

EXHIBIT
9
JAMES

**AVENUES**

A Drug and Alcohol Treatment Facility

Po Box 1108
Wrangell, AK 99929
PH  907 874 3339
FX  907 874 3339
E Mail  avenues@aptalaska.net

RECEIVED

SEP 0 2 2003

Office of the Com

DHSS - J......

August 28, 2003

Mr. Joel Gilbertson
Commissioner
State of Alaska
Health and Social Services
Juneau, AK 99811-0601

Dear Mr. Gilbertson:

I am writing this letter as a follow up to the e mail sent to Mr. Bill Hogan copied to you. (A hard copy is enclosed).    Even thought we have received our NGA Avenues funding, is in jeopardy.    My qualifications for the post I now hold here at Avenues are in question and as a result we have been notified that our grant will be terminated as of September 2 if satisfactory documentation is not received.

I have no issue with providing documentation however, I can not control the time it takes third parties to reply.   An example would be the request for my DD214, or proof of an honorable discharge from the armed services. Requesting such documentation is now totally automated and once initiated, all one can do is wait.  Letters of reference regarding experience in the field of substance abuse were also requested and are in preparation.   Please keep in mind that I am approaching my mid forties and most of the organizations or individuals I trained under either no longer exist or have long since retired.  None the less I have contacted two key references and letters are forth coming, this is in addition to references that were contacted in the hiring process.

Last but not least my education is in question.  I have been a consulting psychologist for over 15 years, I am not now licensed nor have I ever been, my past positions and current post have not required one.  I have logged hours working with clients, doing intake and managing case loads early in my career.  I later worked with organizations training personnel, designing and implementing programs of which substance abuse prevention and counseling was a part.  It is that combination of experience I bring to Wrangell, not just concentrating on service delivery but driving the program as well.   Improving service delivery within existing resources, collaborating with other agencies to offer or share services and resources.  I have put together a professional degreed team drawing from local talent and am training them in both prevention and treatment.  Pulling the plug at this time would deal a blow that this community could ill afford.  This agency is celebrating its 30th birthday and is woven into the fabric of the community, does not the potential harm to the community through the closure of this program warrant a compromise?   I am fully supported by my board and the community meetings I have hosted in the past have always been well attended.



RECEIVED

SEP 1 0 2003

DBH

Exhibit __10__

Page __1__ of __2__

Page 2                                                            August 28, 2003

I have put Avenues on a grant diet and we are currently on 24 month plan decrease dependence on state grant dollars and, to increase operating revenue through collaboration and serving new client groups within existing resources. Going forward we will be working toward a goal, and that goal is less than 1/3rd of our operating budget will come from state and federal grants; however that day is not today.

We have met on several occasions and I believe that you have an idea of my capabilities in this post. I ask you to intervene should it become necessary to do so.


Sincerely,


Alexander Jarnes, PhD.
Director


Exhibit _/0_
Page _2_ of _2_

**AVENUES**

A Drug and Alcohol Treatment Facility

Po Box 1108
Wrangell, AK 99929
PH  907 874 3338
FX  907 874 3339
E Mail  avenues@aptalaska.net

September 4, 2003

Mr. William Hogan
Director Behavioral Health
PO Box 110620
Juneau, Alaska 99811

Dear Mr. Hogan:

The Avenues program has been providing services the Wrangell community for 30 years and is the only peer to peer substance abuse treatment facility on the island. In fact it is the only substance abuse program period.  I am currently the director of the Avenues program. I have been left out of the loop on this inquest from the start, perhaps it is your policy to do so.  My family and I have gone through great effort and expense moving to Wrangell from Florida for this position. We have purchased a home here and my 9 and 10 year old are in school here. I have done nothing wrong and am qualified for the post I hold and with so much in the balance I must defend my position vigorously. I feel that had I been dealt with directly that the discrepancies you pointed out would not be red flags.  I understand and respect the position your office is in and I am complying with your request.  This office received your notice to our advisory board president on the or about the 14th of this month. The September 2nd cut off date is rather short considering the circumstances and what is at risk.  I have sent out the request for letters detailing my experience in the field of alcohol and substance abuse.  I have also submitted a request to military records for my DD-214 showing an honorable discharge from the US military.  The requested documentation is forthcoming.  Our NGA has been issued and there is no need to interrupt our funding, as our program is in full compliance.

I recognize the issues your office may have with my education; while non traditional I assure you I am on par with my colleagues.  I am currently 42 years of age and have lived almost half of my life as an ex-patriot.  Vernell University may not be a member most domestic accreditation organizations in the US then again most of its alumni live abroad and membership in US accreditation organizations is not an issue.  I have traditional training in substance abuse, have been part of a group practice and spent many years as a consulting psychologist working with other cultures, governments and social structures. I also have experience in developing and driving programs, as I have done since my arrival here in Wrangell examples being the Healing Heart Gathering attended by 818 from surrounding communities and Spirit Camp 2003 a collaboration between Wrangell and Petersburg with support from Central Counsel. This was a culture camp with a strong prevention component for 17 Wrangell and Petersburg adolescents of both native and non native heritage.  These events were planned and executed in this office. They help to raise community awareness to substance abuse and foster relationships between substance abuse agencies.

I am a European *resident* (this means I did not give up my US citizenship but can work and live in Europe) and was settled and in Berlin.  My wife is German and both of my children were born there.  I was settled and had no intention of returning to the U.S. that is until a strong anti American sentiment began spreading in late 1997.  Living close to the old East German border, where aggression for all auslanders (foreigners in English) was the strongest, in 1998 we decided had to return to the U.S.

I have met with the other agency directors at the annual SADA meeting in Juneau earlier this year and noticed that many were not degreed but were very knowledgeable of the peer to peer modality through their own recovery.  I feel that I defiantly something to offer in here, while I personally am not in recovery, I do have a through understanding of the peer to peer modality.  That coupled with my

EXHIBIT
11
JAMES

Exhibit ___11___

Page ___1___ of ___3___

DHSS 70

experience with program development, training and educating exceeds the status quo for treatment centers offering same services in our agency size and grant range.

In a slow island economy with a recent job growth at 0.6% and a future job growth at -3.4% should this facility close its doors, the community would loss 6 full time jobs. There are no redundant services of this kind so those currently employed would have no alternative employment opportunity. The Avenues program has only 3 positions in its budget however it is responsible for a director and two instructors which run a culturally sensitive youth program with a strong anti-drug component. This program is funded through an alliance I fostered between the City or Wrangell, The local tribe (Wrangell Cooperative Association), Tlingit and Haida Central Council and the Alaska Boys and Girls Club. All of these organizations together support our youth and prevention activities. The Avenues program is dependent on the state for some 80% of its funding and at the moment can not function without state grants. This is an issue I will rectify by diversifying our funding base with $1/3^{rd}$ coming from federal, native and private resources; $1/3^{rd}$ from operating revenue and $1/3^{rd}$ from the City of Wrangell and surrounding community. We will also be increasing operating revenue by expanding current services to new target groups; employee assistance programs for example will be offered using existing staff and resources. In this manner we will be guaranteeing that these same services will be available to our community in the future due to the enhanced stability of a broader funding base. Avenues is currently on a 24 month plan to achieve the following objectives:

- Reduce the dependence on state grant funds

- Increase operating revenue by offering current services to new client groups

- Build a cohesive treatment team from the local community that is able to asses and evaluate substance abuse clients. Provide counseling services using a peer to peer model which has a proven track record with substance abuse clients. And insure that those team members with the aid of proper evaluation instruments are able to recognize possible personality disorders for prompt referral to mental health in order confirm or rule out the dual diagnosis client.

- Receive JCAHO accreditation for addictions services / programs

What we have accomplished to date:

- A 5 bed inpatient is currently in the planning stages; negotiations are under way with a local land owner for a possible residential substance abuse program.

- An Employee Assistance program is in the early design phase. When complete the program will be marketed to local and regional employers.

- A youth programs director has been recruited and is currently in place – Mrs. Knapp is a local Alaska Native with a degree in education from University of Alaska. She is familiar with Wrangell youth through her previous work with the Wrangell School district. A new primary counselor has also been recruited and is in place. Ms. Stevens is also a local Alaska Native and holds a bachelors in psychology from the University of Washington and Masters in Native Culture from the University of Arizona.

In closing I would like to say that:

In December of 2002 I moved to Wrangell and accepted the post as Director of the Avenues program. This post had been open for 6 months and actually without a director for much longer than that do to the ill health of my predecessor. Two months later my primary counselor was diagnosed with cancer

Exhibit ___//___

Page __2__ of __3__

September 4, 2003

and went on sick leave. Shortly after that Wrangell was rocked by a triple murder suicide, drugs and alcohol were involved. My primary counselor having never returned from sick leave passed away. In the weeks that followed a young man 23 years of age died of respiratory complications, again the death was related to substance abuse. This may not seem like much in a big city, but in a community of 1500 it has a substantial impact. Our local magistrate stated that 90% of the cases that come before him on a daily basis are related to substance abuse. This agency is part of the fabric of the Wrangell community and must continue. I am here because I see Wrangell as a perfect place to raise a family and I am dedicated public service. I reiterate I understand the position your office is in and I am complying with your request. However closure due to a September 2nd deadline would exact an economic and considering the number clients we are currently serving moral toll our community could ill afford. There is a way to work through every dilemma and this issue is no exception. My Staff as stated above is well educated and highly motivated. My new primary counselor Ms. Stevens holds a Master in Native cultures and a Bachelor in psychology and has been an active community member for a number of years. My youth programs director Mrs. Knapp holds a degree in education form University of Alaska and has spent many years in the Wrangell school district. I have built this team from local talent and together we have made strides community awareness to substance issues. We are providing competent and much needed services to our community.

We have accomplished much in a very short period of time. Pulling our funding or calling for removing vital leadership at this time would be counter productive and remove a vital part of the Wrangell continuum of care.

I understand the importance of the unification of mental health and substance abuse and have together with another agency director on a possible model. This was done in the spirit of working together and was a submission for perusal. I will enclose a copy.

Sincerely,

Alexander James, PhD.
Director

Exhibit ___11___
Page _3_ of _3_

# STATE OF ALASKA
## DEPT. OF HEALTH & SOCIAL SERVICES
### DIVISION OF BEHAVIORAL HEALTH
### CENTRAL OFFICE

FRANK H. MURKOWSKI, GOVERNOR

P.O. BOX 110620
JUNEAU, ALASKA 99811-0620
PHONE:      (907) 465-3370
FAX:        (907) 465-2668
TDD:        (907) 465-2225
TOLL FREE:  1-800-465-4828

November 7, 2003

Capt Peter W. G. Hegre
Board President
AVENUES
PO Box 2252
Wrangell, AK 99929

Dear Capt Hegre:

As Acting Director for the Division of Behavioral Health, I am in receipt of your letter of 10-24-03. Attached to that letter were copies of four business cards, an invoice for purchase of computer related items and an excerpt of an income statement. These items, in addition to information you named that we received directly from Dr. James, are in our possession.

The closing statement of your 10-24-03 letter asks us if the information provided satisfies the requirements of Mr. Hogan's August 1 letter. Review of both the documents you sent and the ones we received directly, provides only the confirmation of an honorable discharge from the military. None of the materials contain verification that VerneII University is an accredited institution of higher learning and we have only one signed letter from an employer regarding Dr. James employment, to confirm the work experience listed on the resume he submitted to Avenues when applying for his current position.

It is important to note the Division is not currently identifying, nor has it in past communications with Avenues, intended to put forth specific requirements to be met by an individual to be hired as an agency director for Avenues. Rather, because the state had received information that Dr. James might not possess the advanced degree nor have the professional experience listed on his resume, the August 1 letter requested documentation from Avenues of this information, in order to confirm that Dr. James had not mis-represented his background in order to obtain the position.

I want to clarify as well, Avenues as an organization may hire anyone they choose to be their Executive Director. However, the State of Alaska has responsibility to fund only programs that have experienced and appropriately educated staff

Exhibit _12_

Page _1_ of _2_



DHSS 3

providing services at the local level.    Therefore, until further documentation is provided to verify the truth and accuracy of the information that provided the basis for Avenues determining that Dr. James was a qualified applicant and the state supporting Avenues offering Dr. James his current position, the State finds it necessary to continue to withhold grant funds from Avenues.  Please be advised, no second quarter funds for the period October 1 through December 31, 2003, or other funding, will be forthcoming until this matter is resolved.

We look forward to hearing from you soon regarding the resolution of this matter. If you have any questions call me at 465-5811 or Director Hogan at 465-3370 after 11/11/03.

Sincerely,

Karen E. Pearson
Acting Director

Exhibit ___12___

Page ___2__ of __2__

Avenues to Recovery
Governing Board
Special Meeting
10 November 2003

Dear Board Members,

This will constitute an answer to the questions presented to me October 28th 2003

I will not provide further documentation or give more authorization than I have thus far.  My background has been toughly investigated.  The result has been a variety of versions of my personal history floating around the community.    I am not one but one of four and what happens to me affects my family and enough is enough. I will provide a general statement that may provide the answers you are looking for.  Should my statement not prove sufficient you may consider it a resignation.  The conditions of which should include in lieu of my service for the last year, 3 months severance pay and an equal amount of time to catch up files and close or transfer clients.

I returned to Europe from the United States in 1990.  I formed Sigma Consulting Group which was combination of industrial psychology and individual counseling.  I was listed with the American Embassy and received referrals from both firms and individual clients.  Drug and Alcohol counseling was the predominant service requested from either client type.  As time went on I kept a small individual client base and expanded more toward corporate services, providing testing services and writing HR policy. Eventually we became part of a team that dealt almost exclusively with firms. This team became PCI or Psychological Consultants International.  This team was made up of accountants, analysts, and technology specialists. Even though we operated together as PCI each group had its own office and other projects as well.  An example would be, if a client called PCI gmbh, a receptionist would answer, if the client needed services that involved HR, testing or program design that client was transferred to my office in downtown Berlin.  If the client needed technology services he would be transferred to an office in Zelendorf across town.  Every contact I made with a client was direct and therefore confidential.  I think if you look at your data you will find more evidence for, than to the contrary.

I took several educational opportunities along the way some where congresses like the world Psychological Congress in 1996 and other during project downtime in and around Berlin. These courses were taken for educational value the more I

Exhibit __13__

Page _1_ of _3_

EXHIBIT
13

understood, the better programs I could write. Transcripts were a second thought; I was already established and had no intentions of returning the US. When it was clear that the anti-American attitude was indeed something to be taken seriously I started looking for a way to package my education and bring it back to the states. There are many Universities on the internet that take transcripts from other countries one looked as good as another I picked one. The president of the board offered to pay for the translation of my transcripts. Firstly, we can't afford it, with a 20% cut in funds we are doing well just to meet payroll. While it is true the state is holding $2900.00 from our Q1 payment pending the outcome of this situation we can not afford to pay 3000 to 5000.00 dollars for documents that would not be worth anything even when translated by a certified translator. I believe it was mentioned that someone in town could translate an official German document to English. I do not think I am the only one that would consider that an act in futility. I know there was other questions as well, U of Maryland for example. I have never been to Maryland or anywhere near it. The US military had a contract with that university I attended classes in bunkers, mess halls and hospital board rooms after hours. I have an idea as to why is does not show up here but I am not willing or able to go through the expense to deal with it. I have no desire to be licensed and I do not need to be to work in this capacity. My experience and a counselor's certificate are adequate.

Speaking of experience, references are also an issue here. Houston Therapies was run by Dr. Patterson. Dr. Patterson is now deceased or so I am lead to believe. I can not be certain as I have not personally examined a death certificate. I do have a colleague I worked with at Houston Therapies a Mr. Kevin Thompson, a gentleman I also attended a drug and alcohol certification course with. Even though I was able to locate him I was not willing put him through the same treatment as my first reference Dr. Mc Daniel. I have not seen him in a number of years and I will not have him interrogated. He can only give general information. He does not have a business certificate or any other paperwork for that matter.

The Avenues board of Directors as any other substance abuse board has the right to change the job description for any position in the agency under their control. There is an established precedent for state officials to follow the board's recommendations as the state has no set perquisite for what a director of a substance abuse agency must have. I have worked in the capacity of director of this facility for a year, my experience is evident. I have gone beyond

Exhibit _13_

Page _2_ of _3_

the call of my st   ion because in is in me t  do so, I am on
call 24 hours a day.  I have gone out on cal   during the
weekend, and have talked to clients in the early hours of
the morning because that is when they needed help.  I am not
a liability but and asset.  I bring experience in counseling
and program development, which will be needed if Avenues is
to make it through year 03 intact.

The board has the authority to decide this issue and I leave
to you all to do so.

If I have not addressed all questions I apologize.  However
we agree on one point and that is that this has gone far
enough.  I will be available to assist Avenues through its
transition phase should I not remain as its director.

Sincerely

Alexander James

Exhibit   13
Page  3  of  3