APR-01-2008 TUE 01:29 PM WRANGELL POLICE        FAX NO. 190787 .73           P. 12
                                                                              Page 1 of 2



# VERNELL UNIVERSITY

**HOME**

**ADMISSIONS**

**ACADEMIC PROGRAMS**

**DISTANCE EDUCATION**

**TUITION**

**FINANCIAL AID**

**CAREER PLANNING**

**REGISTRAR**

**ALUMNI**

*"Vernell University Offers Traditional Enrichment Through Education."*



**Message from the University President**

Dear Visitor,

Welcome to Vernell University's Web site. Whether you are a prospective student, an alumnus or are simply curious about the College, this Web site has been created with you in mind. Here you will find information about admission to the university, about our research programs, and items of special interest to alumni.

This web site reflects our core values and goals for the institution: educational excellence for all students at Vernell University and the world; economic development through research and outreach; and a commitment to diversity and intellectual rigor.

Through its three primary missions of teaching, research and outreach, Vernell is the intellectual center and has been recognized by many as a fantastic research and doctoral-degree granting institution.

I invite you to explore Vernell University through this web site. You will discover that Vernell is a great institution offering a strong education. You will find evidence that teaching and learning are top college priorities.

Research is at the core of our teaching excellence and the foundation up

Exhibit 14
Page 1 of 13

http://www.vernelluniversity.org/



EXHIBIT 14

10/21/03

Page 2 of 2

which all our missions rest. The answers to real world problems are coming out of Vernell University laboratories and classrooms. By using college research to address the world's unique challenges, Vernell is a full partner in the world's vitality.

Vernell University's engagement connects and integrates our learning and discovery missions to make a difference in the global community.

I'm sure you will agree with me that there is no other place in the world like Vernell.

Sincerely,

Cliff Johnson,
Vernell University President

© 2001 • Vernell University: send comments or questions to comments@vernelluniversity.org

http://www.vernelluniversity.org/

10/21/03

Exhibit 14
Page 2 of 13



# VERNELL UNIVERSITY

HOME

ADMISSIONS

ACADEMIC PROGRAMS

DISTANCE EDUCATION

TUITION

FINANCIAL AID

CAREER PLANNING

REGISTRAR

ALUMNI

## OFFICE OF THE REGISTRAR

The Vernell University Registrar's Office is pleased to provide a transcript of your academic record, whether you are a Vernell alumnus or a current student. All requests for transcripts must be made in writing. Written requests for transcripts may be sent via traditional mail. Alternatively, requests may be made in person during normal business hours. As all requests must bear your signature authorizing the release of your academic information, we are unable to process requests made by phone or e-mail.

When requesting a transcript, please include the following information:

- Full name (if you have had a change in name since enrolled at Vernell, let us know the name under which you were enrolled)
- Social Security Number or birth date
- Your current mailing address
- The name and address of where to send the transcript
- Your signature

Fees: There is a $40 charge for each transcript mailed. You may either enclose a check made payable to Vernell University with your request, or we will send you a bill.

Exhibit  14
Page  3  of  13

10/22/03

http://www.vernelluniversity.org/registrar.html



# VERNELL UNIVERSITY

**HOME**

**ADMISSIONS**

**ACADEMIC PROGRAMS**

**DISTANCE EDUCATION**

**TUITION**

**FINANCIAL AID**

**CAREER PLANNING**

**REGISTRAR**

**ALUMNI**

FOR ALUMNI ON-LINE RECORD ACCESS PRESS HERE!

## VERNELL UNIVERSITY ALUMNI ASSOCIATION

**HOW DO I BECOME A MEMBER?** You become a member automatically when you graduate. The Vernell University Alumni Association (VUAA) was established to promote the interests of the University and to benefit its alumni. The VUAA serves the University, its students and alumni.

**WHAT DOES THE ALUMNI ASSOCIATION DO? Facilitates Career Networking by Alumni and Their Employers for Students and Alumni** Each year alumni, in partnership with the Career Services Office, sponsor several Career Forums. Graduates from a variety of fields and businesses provide information about careers, jobs, internships and other opportunities. Alumni are welcome to use the Career Services on campus.

**Promotes Alumni Networking** The alumni publication, VU Today, is mailed regularly to each graduate and includes University news, a calendar of events and the popular class notes section. Regularly, alumni are invited back to campus for special events such as Homecoming and Saturday Semester.

**Provides Financial Support for Today's Students** In 1999-2000, alumni contributed $437,931 in unrestricted support of scholarships, academic programs, facilities and equipment to benefit alumni and students.

**WHO RUNS THE ASSOCIATION? HOW DO I GET INVOLVED?** An elected board of officers and directors who are VU graduates govern the Association. There are many opportunities to get involved on committees that plan events and work with the admissions department, career services and the advancement office to provide advice and help promote the University.

**2001-2002 Board members are:**

Missy Leonard Alford '62 President

Dale Hodge Milton '93 Vice President

Gloria Shiver '66 Secretary

Exhibit  14
Page  4  of  13

10/.4/03

Thomas Hermsen '97 MBA

Eileen Brosnan Edick '62

Heather Lowden '92

Tina Edward '97

Iris Weston '95, '97 MBA

Rashaun Davey '81, '95 MBA

Monica Sellman Satterthwaite '70

Carol Raymond, SNJM '69, '78 MM

Jane White '85

### HOW DO I FIND OUT MORE?

The Alumni Relations Office is located on campus in the Office of Institutional Advancement (at the top of the stairs to the right of the Chapel). We will be happy to answer any questions and can be reached via e-mail: comments@vernelluniversity.org

© 2001 • Vernell University: send comments or questions to comments@vernelluniversity.org

Exhibit 14
Page 5 of 13

Degrees R Us! Legal Information                                                Page 1 of 2



### The University

The University is a legally organized educational, corporation, which is not fully operational at the present time. It is Listed on the register of Universities accredited by the Inter-Collegiate Joint Committee On Academic Standards. The information at the University website will be correct, when the University is fully operational. At the present time, it is not correct. *(This paragraph is not applicable to the low budget diploma)*

The University has no campus, neither faculty, nor student body. It exists on paper and on the web and for that reason, the degrees will not be recognized by any other educational institutions. The agencies that have accredited the degrees, were created by our organization to aid in marketing these diplomas.

---

### It Is Legal

It is a time honored University practice to award diplomas to individuals who, although not enrolled in the University, have done something to cause the University to acknowledge and to honor them. There are no laws, nor rules, that dictate who is and who is not awarded a diploma. It is strictly a matter of each University's policy.

---

### Formerly Only for the Rich or Famous

For years, University degrees have been awarded to people who did not attend college, who were either rich or famous. Now, in this democratic age, in recognition of your contribution, you will be awarded a diploma. You will be included on the University's roster of diploma holders, without regard to your wealth or station in life.

---

### Diploma in Ten Days

In ten days, you will receive a large envelope containing your 11 inch x 14 inch diploma, ready for framing and display. Your name will already be listed in the University's pass-word protected alumni roster web site.

---

### The Alumni Records on The Web: The Premier & Premium Programs

Using your password, you will see your name on the alumni roster on the Universities website, together with the graduation date that you specify to be on your diploma, along with any scholastic honors and awards that you received.

Exhibit  14

### Let Others See Your "College Record"

Page  6  of  13

If you want to permit someone to see you name on the alumni roster, together with the date of your diploma and

http://www.degrees-r-us.com/legal.html                                          10/20/03

Degrees R Us! Legal Information                                              Page 2 of 2

the honors you may have received, give them your password and direct them to the university web site. You will receive the university name and its web address, when your diploma is delivered. (not applicable to the budget diploma)

## To Protect the Value of Your Diploma

To protect the university name from being seen by mere casual browsers coming to this website, thereby diminishing both the value of your diploma and the University name, the University name is not disclosed here. It is neither a religious institution, nor a trade nor technical school. You will be pleased with the University, the diploma and proud to have others see your name listed in the alumni records. *(not applicable to the budget diploma)*

## Diploma Not To Be Misused

These college diplomas are being distributed to boost your confidence and esteem. By ordering a diploma, each diploma recipient is certifying that they will not misuse the diploma, the listing in the Universities records or any other improper use.

## Diploma Order Form

## Main - Sample Diploma - Course Catalog - Contact Info - Legal Information

© February 17, 2000, University Services, Corp.

Exhibit 14
Page 7 of 13

http://www.degrees-r-us.com/legal.html                                        10/20/03

College Diploma Order Form                                   Page 1 of 6

# Diploma Order



*Required Information

You do not have to give any credit card information and the order form will still submit. Just complete the form and we will contact you for billing information.

*Name:
*Street Address:

Physical address required: Delivery to a P.O. Box will not be accepted. COD payment by money order only. COD orders will be collected by the delivery driver.

Apt #:
*City:
*State:
Country:
*Zip Code:
*Day Time Telephone #:
*Evening Telephone #:
*E-Mail:

Premier and Premium diplomas are 14 inches wide by 11 inches high and are ready for framing



Our shopping cart is under construction, and the total price of your order will not be displayed. Please use a calculator to total your order.



## Select a Degree

## Select a Degree

Degrees may be paid for in full at the time of order.

http://www.degrees-r-us.com/secureorder.html

Exhibit 14
Page 8 of 13

10/20/03

College Diploma Order Form                                            Page 2 of 6

If you choose to pay in full, please indicate so in the comment box.

Make your selections by checking the appropriate box

☐ Bachelors Degree         $125 with order, $300 on delivery for a total of $425

☐ Masters Degree           $125 with order, $325 on delivery for a total of $550

☐ Ph.D Degree              $125 with order, $525 on delivery for a total of $650

The title of your Ph. D. thesis will be listed on your transcript and in your alumni record on the University's web site, for an one time payment of $75.00

☐ All Three:               $300 with order, $600 on delivery
Bachelors, Masters and Ph.D   for a total of $900

☐ **SPECIAL!! Save $$$**   $400 with order, $200 on delivery
Bachelors Degree PLUS      for a total of only $600!
8 full semesters of transcripts PLUS
The Premier Verification Program.



### Verification of Your College Record by Telephone
### With the Registrar's Records Office

☐ Premier Program: $195 additional on delivery. One year of telephone access to the Registrars Office on a toll free number (limited to six calls per month).

☐ Premium Program: $95 Listing on the University's pass word protected alumni record on the web.

☐ Budget Diploma. Total $200; submit $125 with order and pay $75 on delivery. You will receive a prestigious diploma, 8.5" x 11" ready for framing, from Chaparral Western College, printed on parchment paper manufactured by the same New England paper mill that has been supplying high grade cotton fiber paper for historic documents and universities since 1839.

Exhibit __14__
Page __9__ of __13__

http://www.degrees-r-us.com/secureorder.html                          10/20/03

APR-01-2008 TUE 01:31 PM WRAI    L POLICE           FAX NO. 190787  '73                P. 21

College Diploma Order Form                                                       Page 3 of 6

# Enter the name *exactly* as it is to be on the diploma

Step One: Choose the field of study and year for your Bachelors diploma

Field: 
Year Granted: 

Note: You are encouraged to obtain a degree in a field in which you are competent and trained, by either education, or experience, or both. The degrees are issued by a U.S. University, pursuant to an international treaty between many countries, including the United States. The countries that are parties to the treaty are obligated to recognize degrees that are issued to persons that have three years experience in the field of their degree, or three years education in the field, or a combination of life experience and education.

Choose the field of study and year for your Masters diploma

Field: 
Year Granted: 

Choose the field of study and year for your Ph.D.

Field: 
Year Granted: 

Step Two: Optional Honors for Bachelors and Masters Degrees

Honors for academic excellence:
if awarded, are customarily printed on the diploma:

Exhibit  14
Page  10  of  13

http://www.degrees-r-us.com/secureorder.html                                       10/30/03

APR-01-2008 TUE 01:32 PM WRAN L POLICE        FAX NO. 190787 73        P. 22

Page 4 of 6

College Diploma Order Form

☐ Cum Laude (with honors) - $35 additional on delivery.

☐ Magna Cum Laude (with high honors) - $65 additional on delivery.

☐ Summa Cum Laude (with highest honors) - $75 additional on delivery.



### Step Three: Optional Dean's List for Bachelors and Masters Degrees

The "Dean's List" is composed of individual students whose Grade Point Average's, for a particular semester, place them in the top 10% of their class. Traditionally the honor is evidenced by a letter from the dean. The University, from which you will receive your diploma, awards a certificate, signed by the dean. It is suitable for framing. A separate certificate is awarded for each semester that the student is on the Dean's List. The certificates can be delivered with your diploma and the remaining payment may made at that time.

#### Check Only One

☐ 1 Semester        $35 with order on delivery
☐ 2 Semesters       $50 with order on delivery
☐ 3 Semesters       $75 with order on delivery
☐ 4 Semesters       $80 with order on delivery
☐ 5 Semesters       $90 with order on delivery
☐ 6 Semesters       $100 with order on delivery
☐ 7 Semesters       $115 with order on delivery
☐ 8 Semesters       $125 with order on delivery



### Step Four: Optional Transcripts

Note: Some accrediting organizations are listed by U.S. Department of Education. Others, including the Inter-Collegiate Joint Committee on Academic Standards, are not. All of the accrediting organizations, including the Inter-Collegiate Joint Committee on Academic Standards, that have accredited the university that will issue your diploma are controlled by affiliates of College Services Corporation.

Transcripts are a semester by semester record of the courses taken in college, together with the grades earned in each courses. You may order a copy of your

Exhibit __14__

Page __11__ of __13__

http://www.degrees-r-us.com/secureorder.html

10/20/03

College Diploma Order Form                                    Page 5 of 6

transcripts at a cost of $360.00 for all 8 semesters.

Enter your desired cumulative grade point average that is to be reflected on your transcript. A 4.0 GPA is an "A" in every course. A 2.5 GPA is respectable. A 3.5 GPA would, in most instances, place a student on the Dean's list. In a college that is on the semester system, there are eight semesters in a four year degree program.

○ Yes, I want transcripts! $360.00

[ ▼ ] Cumulative Grade Point Average

### Step Five: Submit Your Deposit

*Payment Method

**CREDIT CARD**

☐ MasterCard   ☐ Visa   ☐ American Express   ☐ Discover

We will use your information listed above.
Please add credit card information below:

Exact Name On Card: [            ]
Street Address (Card is billed to): [            ]
City, State, Country: [            ]
Zip Code (Card is billed to): [            ]
Credit Card Number: [            ]
Expiration Date (mm/yy): [            ]

Call (877) 272-6353, between 9:00 A.M. and 6:00 P.M.
Central time if you prefer to pay by phone.

Diplomas and transcripts are for framing & display only

These college diplomas are being distributed to boost your confidence and esteem. By ordering a diploma or transcripts, you are certifying that you will not misuse the diploma, the listing in the Universities records or any other improper use. The Inter-Collegiate Joint Committee on Academic Standards

Exhibit 14
Page 12 of 13

http://www.degrees-r-us.com/secureorder.html                    10/20/03

College Diploma Order Form                                              Page 6 of 6

and the accrediting agencies listed on the transcript forms are controlled by College Services Corp.

### PLEASE PRINT YOUR ORDER BEFORE SUBMITTING

Please carefully review the information that you have entered, to make certain that there are no errors. When approved, this order form will be the source document that is used for the preparation of your diploma and other documents. We will E-Mail confirmation of receipt of your deposit within eight hours of receiving it. The E-Mail will confirm the total price and the amount to be paid upon delivery.

Degrees may not be obtained by residents in states where prohibited by law, including the states of MO and NY

Thank You!

Additional Comments:

[Submit] [Reset]

Telephone: (877) 272-6353 between 9:00 A.M. and 6:00 p.m. Central Standard Time.



College Services

Telephone: 877.272.6353

Exhibit 14
Page 13 of 13

http://www.degrees-r-us.com/secureorder.html                              10/20/03