2d    We were unable to afford heating oil for the winters of 2003 and 2004 when Wrangell experienced extended periods below 20 degrees. Because of the connection of the Salvation Army Church to the religious community of Wrangell, no church offered to help us during the holidays or at any other time during the winters of 2003 or 2004.

2e    The Salvation Army is a Christian organization, in speaking out against me in a in a false and derogatory manner the Salvation Army church in Wrangell lead patrons of the Salvation Army church in Wrangell and other Christians or organizations and communities to believe that I was less than any other good citizen suspect in wrong doing. As a result when opening a new Wellness office in Wrangell I received death treats on the office answering machine for several days. While attending a board meeting, as board member of the Women in Safe Homes organization I heard allegations about me spoken from other board members. These allegations came directly form the Salvation Army Church in Wrangell. These same allegations were directed to state and agencies native and non native in Juneau and Anchorage.

3. I have difficulty working as a program director and advocate because of slanderous remarks made to state officials and other agencies and Non-profits I must interact with.

4. My health has suffered. High stress levels have caused chest pain, sustained heart arrhythmias and periodic blurred vision. As a result of this sustained stress I have been diagnosed with heart failure, I have no other risk factors or history of heart disease. Chief cardiologist Dr. Zen of the VA hospital in Anchorage indicated that in the absence of other risk factors, sustained levels of stress is the more likely cause. This illness will shorten my life, prohibit any future investment in life insurance and make health insurance expensive and difficult to obtain. In addition my current health makes it impossible to financially provide for my wife and 3 children in the event of my death.

4a.   I now take a Beta Blocker as prescribed medication and must continue to take them for the rest of my life. The side effects of these medications reduce my quality of life. These side effects are

Exhibit 1
Page 6 of 11

        Drowsiness or fatigue cold hands and feet. weakness or dizziness. Dry mouth, eyes, and skin, wheezing, trouble breathing, or shortness of breath, slow heartbeat, abdominal cramps, throwing up, diarrhea, constipation, back or joint pain, skin rash, sore throat, depression, memory loss, confusion and hallucinations, impotence, trouble sleeping or vivid dreams while asleep. I must also now take an Ace Inhibitor for the rest of my life. While it is anticipated that this drug will allow me to live a normal life span, I must deal with the side effects that will reduce my quality of life. These side effects are: cough, elevated blood potassium levels, low blood pressure, dizziness, headache, drowsiness, weakness, abnormal taste (metallic or salty taste), and rash, kidney failure, allergic reactions, a decrease in white blood cells, and swelling of tissues

4b.    My physical endurance is greatly reduced do to my low E/F factor compounded by the effects of the medication, now even a short lecture is exhausting. This greatly affects my ability to make a living going forward. I write community and research grants and proposals for government contracts. I train and develop training programs; I am involved in research and develop outlines and outcomes for projects. A 20 minute lecture is now exhausting and it is difficult to focus when writing papers or responding to a grant or proposal. My recent heart failure has changed my life and adversely impacted the lives of my family. This condition is related to the sustained stress and hardship caused by the actionable slander.

4c.    My wife and I have a more traditional type marriage in that she has never worked outside the home. Being a stay at home mother my children have never know a day without their mother. This is no easy task, my family truly depends on me for their existence. This slanderous attack has not only cost me my ability to earn a living but it has cost my children a college education. I am no longer able to qualify for life insurance so I can not even make proper arrangements for my family should something happen to me.

5.    My wife and I have 3 children and been married for 15 years, seeing her suffer has been, devastating to me, making it very difficult for me to concentrate or work at the level I had prior to this incident. My wife had a nervous breakdown at the prospect of losing our home and living on an island in a community hostile to us. We made many trips to the emergency room for migraines, chronic nausea, and pain brought on by panic, fear and anxiety. There are few services available in Wrangell and in our case there were almost none. My wife now very rarely ventures outside the house and almost never, if she is alone. This creates a hardship for me as many tasks she once

Exhibit 1
Page 2 of 11

preformed I have now undertaken. This inhibits my enjoyment of life and increases my stress level making an already difficult situation impossible.

6. While my wife and I were able to receive basic medical services regardless of our ability to pay. The local dentist refused to see any of us without insurance or payment up front. My wife in her eight month pregnancy with our now youngest son broke a tooth due to a calcium deficiency caused by the pregnancy. We went to the dentist office because she was in extreme pain, we tried to make some kind of arrangements but were denied. Eventually we were able to save enough money for an extraction, as a result my wife lost 3 teeth because we could only afford the $120.00 extraction fee even though all three could have been save with minimal dental work. Being a sole provider, having to endure this kind of humiliation exacted a tremendous toll on me physically and emotionally and I am certain that this decision was based on the influence of the Salvation Army Church in the Wrangell community.

## RESPONSE TO INTERROGATORY 7

1)

**Loss of income**

My Executive Director salary was 55000.00 per year and I am claiming a loss on income of 47 months at 4583 per month. Damages will continue to accrue at this rate until a settlement has been reached or a judgment has been made.

$215,401.00

Exhibit 1
Page 8 of 11

**Special Damages**

As a result of immediate loss of income, all local charge accounts were in default and reported to the credit bureau, the purchase contract on my home went into default and we were forced to leave our home and I could no longer afford health and dental services.

| | | |
|---|---|---|
| 1. | City Market | $10,988.21 |
| 2. | Buness Bro | $4,674.23 |
| 3. | Wrangell Medical Center | $7,000.00 |
| 4. | Moorehead D.D.S | $242.00 |
| 5 | Loss of Home | $175,000.00 |
| 6. | Kaden Building Partnership | $8,000.00 |
| 7. | Sunrise Aviation | $1670.00 |

Total:  $207,332.44

2)

Actual Cost plus administrative and litigation expenses.

3)

a. Chet Powell / Vice President & General Manager of **City Market Inc.** see special damages 1. Account defaulted as direct result to actionable slander

b. Oliver M. Buness / Owner **Buness Bros, Inc.** see special damages 2, Account defaulted as a direct result of actionable slander

c. Richard Baumfalk / Holder of the promissory note attached to **former home.** See special damages 5. Promissory note defaulted as a direct result of actionable slander.

d. Tyler Robinson / President **Sunrise Aviation**, see special damages 7

e. Stough /Kadin building partnership

### RESPONSE INTERROGATORY 8

| Avenues Board of Directors 2003 | Address & Phone |
|---|---|
| Captain Gary Hegre | unknown |
| Captain Nancy Hegre | unknown |
| Janet Strom | 3.5 mile Zimovia Hwy / 874-4138 |
| Kay Larson | 612 Etolin / 874- 3521 |
| Doug McCloskey | unknown |
| Becky Rooney | 206 McKinnon / 874-2026 |
| Rhoda Fotchman | unknown |
| Kathi Kirschner | 708 Case Avenue / 874-2805 |
| Pete Engwall | unknown |
| Linda Bjorge | 520 Evergreen / 874-4166 |

Exhibit  1
Page  9  of  11

**Avenues Board of Directors 2002**

| Name | Contact |
|---|---|
| Captain Gary Hegre | unknown |
| Captain Nancy Hegre | unknown |
| Janet Strom | 3.5 mile Zimovia Hwy / 874-4138 / 874 3829 |
| John Feller | |
| Lynn Feller | unknown |
| Kathi Kirschner | 708 Case Avenue / 874-2805 |
| Luella Knapp | Panhandle Tr. Ct no. 4 / 874-3273 |
| Scott McKay | unknown |
| Pete Engwall | unknown |

## RESPONSE INTERROGATORY 9

I have worked continually since leaving the Avenues organization.
January 2004 to Present
Wrangell Wellness
501c3 Non Profit
wrangellwellness.org
PO Box 771
Wrangell, AK 99929

Summer 2005
Application to Sitkans against Family Violence
Outreach Coordinator, Kake / Angoon
Turned down, reason given: over qualified
2006 to Present
James, Velox & James
Social Research
jvjresearch.com
PO Box 1033 Wrangell AK, 99929

2006 to Present
Diversity Consulting
Diversity Training & Management Strategy
diversityconsulting.us
PO Box 1033
Wrangell, AK 99929

Exhibit 1
Page 10 of 11

## RESPONSE TO INTERROGATORY 10

Captain Hegre harassed me by telephone; during the week about the 12th through the 16th Hegre called me at home repeatedly telling me to turn in my resignation. I refused saying that I wanted to address the board first. The day of the 16 he called many times leaving harsh messages on the answering machine. He called again between 7:30 and 8:00PM, I answered and he asked about my resignation, when I refused he exploded in a verbal tirade of racial insults and said that if I did not resign he would fire me.

Captain Hegre also used social pressure to shame me in to resigning, even though all board discussions on this matter were closed it was no secret that Captain Hegre used regular community interactions of the Salvation Army Church to report his claims.

## REQUEST FOR PRODUCTION NO 1.

Personal Returns provided

## REQUEST FOR PRODUCTION NO 2.

Not currently Available

## REQUEST FOR PRODUCTION NO 3.

Provided

## REQUEST FOR PRODUCTION NO 4

Not currently available

## REQUEST FOR PRODUCTION NO 5

During the interview by the Avenues Board of directors in December of 2002, I made it clear that I held no professional licensure of any kind and that my educational credentials would not be accredited or recognized. Application for the post was based on experience; no credentials were ever submitted when the offer of employment was made. Therefore All public statements, reports and correspondence to other organizations with reference to accredited credentials or lack thereof are misleading and false. Avenues board minuets will reflect this fact. Since I do not have access to these records I will be producing affidavits from board members present during the interview.

## REQUEST FOR PRODUCTION NO 6

Provided

Exhibit 1
Page 11 of 11