Jennifer M. Coughlin
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

Attorneys for Defendants, The Salvation Army and Gallagher Basset Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | |
| v. | Case No. K05-0007 (JWS) Civil |
| THE SALVATION ARMY CHURCH, et al., | |
| Defendants. | |

**DEFENDANT THE SALVATION ARMY'S FIRST SET OF DISCOVERY REQUESTS**

Defendant The Salvation Army hereby propounds its initial discovery requests to Plaintiff Ellsworth Alexander James.

### I. GENERAL DEFINITIONS

A. The word **"person"** refers to and includes any natural person, individual, firm, association, partnership, joint venture, corporation, company, estate, trust, receiver, syndicate, proprietorship, municipal or other governmental corporation or agency,

including groups and combinations of the same acting as a unit.

B. The term **"describe"** and/or **"describe in full detail"** means to fully and accurately set forth every fact and circumstance, including omissions, which in any way relates to a matter of inquiry.

C. The terms **"you"** and **"your"** refer to Ellsworth Alexander James, and his agents, attorneys, and other persons and entities under his control.

D. The phrase **"state with particularity"** means to set out every aspect of every fact, circumstance, act, omission, or course of conduct known to the party to whom these requests are directed and relating in any way to the matter inquired about, including, without limitation, the date and place thereof, the identity of each person present thereat, connected therewith, or who has knowledge thereof, the identity of all writings relevant thereto, and if anything was said by any person, the identity of each such person and each such oral statement, and, if the oral statement in whole or in part constituted or was contained or reported, summarized, or referred to in any writing, the identity of each such writing.

## II. INSTRUCTIONS WITH RESPECT TO INTERROGATORIES

A. Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, you are hereby requested and required, within thirty (30) days after service of these interrogatories, to serve upon Kirkpatrick & Lockhart Preston Gates Ellis LLP answers or objections to the interrogatories propounded in the manner, substance, and form provided for in Civil Rules 26 and 33.

B. If you are unable to answer the interrogatories completely, please so state and answer to the extent possible, setting forth the reasons for your inability to answer more

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 2 of 11

Exhibit 2
Page 2 of 11

fully, and state whatever knowledge or information you do in fact have concerning the unanswered portion(s).

    C.    Whenever you are asked the identity of or to identify a person, and whenever an answer to an interrogatory contains a reference to a person, please state with respect to each such person:

1. name and current residence address;
2. current business affiliation and titles;
3. current business address or, if that be unknown, his last known business address; and
4. business affiliation, business address, and the current title of such person with respect to the business, organization, or entity with which he or she was associated and the capacity in which he or she acted in connection with the subject matter of these interrogatories.

### III. INSTRUCTIONS WITH RESPECT TO REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, you are requested to permit Kirkpatrick & Lockhart Preston Gates Ellis LLP, or someone acting on its behalf, to inspect and copy the documents and things specified herein at the offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, 420 L Street, Suite 400, Anchorage, Alaska 99501, or such other place as Kirkpatrick & Lockhart Preston Gates Ellis LLP may agree, on or before the thirtieth (30th) day after service of these requests. These requests are directed at original documents, if originals exist, unless Kirkpatrick & Lockhart Preston Gates Ellis LLP agrees that true, complete and completely legible copies are acceptable. Any agreement to accept copies in lieu of original documents shall not operate to waive

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 3 of 11

Exhibit 2
Page 3 of 11

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Kirkpatrick & Lockhart Preston Gates Ellis LLP's right to require production of original documents if copies provided are not satisfactory to Kirkpatrick & Lockhart Preston Gates Ellis LLP.

## IV. DUTY TO SUPPLEMENT RESPONSES

The following discovery requests are governed by the Federal Rules of Civil Procedure. Civil Rule 26(e) imposes upon you an affirmative duty to supplement any of your responses to the following discovery requests in the event that you should subsequently discover that any of your responses are incorrect, incomplete, misleading, or no longer correct, or in the event you acquire access to any documents, things, or information prior to the time of the trial that would make any of your initial answers to any of these discovery requests incorrect, misleading, or incomplete in light of such additional documents, things, or information.

### DISCOVERY REQUESTS

INTERROGATORY NO 1. Describe in full detail your educational background, including the name and address of any schools attended since high school, and an identification of any degrees received and any honors awarded.

RESPONSE:


INTERROGATORY NO 2. Describe in full detail all jobs held by you since 1995, including the name, address and phone number of any prior employers, a description of your job duties at each job, and the salary received.

RESPONSE:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 4 of 11

Exhibit 2
Page 4 of 11

INTERROGATORY NO 3. Identify all business or professional licenses you have held in the past six years.

RESPONSE:

INTERROGATORY NO 4. If you have ever been convicted of any crime, describe in full detail any such crime of which you were convicted, including but not limited to the date of such conviction, the jurisdiction in which such conviction occurred, and any sentence imposed.

RESPONSE:

INTERROGATORY NO 5. Please describe in full detail all sources of your income since moving to Wrangell, Alaska, including the name and address of each person or entity who paid you money, the date of each such payment, and the reason for each such payment.

RESPONSE:

INTERROGATORY NO 6. To the extent that you claim that you have been damaged in any manner by any statements made by Gary Hegre, please describe in full detail:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 5 of 11

Exhibit 2
Page 5 of 11