a)   the statement(s) made;

b)   the date and place such statement(s) was made;

c)   all persons who were present when such statement(s) were made (or if the statement was in writing, all persons who received a copy of such statement(s)); and

d)   the manner in which you were damaged by each such statement(s), including but not limited to a description of any jobs, grants, or other income producing opportunities you contend were lost as a result of such statement(s).

RESPONSE:

INTERROGATORY NO 7. To the extent not previously identified above, with regard to any damages that you claim in the instant action, state with particularity

1)   the amount of such claimed damages;

2)   the manner in which such claimed damages were calculated;

3)   all persons with knowledge of facts that support or contradict such claimed damages; and

4)   a description of the knowledge possessed by each such person with regard to your claimed damages.

RESPONSE:

INTERROGATORY NO 8. State the name, address and telephone number of all

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 6 of 11

Exhibit 2
Page 4 of 11

members of the Board of Directors of Avenues to Recovery in 2003.

RESPONSE:

INTERROGATORY NO 9. Describe in full detail all attempts you made to look for work after you ceased to be employed by Avenues to Recovery.

RESPONSE:

INTERROGATORY NO 10. Describe in full detail the statements and methods you allege were used by Gary Hegre to coerce you into resigning your position, as set forth on page 6 of the complaint you filed in this action.

RESPONSE:

REQUEST FOR PRODUCTION NO. 1. Please produce tax returns for you, and for any corporation, LLC or partnership in which you own an interest, for 2000 through the present.

RESPONSE:

REQUEST FOR PRODUCTION NO. 2. Please produce all documents that relate or refer to your employment by the Avenues, including but not limited to any job application,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 7 of 11

Exhibit 2
Page 7 of 11

documents from your personnel file, evaluations, compensation, and documents relating to your separation from employment at Avenues to Recovery.

RESPONSE:

REQUEST FOR PRODUCTION NO. 3. Please produce all documents that relate or refer to your attempts to find employment after your termination by Avenues to Recovery, including but not limited to any job applications completed.

RESPONSE:

REQUEST FOR PRODUCTION NO. 4. Please produce all documents that relate or refer to your employment by Wrangell Wellness, including but not limited to documents from your personnel file, evaluations, and compensation.

RESPONSE:

REQUEST FOR PRODUCTION NO. 5. Please produce all documents that relate or refer to any statements made about you by Gary Hegre which you allege are either false, misleading, or were otherwise damaging to you.

RESPONSE:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 8 of 11

Exhibit 2
Page 8 of 11

REQUEST FOR PRODUCTION NO. 6. Please produce all documents that relate or refer to any damages that you allege you have suffered as a result of actions of Gary Hegre or The Salvation Army.

RESPONSE:

REQUEST FOR PRODUCTION NO. 7. Please produce copies of all confidential documentation belonging to you that you allege was provided to others by Gary Hegre.

RESPONSE:

REQUEST FOR PRODUCTION NO. 8. Please produce copies of all medical records that relate or refer to any health condition that you allege was caused, in whole or in part, by any actions on the part of Defendant The Salvation Army and/or by Gary Hegre.

RESPONSE:

REQUEST FOR PRODUCTION NO. 9. Please produce the Memorandum of Agreement between the Avenues to Recovery and The Salvation Army referenced at p. 3 of the complaint filed by you in this action.

RESPONSE:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 9 of 11

Exhibit 2
Page 9 of 11

DATED at Anchorage, Alaska this 14th day of February, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: *Jennifer M. Coughlin* (signature)
Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Defendants The Salvation Army Church and Gallagher Basset Services, Inc.

## VERIFICATION

STATE OF ALASKA          )
                         ) ss.
FIRST JUDICIAL DISTRICT  )

I, Ellsworth Alexander James, being first duly sworn upon oath, deposes and states: I am the Plaintiff in the above-entitled action; that the foregoing answers to DEFENDANT THE SALVATION ARMY'S FIRST SET OF DISCOVERY REQUESTS are true and complete to the best of my knowledge and belief.

DATED this ____ day of _____, 2007.

_____
ELLSWORTH ALEXANDER JAMES

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 2007, at _____, Alaska.

_____
Notary Public for the State of Alaska
My Commission Expires: _____

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 10 of 11

Exhibit 2
Page 10 of 11

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
PO Box 1033
Wrangell, AK 99929

via ☒ mail   ☐ fax   ☐ hand delivery

By: *[signature]*

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT'S FIRST DISCOVERY REQUESTS
*James v. The Salvation Army, et al.*, Case No. K05-0007 (JWS) Civil
Page 11 of 11

Exhibit 2
Page 11 of 11