PLEASE PRINT

Position(s) Applied For: **Director/Counselor**   Date of Application: __/__/__

Referral Source: ☒ Advertisement  ☐ Employee  ☐ Relative  ☐ Government Employment Agency
☐ Walk-in  ☐ Private Employment Agency  ☐ Other _____

Name of Source (If Applicable): _____

Name: **James** (First) **Ellsworth** (Last) **Alexander** (Middle)

Address: **222 Chief** (Street) **Wrangell** (City) **AK** (State) **99929** (Zip Code)

Telephone Number: **(907) 847-2266**   Social Security Number: **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**

If necessary, best time to call you at home is: **After 6PM**

May we contact you at work? ☒ YES ☐ NO

If yes, work number and best time to call: **8-5**   **(907) 874-3339**   Time: am/pm

If you are under 18, can you furnish a work permit? **N/A**   ☐ YES ☐ NO

Have you filed an application here before? **N/A**   ☐ YES ☐ NO

If yes, give date: _____

Have you ever been employed here before? **N/A**   ☐ YES ☐ NO

If yes, give dates: _____ From __/__/__ To __/__/__

Are you legally eligible for employment in this country? ☒ YES ☐ NO
(Proof of U.S. Citizenship or immigration status will be required upon employment.)

Date available for work: **Dec 22 2007**

Type of employment desired: ☒ Full Time  ☐ Part Time  ☐ Temporary  ☐ Seasonal  ☐ Educational Co-Op

Are you on lay-off and subject to recall? ☐ YES ☒ NO

Will you relocate if job requires it? ☒ YES ☐ NO   Will you travel if job requires it? ☒ YES ☐ NO

Are you able to meet the attendance requirements of the position? ☒ YES ☐ NO

Will you work overtime if required? ☐ YES ☒ NO

Have you ever been bonded? ☐ YES ☒ NO

Have you been convicted of a felony in the last seven (7) years? ☐ YES ☒ NO
(Such conviction may be relevant if job related, but does not bar you from employment.)

If YES, please explain: _____

Exhibit **3**
Page **1** of **3**

Driver's license number (if required by job): _____

AN EQUAL OPPORTUNITY EMPLOYER



A. List last three (3) schools attended, *starting with last one*. B. List number of years completed. C. Indicate degree or diploma earned, if any
D. Grade Point Average or Class Rank and E. Major and minor field of study (if applicable).

| A. School | B. No Years Completed | C. Degree Diploma | D. GPA Class Rank | E. Major | E. Minor |
|---|---|---|---|---|---|
| See Resume | | | | | |
| | | | | | |
| | | | | | |

List any foreign language(s) and check the box that best describes your skill level.

| Language | Read and Write | Read and Speak | Read only | Speak only |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## References

List name and telephone number of three business/work references who are *not* related to you and are *not* previous supervisors. If not applicable, list three school or personal references who are not related to you.

| Name | Telephone | Years Known |
|---|---|---|
| "Given" | ( ) — | |
| | ( ) — | |
| | ( ) — | |

List professional, trade, business, or civic associations and any offices held. (Exclude memberships which would reveal sex, race, religion, national origin, age, color, disability or other protected status.)

| Organization | Offices Held |
|---|---|
| " " | |
| | |
| | |

List special accomplishments, publications, awards. (Exclude information which would reveal sex, race, religion, national origin, age, color, disability or other protected status.) _____

_____

_____

List any additional information you would like us to consider. _____

Exhibit __3__

Page __2__ of __3__

It is understood and agreed upon that any misrepresentation by me in this application will be sufficient cause for cancellation of this application and/or separation from the employer's service if I have been employed. Furthermore, I understand that just as I'm free to resign at any time, the Employer reserves the right to terminate my employment at any time, with or without cause and without prior notice. I understand that no representative of the Employer has the authority to make any assurances to the contrary.

I give the Employer the right to investigate all references and to secure additional information about me, if job related. I hereby release from liability the Employer and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information.

The Employer is an Equal Opportunity Employer. The Employer does not discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant's consideration for employment on a basis prohibited by local, state, or federal law.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the Employer and still wish to be considered for employment, it will be necessary to fill out a new application.

Signature of Applicant _____    Date 12 / 23 / 02

Exhibit 3
Page 3 of 3

G. Neil Companies assumes no responsibility of this form and questions which may be asked by the employer of the job applicant that may violate any federal, state, and/or local laws.

FRIENDLY FORMS® Call toll free 1-800-999-9111 to reorder Friendly Forms® #R2A-0501 A
© 1988 G. Neil Companies. P.O. Box 450939, Sunrise, FL 33345-0939
Printed in U.S.A.

Recycled Pa
Our commitment to pro
the environment

PO Box 294251
Boca Raton, F    29-4251
Phone 561 603 3262
E-mail dr-james@gmx.net



# Dr. E.A. James

**Education**
- Ph.D. in clinical psychology.
- Completed 2 year internship in abnormal psychology.
- Completed 1 year internship in alcohol and drug counseling.
- Completed 1 year internship for international organizational psychology.
- Completed 1 year internship in alternative therapies using the following modalities.
  - Biofeedback
  - Hypnosis
  - Art Therapy
  - Progressive relaxation
  - Stress Management

**Professional experience**

1980-1987    US. Military

1987-1992    Group/Private Psychotherapy Practice    Houston, TX

**Therapist**

Drug and Alcohol
- Facilitated daily inpatient group and one on one sessions
- Assisted clients in developing short and long term goals relating to their addictive behavior
- Provided group therapy using ppc (positive peer culture) for at risk youth in a camp setting
- Provided addictive behavior counseling services to the state of Texas parole system
- Director for the Kiwanee Center for women (a residential facility for women with substance abuse issues)

Family
- Marital Counseling
- Adolescent Counseling
- Provided counseling to step-parents and to parents of adopted children

Learning disabilities
- Taught coping skills to adults and adolescents with learning disabilities
- Pre and post Trans-gender counseling



Exhibit: 2
Date: 7/14/08
Deponent: Williams
SEAK Professional Services

Exhibit 4

Page 1 of 2

1992–1996            Sigma International            Essen, Germany
**Senior Consultant**
- Designed and implemented training programs for American Firms in Europe.
- Lead long term on site consultation projects for Nissan in Barcelona and the TML Euro Tunnel project in Calais and Dover.
- Designed cultural integration projects for the new European Union, business development program.
- Provided counseling services for American civilian/military personnel and their families residing in Europe.
- Provided psychological testing and expert testimony in European court systems for cases involving U.S. or U.K. citizens.
- Developed inter-cultural communication program for Volkswagen management executives in China.
- Provided psychological testing and evaluation for executive management positions for new Worldcom /British Telecom venture

1996–1998         Psychological Consultants International    Berlin, Germany

- Provided alcohol and drug counseling for American executives and their families abroad.
- Provided American therapy modalities to European clients

1999-2001         Office Depot Headquarters              Delray Beach, FL
Buyer (technology/technology leasing/product protection plans)
- Responsible for technology leasing program for all retail stores in the US and Canada
- Responsible for extended warranty plan sales for all computers/laptops/palm computers, printer/fax machines

2001-2002         Consultant
- Provide psychological evaluation, program design and training services

**Professional memberships**
Member of the American Psychological Association since 1999
Member of the Society of Behavioral Psychology 1999-2001
Board Member of the Colloquium on Quantum Physics since 2002

**Languages**   English/German

**Objective**   See cover page.

Exhibit 4
Page 2 of 2

05-15-03  11:08am  From-DHSS COMM. ONERS OFFICE        9074653068        T-047  P.04/05  F-466



**OFFICE OF THE GOVERNOR**
P.O. Box 110001, Juneau, AK 99811-0001
Phone: (907) 465-3500  Fax: (907) 465-3532

## BOARDS AND COMMISSIONS APPLICATION/RESUME FORM

### INSTRUCTIONS

A separate application is required for each position for which you apply. Complete and specific answers will aid in rapid and accurate processing of your resume. Please type or print legibly in ink. Forward to the above address. Be sure your answers are true. A willfully false answer may result in your disqualification or removal from office if you are appointed.

Board or Commission for which I am applying: **Alcohol/Drug Abuse (Provider)**

Please list any other State Boards or Commissions on which you currently or previously have served:

Name: **Ellsworth Alexander James**
Mailing Address: **Avenues, P.O. Box 1108**
Residence Address: **P.O. Box 1033**
City, State and Zip Code: **Wrangell, AK 99929**
Home Telephone: **907-874-2266**     Business or Message Telephone: **874-3338**
Fax Number: **907-874-3339**     Cell Phone: _____
Email address: **dr-james@gmx.net / avenues@aptAlaska.net**

AS 39.05.100 requires that a person appointed to a state board or commission be a registered voter prior to the last general election.

Are you a registered voter?   YES **✓**   NO _____

BOARDS & COMMISSIONS
FEB 21 2003

Voter Registration Number (Optional): _____  Social Security Number (Optional): _____

Have you ever been convicted of a misdemeanor within the past five years or a felony within the past ten years?
YES _____  NO **✓**   If "YES", explain the circumstances on a separate sheet of paper and attach it to this application. A conviction is not necessarily grounds for disqualification. The number of convictions, nature, recentness, and relationship to the board position applied for will be evaluated and a determination will be made after a review of all relevant facts.

**CONFLICTS OF INTEREST:** Certain boards and commissions require full disclosure of personal financial data under AS 39.50.010. If required for the board or commission for which you are applying, are you willing to do so?
YES **✓**   NO _____

Could you or any member of your family be affected financially by decisions to be made by the board or commission for which you have applied?   YES _____   NO **✓**

Page 1 of 2
Exhibit **5**
Page **1** of **2**

DHSS 17

EXHIBIT

05-15-03   11:08am   From-DHSS COMM'ONERS OFFICE         9074653068         T-047   P.05/05   F-466

**TRAINING AND EXPERIENCE:** (If resume attached, it is not necessary to complete items A-D)

A. List any professional licenses, certifications, or registrations and dates obtained that may be used as qualifying criteria:

B. List both formal and informal education and training experiences: (Use additional paper if necessary)

C. List any community service, municipal government, and state positions held, and any awards received. Include both compensated and uncompensated positions (such as president of a service organization or a mayor). Include length of time served.

D. Employment work history – paid, unpaid or voluntary: (Use additional paper if necessary)

The Office of the Governor and the State of Alaska have an Affirmative Action Equal Employment Opportunity Program. To assist in the program, you are asked to voluntarily answer the following questions to provide the information necessary for reporting purposes. Under State and Federal law, the information you provide will not be used to illegally discriminate against you.

DATE OF BIRTH: 12/03/1960

SEX:   Male ✓   Female ___

ETHNICITY:  Alaska Native ___  American Indian ✓  Asian or Pacific Islander ___  Black ✓  Hispanic ___  White ___

MILITARY SERVICE (if applicable, give dates): _____

**CERTIFICATION:** I swear the information I have entered on this form is true to the best of my knowledge. I understand that if I deliberately conceal or enter false information on the form my application may be rejected, I may be removed from the list of eligible candidates, or I may be removed from the position. I agree that the Office of the Governor may contact present or former employees or other persons who know me to obtain additional information about my skills and abilities. I understand that the information on this application is public information and may be released through a legal request for such information.

Signature (in ink): _A. Lawer_           Date: 02/14/03

Page 2 of 2

Exhibit 5

Page 2 of 2

DHSS 18