# AVENUES

Post Office Box 1108
Wrangell, Alaska 99929
907 / 874-3338  —  Fax: 874-3339
email: avenues@aptalaska.net

## FAX TRANSMITTAL FORM

*Info sent to state by D. James*

TO: Karen Pearson                    FROM: Alexander James

                                     DATE: 17 June 2003

FAX NO. 907 465 2185

NUMBER OF PAGES TRANSMITTED:  -23- including transmittal form.

NOTES:

Ms. Pearson

Please excuse the delay, there is quite a lot happening in the community at the moment. This is most of what you requested; I have initiated the process of obtaining copies of my honorable discharge from the military. I will forward this document to you as soon as I receive it.

HARD COPY TO FOLLOW:    [ ] YES    [X] NO

NOTICE: This document is intended only for the use of the individual or entity to whom it is addressed, and may contain information that is CONFIDENTIAL and protected by Federal Statute. This information has been disclosed to you from records protected by Health Insurance Portability and Accountability Act of 1996 (HIPAA) 45 CFR, Parts 160 & 164; Federal confidentiality rules (42 CFR Part 2); and, AS 47.30 governing confidentiality of alcohol and drug abuse patient records. The Federal and State rules prohibit you from making any further disclosure of this information unless further

Exhibit ⁴/ 
Page / of 20

DHSS 33

06/17/03  16:42  FAX                                                                      @02

# Vernell University



Ellsworth Alexander James
9639 West Airport
Houston, Texas 77031
Date of Birth: 12/13/60
SIN: 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

Registrar Records Repository
400 Route 211 East
Middletown, NY 10940

## OFFICIAL ACADEMIC TRANSCRIPT

**Degree Conferred:** Doctor of Philosophy
**Major:** Psychology
**Date of Conferral:** June 6, 1997
**Dissertation Title:** "Cultural Genetics and Ethnocentric Behavior".

THIS IS AN OFFICIAL TRANSCRIPT IF IT BEARS THE SIGNATURE OF THE REGISTRAR. UNLESS A STATEMENT TO THE CONTRARY IS SHOWN, THE STUDENT WHOSE NAME APPEARS HEREON IS IN GOOD ACADEMIC STANDING AND IS ELIGIBLE FOR READMISSION TO VERNELL UNIVERSITY.

**CONFIDENTIAL** — Third Party Access Prohibited Without Written Permission from Student

| | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| **Spring 1994** | | | | |
| PSY 800 - Advanced Developmental Psychology I | A | 4 | 4 | 16 |
| PSY 810 - Survey of Developmental Psychology | B | 3 | 3 | 9 |
| PSY 825 - Human Factors I | A | 4 | 3 | 12 |
| TOTALS | | 11 | 10 | 37 |
| GPA | 3.70 | | | |
| **Fall 1994** | Grade | QP | Hrs | QPI |
| PSY 803 - Experimental Analysis of Behavior | A | 4 | 3 | 12 |
| PSY 831 - Survey of Cognition and Sensory Processes | A | 4 | 3 | 12 |
| PSY 925 - Human Factors II | A | 4 | 3 | 12 |
| TOTALS | | 12 | 9 | 36 |
| GPA | 4.00 | | | |
| **Spring 1995** | Grade | QP | Hrs | QPI |
| PSY 915 - Theoretical Foundations of Behavior Analysis | A | 4 | 3 | 12 |
| PSY 916 - Theories of Developmental Psychology | A | 4 | 3 | 12 |
| PSY 932 - Psychology of Counseling I | B | 3 | 4 | 12 |
| TOTALS | | 11 | 10 | 36 |
| GPA | 3.60 | | | |
| **Fall 1995** | Grade | QP | Hrs | QPI |
| PSY 933 - Psychology of Counseling II | A | 4 | 4 | 16 |
| PSY 942 - Behavioral Neurobiology | A | 4 | 3 | 12 |
| TOTALS | | 8 | 7 | 28 |
| GPA | 4.00 | | | |
| **TOTALS** | | QP | Hrs | QPI |
| Page 01 | | 42 | 36 | 137 |

**CONTINUED NEXT PAGE**

Official Academic Record
Page 01 of 02
Graduate: Ellsworth Alexander James

**TRANSCRIPT**
**STUDENTS COPY**
**THIS IS IN BLUE INK**

*Louise Harmon*
Louise Harmon
Registrar

Exhibit 6
Page 2 of 20

06/17/03 16:42 FAX @03

# Vernell University



Ellsworth Alexander James
9639 West Airport
Houston, Texas 77031
Date of Birth: 12/13/60
SIN: 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

Registrar Records Repository
400 Route 211 East
Middletown, NY 10940

## OFFICIAL ACADEMIC TRANSCRIPT

Degree Conferred: Doctor of Philosophy
Major: Psychology
Date of Conferral: June 6, 1997
Dissertation Title: "Cultural Genetics and Ethnocentric Behavior"

THIS IS AN OFFICIAL TRANSCRIPT IF IT BEARS THE SIGNATURE OF THE REGISTRAR. UNLESS A STATEMENT TO THE CONTRARY IS SHOWN, THE STUDENT WHOSE NAME APPEARS HEREON IS IN GOOD ACADEMIC STANDING AND IS ELIGIBLE FOR READMISSION TO VERNELL UNIVERSITY.

**CONFIDENTIAL** Third Party Access Prohibited Without Written Permission from Student

| Course | Title | Grade | QP | Hrs | QPI |
|---|---|---|---|---|---|
| **Spring 1996** | | | | | |
| PSY 946 | Practicum in Counseling Psychology | B | 3 | 3 | 9 |
| PSY 950 | Research Methods I | B | 3 | 4 | 12 |
| PSY 960 | Seminar: Strategies and Tactics of Human Behavioral Research | A | 4 | 3 | 12 |
| | TOTALS | | 10 | 10 | 33 |
| | GPA | 3.30 | | | |
| **Summer 1996** | | Grade | QP | Hrs | QPI |
| PSY 951 | Research Methods II | B | 3 | 4 | 12 |
| PSY 968 | Seminar in Personality | A | 4 | 4 | 16 |
| | TOTALS | | 7 | 8 | 28 |
| | GPA | 3.50 | | | |
| **Fall 1996** | | Grade | QP | Hrs | QPI |
| PSY 975 | Human Physiological Psychology: Psychophysiology | A | 4 | 3 | 12 |
| PSY 980 | Human Brain Functions | A | 4 | 3 | 12 |
| | TOTALS | | 8 | 6 | 24 |
| | GPA | 4.00 | | | |
| **Spring 1997** | | Grade | QP | Hrs | QPI |
| PSY 900 | Advanced Developmental Psychology II | A | 4 | 4 | 16 |
| PSY 990 | Research for Doctoral Dissertation | A | 4 | 12 | 48 |
| | TOTALS | | 8 | 16 | 64 |
| | GPA | 4.00 | | | |

| | QP | Hrs | QPI |
|---|---|---|---|
| TOTALS | | | |
| Page 02 | 33 | 40 | 149 |
| Page 01 | 42 | 38 | 137 |
| Combined Totals | 75 | 78 | 286 |
| Overall GPA | 3.81 | | |

**END OF TRANSCRIPT**

Official Academic Record
Page 02 of 02
Graduate: Ellsworth Alexander James

Louise Harmon
Registrar

Exhibit 6
DHSS 35 Page 3 of 20

06/17/03  16:42  FAX                                                                                                   ☐04



# Vernell University

**Ellsworth Alexander James**
9639 West Airport
Houston, Texas 77031
Date of Birth: 12/13/60
SIN: 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

Registrar Records Repository
400 Route 211 East
Middletown, NY 10940

## OFFICIAL ACADEMIC TRANSCRIPT

**Degree Conferred:** Master of Science
**Major:** Psychology
**Honors:** Cum Laude
**Date of Conferral:** May 20, 1983
**Thesis Title:** "Cultural Genetics"

THIS IS AN OFFICIAL TRANSCRIPT IF IT BEARS THE SIGNATURE OF THE REGISTRAR. UNLESS A STATEMENT TO THE CONTRARY IS SHOWN, THE STUDENT WHOSE NAME APPEARS HEREON IS IN GOOD ACADEMIC STANDING AND IS ELIGIBLE FOR READMISSION TO VERNELL UNIVERSITY.

**CONFIDENTIAL** Third Party Access Prohibited Without Written Permission from Student

| Fall 1980 | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| PSY 501 Coaching Skills: To Be More Effective | A | 4 | 3 | 12 |
| PSY 522 Graduate Statistics I | B | 3 | 3 | 9 |
| PSY 521 Mind/Body Psychology | A | 4 | 3 | 12 |
| TOTALS | | 11 | 9 | 33 |
| GPA | | 3.67 | | |

| Spring 1981 | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| PSY 551 Emerging Issues in Professional Ethics | A | 4 | 3 | 12 |
| PSY 523 Survey of Multivariate Techniques | A | 4 | 3 | 12 |
| PSY 624 Graduate Statistics II | B | 3 | 3 | 9 |
| TOTALS | | 11 | 9 | 33 |
| GPA | | 3.67 | | |

| Fall 1981 | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| PSY 530 History and Systems of Psychology | B | 3 | 3 | 9 |
| PSY 540 Psychology of Adolescents | B | 3 | 3 | 9 |
| PSY 541 Biological Bases of Behavior | A | 4 | 3 | 12 |
| TOTALS | | 10 | 9 | 30 |
| GPA | | 3.33 | | |

---CONTINUED NEXT COLUMN---

**Official Academic Record**
Page 01 of 01
Graduate: Ellsworth Alexander James

| Spring 1982 | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| PSY 525 Factor Analysis and Scaling | B | 3 | 3 | 9 |
| PSY 610 Multi-Cultural Perspectives | A | 4 | 3 | 12 |
| PSY 612 Attitudes and Persuasion | B | 3 | 3 | 9 |
| TOTALS | | 10 | 9 | 30 |
| GPA | | 3.33 | | |

| Fall 1982 | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| PSY 620 Mentoring Psychological Research | B | 3 | 3 | 9 |
| PSY 715 Principles of Psychopathology | A | 4 | 3 | 12 |
| PSY 730 Psychological Assessment I | A | 4 | 3 | 12 |
| TOTALS | | 11 | 9 | 33 |
| GPA | | 3.67 | | |

| Spring 1983 | Grade | QP | Hrs | QPI |
|---|---|---|---|---|
| PSY 740 Psychological Assessment II | A | 4 | 3 | 12 |
| PSY 732 Research in Psychotherapy | B | 3 | 3 | 9 |
| PSY 734 Psychology and the Law | A | 4 | 3 | 12 |
| PSY 799 Thesis | A | 4 | 10 | 40 |
| TOTALS | | 15 | 19 | 73 |
| GPA | | 3.64 | | |

| TOTALS | QP | Hrs | QPI |
|---|---|---|---|
| | 68 | 64 | 232 |
| Overall GPA | 3.63 | | |

---END OF TRANSCRIPT---

*Louise Harmon*
Registrar

Exhibit 4
Page 4 of 20
DHSS 36

# Bernell University

The Board of Trustees, in accordance with the recommendation of the President
and Faculty of Bernell University, awards the degree of

## Doctor of Philosophy
in
## Psychology
to
## Ellsworth Alexander James

for successfully completing the course of study and all other requirements
as prescribed by the Faculty and is granted the rights and privileges thereof.
In Witness Whereof, this diploma is conferred by the Board of Regents
the sixth day of June, one thousand nine hundred ninety seven.



---

# Bernell University

The Board of Trustees, in accordance with the recommendation of the President
and Faculty of Bernell University, awards the degree of

## Master of Science
in
## Psychology
### Cum Laude
to
## Ellsworth Alexander James

for successfully completing the course of study and all other requirements
as prescribed by the Faculty and is granted the rights and privileges thereof.
In Witness Whereof, this diploma is conferred by the Board of Regents
the twentieth day of May, one thousand nine hundred eighty three.

Exhibit 6
Page 5 of 20