STATE OF ALASKA
HOUSE 02 SENATE A POLITICAL AFFILIATION N VOTER ID #
REM
JUDICIAL 01
CRSA
VOTER PRECINCT WRANGELL 02-240
MAILING ADDRESS ELLSWORTH A JAMES
PO BOX 1033
WRANGELL AK 99929-1033
RESIDENCE ADDRESS
WRANGELL AK
SIGNATURE

SOCIAL SECURITY
SOCIAL SECURITY ADMINISTRATION
USA
THIS NUMBER HAS BEEN ESTABLISHED FOR
ELLSHORTH ALEXANDER JAMES
SIGNATURE

Exhibit 6
Page 6 of 20

**The following information shows that I did in fact live outside the US for an extended period of time.**

*Does not verify employment during this time.*

Exhibit 4
Page 7 of 20

DHSS 39

06/17/03 16:42 FAX                                                                    ☒08

> The Secretary of State
> of the United States of America
> hereby requests all whom it may concern to permit the citizen/
> national of the United States named herein to pass
> without delay or hindrance and in case of need to
> give all lawful aid and protection.
>
> Le Secrétaire d'État
> des États-Unis d'Amérique
> prie par les présentes toutes autorités compétentes de laisser passer
> le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
> sans délai ni difficulté et, en cas de besoin, de lui accorder
> toute aide et protection légitimes.

*[signature]*
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
SEE PAGE 03    NOT VALID UNTIL SIGNED



UNITED STATES OF AMERICA
PASSPORT   Type/Cast P   Date of issuing/Pays du pays   PASSPORT NO./NO. DU PASSEPORT
                         USA                             130705170
Surname / Nom
JAMES
Given names / Prénoms
ELLSWORTH ALEXANDER
Nationality
UNITED STATES OF AMERICA
Date of birth / Date de naissance
13 DEC 60
Place of birth / Lieu de naissance
OHIO, U.S.A.
Date of issue / Date de délivrance     Date of expiration / Date d'expiration
FEV 92                                  27 SEP/SEP 92
Authority                                Amendments/Modifications
PASSPORT AGENCY                          SEE PAGE
HOUSTON                                    24

P<USAJAMES<<ELLSWORTH<ALEXANDER<<<<<<<<<<<<<
1307051708USA6012133M9209275<<<<<<<<<<<<<<<8

Exhibit ___6___
Page _8_ of _20_

DHSS 40

06/17/03 16:42 FAX ☒09



Exhibit 6
Page 9 of 20

DHSS 41

06/17/03 16:42 FAX ☒10



Exhibit 4
Page 10 of 20

DHSS 42