06/17/03  16:42  FAX                                                                                        @11



Exhibit ___4___
Page ___11___ of ___20___

| Entries/Entrées | Visas | Departures/Sorties | Entries/Entrées | Visas | Departures/Sorties |
|---|---|---|---|---|---|

DIRECCIÓN GL ESTADO
17.12.22  57
A. ENTRADA
BARCELONA

12                                                                      13

Exhibit _____6_____
Page _12_ of _20_

06/17/03  16:42  FAX                                                    ☒013



16

17

Exhibit ___4___

Page _13_ of _20_

08/17/03  16:42  FAX                                                    ☑14

Visas                          Visas

Entries/Entrées    Departures/Sorties        Entries/Entrées    Departures/Sorties

20                                                              21

Exhibit ____4____

Page __14__ of __20__

06/17/03  16:42  FAX                                                    ☑15

The following information is an excerpt from the 2001 edition of the American
Psychological Association.  It should be noted that I have earned multiple degrees,
from various institutions both in the US and abroad.  The institution listed in the
directory is not in the US

Degree listed in
membership list
indicates:
Phd 1997 in
Clinical Psych.
from HSU

Document provided is
a photocopy of a
Phd from
Vernell University
in 1997.

Exhibit ___6___
Page __15__ of __20__