# DIRECTORY
*of the*
# AMERICAN PSYCHOLOGICAL ASSOCIATION

## 2001 EDITION



AMERICAN
PSYCHOLOGICAL
ASSOCIATION

Founded — 1892    Incorporated — 1925

| Fellows | Members | Associate Members | Total Membership |
|---|---|---|---|
| 4,532 | 72,903 | 6,916 | 84,351 |

Exhibit 4
Page 14 of 20

# AMERICAN PSYCHOLOGICAL ASSOCIATION

The American Psychological Association is the world's largest association of psychologists. Since its founding, the APA has been working toward the advancement of psychology as a science, a profession, and a means of promoting human welfare.

When APA was founded in July 1892, psychology was a new discipline and nationwide membership was less than three dozen. Today, the APA membership is far greater than the early pioneers could have imagined, and psychologists are involved in many endeavors including research, education, mental health services, counseling, management, and consulting in the United States and around the world. The discipline and organization have grown to the point that APA has specialized divisions in dozens of areas of psychology and affiliations with U.S. state, territorial, and Canadian provincial psychological associations.

The APA is a non-profit corporation chartered in the District of Columbia. By its Bylaws and Association Rules, the APA is governed by a Council of Representatives with elected representatives from its divisions and affiliated psychological associations. Headquartered in Washington D.C., the APA Central Office is guided by a Board of Directors and administered by a Chief Executive Officer in support of the activities of the Association.

## MEMBERSHIP

Qualified psychologists and students in psychology throughout the world are welcomed to membership in the APA. Individuals interested in becoming Members or affiliates should contact the Membership Department for further information and current dues amounts.

Membership Department
American Psychological Association
750 First Street, N.E.
Washington, D.C. 20002-4242 USA
Tel: 1-800-374-2721 or (202) 336-5580
TDD: (202) 336-6123
Fax: (202) 336-5568
E-mail: membership@apa.org

### Member
The minimum standard for election to Member status is receipt of the doctoral degree based in part on a psychological dissertation or based on other evidence of proficiency in psychological scholarship. The doctoral degree must be received from a program primarily psychological in content and must be conferred by a graduate or professional school that (a) is regionally accredited, or (b) has achieved such accreditation within five years of the year the doctorate was granted, or (c) is a school of equivalent standing outside of the United States. All Members may vote and hold office in the Association.

### Associate member
To become an Associate member, an applicant must meet one of two sets of requirements: (a) must have completed two years of graduate work in psychology at a regionally accredited graduate or professional school or (b) must have received the master's degree in psychology from a regionally accredited graduate or professional school. Associate members initially may not vote or hold office in APA. After five consecutive years of membership, Associate members may vote.

Dues-paid Members and Associate members receive monthly issues of the *American Psychologist* and the *APA Monitor on Psychology*, a journal subscription credit, and reduced prices for APA journals and books. Reduced fees for the annual convention, employment services, continuing professional education programs, and a variety of consumer services are also among the direct benefits of membership.

Member dues are reduced for the initial years of membership for Members and Associate members. Other special dues provisions are available for members of the Canadian Psychological Association, those who hold membership in certain other societies, and also for long-time APA members.

### Fellow
Qualified Members may, on nomination by an APA division and election by the Council of Representatives, become Fellows of the APA. Candidates for Fellows status must previously have been Members for at least one full year, have a doctoral degree in psychology and at least five years of acceptable experience beyond that degree, hold membership in the nominating division, and present evidence of unusual or outstanding contribution or performance in the field of psychology. Fellows may vote and hold office.

## AFFILIATES

### Student Affiliate
Undergraduate or graduate students taking courses in psychology are eligible for participation in APA as Student Affiliates. Student Affiliates receive the *APA Monitor on Psychology* and the *American Psychologist*; subscriptions to journals, books, and other APA products and services are also available to students at reduced rates.

APAGS: All graduate Student Affiliates are automatically members of the American Psychological Association of Graduate Students (APAGS) and receive its newsletter. Undergraduates may subscribe to the APAGS newsletter by paying an additional amount.

### High School Teacher Affiliate
Teachers of high school psychology may become High School Teacher Affiliates. The word *psychology* need not be part of course titles taught by such an individual. High School Teacher Affiliates receive the *APA Monitor on Psychology* and *Psychology Teacher Network*; subscriptions to journals and other APA publications are available at reduced rates.

TOPSS: APA High School Teacher Affiliates are also automatically members of TOPSS—the Teachers of Psychology in Secondary Schools. TOPSS programs and publications are developed for and directly useful to the teaching of psychology at the high school level.

### International Affiliate
Psychologists who are nationals in countries other than the United States or Canada and who desire affiliation with APA may become International Affiliates. Applicants either must be members of regularly established psychological associations in other countries or, if no such association exists, must present evidence of appropriate qualifications. International Affiliates receive the *APA Monitor on Psychology* and *Psychology International* and are entitled to member discounts for APA journals and the annual convention.

IX

Exhibit 6
Page 17 of 20

DHSS 49

**JAKUBOWICZ**

Jakubowicz, Dr. Susan; 301 E 21st St., 1K, New York, NY 10010; B: 212 473-1400, H: 212 260-7564, Fax: 212 260-7564; PhD Clin Psychol 1988 Yeshiva U; MF: Clin Psychol; Priv Prac, Self-Empl, 1983; Dir. of Outreach & Priv Prac, Ctr. for Adv of Grp. Sact. 1991; A (1997); (2000); susanjak@aol.com

Jakubowski, David Ulrich, PhD; 845 First St. NW, K3, Rochester, MN 55901; H: 763 255-5236; b: 07/25/1955, PhD Clin Psychol 1985 U Iowa; MF: Clin Psychol; SP: Sex/Marital Ther; L/C: MN, WI; Stf Psychol, Sch & Tchnd Ctr., St. Olaf Hosp., 1988; Adj Asst. Prof., & Clin Supv. Dept. of Psychol, Univ. Iowa, 1985-1986; M (1985); (1997)

Jakubowski, Dr. Patricia A.; Dept. of Beh Studies, U Mo, 8001 Natural Bridge Rd, St. Louis, MO 63121; B: 314 516-6059; b: 10/10/1941; EdD Couns Psychol 1968 U IL; MF: Couns Psychol; L/C: MO; Prof., Dept. of Beh Studies, Univ, 480 St. Louis, 1972; Couns. Psych; Couns. Svc., Wash Univ., 1967-1973; M (1969) 17; (1996)

Jalbert, Norine L.; Psychol Dept, Wstn Conn SU, 181 White St., Danbury, CT 06810; B: 203 837-8476, Fax: 203 837-8528; PhD Soc Psychol 1976 U Conn; MF: Soc Psychol; SP: Attribution Theory, Teaching; Prof., of Psychol Dept., Wstn Conn SU, 1978; Asst. Prof., Psychol, Univ. Pittsburgh Titusville, 1975-1977; M (1977) 35, 41; F (1996) 2; (2000); jalberti@wcsu.edu

Jalbert, Dr. Ronald Gaston; H: 335 1st St., Pittsburgh, PA 15215; B: 412 683-6956, H: 412 781-7125, Fax: 412 781-5820; b: 05/31/1948; PhD Clin Psychol 1983 U Pittsburgh; MF: Couns Psychol; SP: Psychom, Chld Ther; L/C: PA; SPA: PA; Priv Prac, 1986; M (1985) 24, 29, 39; (1995)

Jalowiec, Mrs. Rosemary A.; 2355 Delta Rd., Bay City, MI 48706; B: 517 684-6832, H: 517 684-0052, L/C: MI; (1994)

Jamali, Suzanne Rosa, PhD; 5371 Pine Needle Dr., Grand Blanc, MI 48439; B: 810 733-1595, H: 810 694-6515, Fax: 810 733-7190; b: 05/25/1962; PhD Clin Psychol 1992 Miami Inst of Psychol; MF: Clin Psychol; L/C: MI; Clinical Psych't., McLaren Reg Beh Hlth Ctr., 1995; Psych't. Temp Register, Priv Prac (Windsor, Ont), 1993-1994; M (1994); (2000)

James, Aaron D.; 17 Sequoia, Wichita, KS 67206; H: 316 689-1582; b: 07/14/1971; MA 1997 San Diego SU; MF: Hlth Psychol Student; A (1999); wonderlandzz@earthlink.net

James, Alexander R., PhD; O: 118 S Main St., Edwardsville, IL 62025; B: 618 656-0696, H: 618 692-4758, Fax: 618 656-9697; b: 07/13/1949; PhD Clin Psychol 1983 U Mass Amherst; MF: Clin Psychol; SP: Clin Child Psychol; L/C: IL; SPA: IL; Clinical Psych't, Priv Prac, 1989; M (1987); (2000); alexjames@charter.net

James, Dr. Antoinette; H: 315 Trevelyan Way, 315 Trevelyan Way Roswell Ga 30076, Roswell, GA 30076; H: 770 740-1174; b: 02/01/1955; PhD Couns Psychol 1998 U N Dakota; MF: Neurosci; SP: Neurol Disord, Neurol Disord; L/C: GA; SPA: GA; Licensed Psych't; M (1999) 51; (2000); brisbin@aol.com

James, Arnold H.; Dept. of Psychiat & Neurol, Tulane U Sch of Med., 1415 Tulane Ave., New Orleans, LA 70112; B: 504 568-5405; b: 07/15/1960; PhD 1991 U Sc; MF: Clin Psychol; L/C: LA; Asst., Prof., Dept. Psychiat, Psychol Sec, Tulane Univ. Sch. of Med., 1991; M (1991); (2000)

James, Brenda J. (See Lerner, Dr. Brenda J.)

James, Carlton T.; Psychol Dept, Rutgers U, Busch Campus, New Brunswick, NJ 08903; B: 201 821-7450, H: 609 426-0570; b: 11/22/1942; PhD 1968 Ind U; MF: Clin Psychol; SP: Fam Ther; L/C: NJ; Assoc. Prof., Psychol, Rutgers Univ., 1970; M (1983); (1994)

James, Dr. Caroline K.; H: 4711 32nd St. NW, Washington, DC 20008; B: 202 966-2028; PhD Clin Psychol 1994 Geo Wash U; MF: Clin Psychol; SP: Psychiatr; L/C: DC, MD, VA; SPA: DC; M (1994) 39; (2000)

James, Dr. Earnest, Jr.; 5596 Somerset Ct., Pizera, OH 44134; B: 215 443-4221, H: 216 741-4082, Fax: 216 443-4282; b: 05/05/1945; PhD Indust/Org Psychol 1961 Ohio State U; MF: Indust/Org Psychol; SP: Indust/Org Psychol, Human Resources; Human Resources Spec., US Postal Svc., 1985; Personnel Psychological Supv., Dept. of Personnel, State of MD, 1981-1985; Sr. Personnel Spec., Personnel Rsch., Xerox Corp., 1975-1980; A (1970); M (1989) 14; (2000); ejames1@email.usps.gov

James, Elizabeth Margaret; O: 1605 Hope St. Ste. 300, S. Pasadena, CA 91030; B: 626 584-6324, H: 626 793-5902, Fax: 626 796-5599; b: 03/31/1952; MF: Clin Psychol; SP: Chld Abuse, Clin Neuropsychol; L/C: CA, WA; SPA: CA, WA; Self-Empl; A (1992); (1996)

James, Dr. Ellsworth; O: Industrial Psychology, Sigma Consulting Group, POB 294251, Boca Raton, FL 33429; B: 561 361-8585, H: 561 361-0361, Fax: 561 361-0361; b: 12/13/1960; PhD Clin Psychol 1997 Humboldt SU; MF: Indust/Org Psychol; SP: Cult & Soc Proc, Beh Genetics; SPA: MN; CEO, Sigma Cnslg. Grp., 1999; Buyer, Dept. of Merchandising, Dill. Depot, 1999-2000; Psychological Cnsltd. Intl. Assn., 1995-1999; M (1999); (2000); sognz@bellsouth.net

James, Dr. Fleming; 919 Main St., Wilbraham, MA 01095; B: 413 596-9053, Fax: 413 596-2368; b: 05/29/1933; EdD Couns Psychol 1963 U Va; MF: Couns Psychol; Retired/Dir., Valley Human Svcs., 1986; Supv Psych't, SUNY Buffalo, 1987-1990; A (1963); M (1984) 29, 42; (2000); jamesf@sennetnet

James, Rev. Jack Edward; 1189 Pushtown McDermott Rd, Mt. Dermott, OH 45552; B: 740 574-5363, H: 740 259-2971; b: 09/25/1928; MDiv Theol/Rel 1963 Colgate Rochester Div Schl; SP: Gen Psychol, Dev Psychol; Prof. of Psychol, Shawnee SU, 1972; Supply Pastor, Self-Empl, 1972; Asst. Prof., Educ. Fdns, Marshall Univ., 1972-1973; A (1973); (2000)

James, Jacquelynn B.; Murray Res Ctr., Radcliffe Institute For Advanced Studies, 10 Garden St., Cambridge, MA 02139; B: 817 495-8160, H: 617 484-8957, Fax: 617 456-3999; PhD Persnity Psychol 1988 Boston U; MF: Persnty Psychol; SP: Persnity, Psychol of Women; SPA: MA; Assoc. Dir., Radcliffe Insti. for Advanced Study, 1988; M (1990) 8, 9, 20, 35; (2000); j.james@harvard.edu

James, James Patrick; Dept. of Psychol, Wstn In U, Macomb, IL 61455; B: 309 298-1357, H: 309 837-5072; b: 05/02/1937; PhD Exptl Psychol 1966 Ohio State U; MF: Exptl Psychol; SP: Condt, Operant & Classical, Res Design & Meth; M (1987) 1, 2, 3, 25; (1992); jp-james@wiu.edu

James, Dr. Jed A.; c/o Meadowdale Psychol Assoc, 7500 Old Military Rd NE, Ste. 101, Bremerton, WA 98311; B: 360 613-4120; M (1994)

James, John R., III, PhD; Biodesign, 831 S Fourth St., Louisville, KY 40202; B: 502 599-9911, H: 812 288-2942; b: 09/17/1949; PhD Clin Psychol 1973 U Mo Columbia; MF: Clin Psychol; SP: Hypn/Hypnother, Param Ed; L/C: KY, IN; SPA: KY; Assoc. Psych., Spalding Univ., 1984; Clin Svc. & Cnslt., Priv Prac, 1978; Supv Psych't, Clin Supv, River Reg MH Srvcs., 1973-1978; M (1993) 38; (2000); james@spalding.edu

James, Kimberly, PhD; 7325 Tree Ln. # 203, Madison, WI 53717; H: 608 833-1459; b: 04/02/1966; PhD Couns Psychol 1999 SUNY Buffalo; MF: Couns Psychol Staff Ther, Counslg Ctr., Univ. Wis Madison, 1999; M (1999)

James, Dr. L. Denise; 1497 Chain Bridge Rd., Ste. 202, McLean, VA 22101; B: 703 406-3188; PhD Clin Psychol 1991 U Ala; MF: Clin Psychol; SP: Beh Ther, Eating Disord; L/C: VA; Clin Psych't, Priv Prac, 1992; Clin. Instr., Psychol Dept., Georgetown Univ, Med. Ctr., 1993; Instr., & Res. Nutritionist, Nutrition Sci. Dept., Univ. Ala-Birmingham, 1982-1988; M (1991); (2000)

James, Ms. Lenore H.; 5275 Lee Hwy, Ste. 104, Arlington, VA 22207; B: 703 514-2313; PhD Couns Psychol 1982 U Fla; MF: Epidemiol; L/C: VA; Psychol, Priv Prac, 1988; M (1999); (2000)

James, Dr. Larry C.; Dept. of Psychol, Tripler Army Med. Ctr., Honolulu, HI 95253; B: 202 782-0065, H: 410 674-2755, Fax: 808 433-1801; b: 09/29/1955; PhD Couns Psychol 1987 U Iowa; SP: Psychosom Disord, Med Psychol; ABPP: HP, CL; L/C: GU, LA; SPA: IA, HI; Clin Psych't, MR, USA, 1992; M (1989) 12, 17, 18, 38; (1993)

James, Laurence B., PsyD, JD; H: 3064 S Jasmine St., Denver, CO 80222; B: 303 757-0302, H: 303 757-6702, Fax: 303 757-3067; b: 10/08/1949; PsyD Clin Psychol 1975 Baylor U; MF: Law; L/C: CO; SPA: CO; Atty. JD, Ewing & Ewing PC, 1989; M (1999) 41; (2000)

James, Lawrence, Jr., PhD; O: LJK Lifelessors, 1146 Westgate Ste. L1, Oak Park, IL 60301; B: 708 848-2492, Fax: 708 848-2493; b: 01/15/1956; PhD Clin Psychol 1995 Sthn IL U Carbondale; MF: Clin Psychol; SP: Rehab, Asst/Diag Eval; L/C: IL; SPA: IL; Dir., of Svcs., NRO, Common Alternatives Unlimited, 1996; Psycheval, LJA Lifelessons, 1996; M (1999) 12; (2000); james@jlessons.com

James, Dr. Lawrence R.; Mgmt, U Tenn, 413 Stokely Management Ctr., Knoxville, TN 37996; B: 615 974-1667, H: 615 524-5588, Fax: 615 974-3100; b: 09/22/1943; PhD Indust/Org Psychol 1970 U Utah; MF: Indust/Org Psychol; SP: Persnity, Mgmt & Org; Pfld Oil Prof., Mgmt., Univ. Tenn, 1988; Prof., Psychol, GA Inst. Tech Atlanta, 1980-1988; Assoc Prof & Hd, Org & Indust Res Grp, TCU, Fort Worth, USN Med. NP Res Unit, 1973-1980; M (1970); F (1984) 5, 14; (1992)

James, Dr. Leonard E.; O: 2171 Vicksburg Hall, Indiana Univ S. Bend, South Bend, IN 46534; B: 218 237-4105, H: 219 288-3837; b: 10/18/1941; PhD Couns Psychol 1972 Ind U; MF: Couns Psychol; SP: Cognitive Beh Ther, Fam Ther; L/C: IN; Assoc. Prof., Counseling Human Svcs., Indiana Univ. South Bend, 1977; Vice Chancellor Student Affairs, Indiana Univ. South Bend, 1985-1998; Asst. Prof. Counseling Psychol, Psychol, Texas Tech Univ., 1972-1977; A (1970); M (1973) 8; (2000); james@iusb.edu

James, Dr. Leslie C.; O: POB 701147, Leslie James Psychol, Dallas, TX 75370; B: 972 250-6890, H: 972 407-9884, Fax: 972 407-5884; PhD Couns Psychol 1987 Ind SU; SP: Condt Psychol Mgmt & Org; L/C: IN, TX; Cnsltd., Self-Empl, 1999; Staff Cnsltd., RMH Intl., Amer Biodyne, 1987-1989; Asst. Prof., of Psychol, St. Mary's of The Woods Clg., 1976-1986; M (1988) 13; (2000)

James, Linda S. H., PhD; Psychol Dept., Georgian Ct. Col, 900 Lakewood Ave., Lakewood, NJ 08701; B: 732 364-2200, H: 609 448-7502, Fax: 732 367-7301; PhD Exptl Psychol 1968 Ind U Bloomington; MF: Cog Psychol; SP: Teaching, Psychol of Women; L/C: NJ; Chair, Psychol, Georgian Ct. Col., 1974; Stf Psych't, St. David's Couns Svc, Hightstown, 1978-1992; Co-Adj Prof., Trenton State C., 1972-1974; M (1976) 2; (2000); james@georgian.edu

James, Linda R. (See Myers, Dr. Linda James)

James, Dr. Lois A.; H: Keane Inc., 561 N. Palisades Dr., Marietta, GA 30057; B: 770 533-2778, H: 770 933-9539, Fax: 770 852-7813; PhD Indust/Org Psychol 1988 Ga Inst of Tech; MF: Indust/Org Psychol; SP: Org Dev, Trng & Dev; L/C: GA; OD Spec., Educ. & Organizational Devel., Keane Inc., 2001; Electronic Data Syst., Employee Devel., 1994-2000; M (1988); (2000); lois.james@mindspring.com

James, Louis F., PhD; B:, 3546 Buehill, Detroit, MI 48224; H: 313 891-9173; PhD U, Mich; MF: Pub Hlth; SP: Neuropsychol, Sch Psychol Rsch. Psych't Indep.; A (1959); M (1985) 8, 16, 18, 40, 41, 52; (2000); fjamespsych@aol.com

James, Lynn M. (See McLaughlin, Lynn J, PhD)

James, Dr. Mary Lois H.; 14041 W 90th Terr., Apt. 1, Lenexa, KS 66215; B: 913 888-5503, H: 913 888-5503; b: 11/09/1903; EdD Couns Psychol 1947 Columbia U; MF: Couns; SP: Fam Ther, Mar & Fam Ther, Retired, 1953; Sch. Psych, Bd. Ed, Caldwell, NJ; 1949-1951; Tchr., Akron, OH, 1942-1944; A (1950); M (1955); (2000)

James, Michelle, PhD; O: University of Illinois At Chicago, Counseling Ctr., 1200 W Harrison St, (Mc)333, Chicago, IL 60607; B: 312 995-3690, Fax: 312 996-7645; PhD Clin Psychol 1995 Howard U; MF: Clin Psychol; SP: Clin Psychol, Cult & Soc Proc; L/C: IL; Staff Prof., IL Sch. of Profes Psychol, Amer Schs of Profes Psychol, 2000; Sta Psych't, Counslg Ctr., Univ. IL Chicago, 1996; Asst. Spec, Chicago St. Univ; M (1997) 45; (2000); mjames@pic.edu

James, Dr. Norman Lemell; O: Dept. of Prof Psychol, U St. Thomas, 1000 La Salle St. #31-E, Minneapolis, MN 55403; B: 651 962-4853, H: 763 420-8705, Fax: 651 962-4851; b: 11/11/1936; PhD Ed Psychol 1982 U Minn; MF: Ed Psychol; L/C: MN; SPA: MN; Prof., Dept. of Profes Psychol, Univ. St. Thomas, 1991; Assoc. Prof., Dept. of Psychol, St. John's Univ., 1972-1991; M (1987) 17; (2000); njames@stthomas.edu

James, Dr. Patricia D.; 5701 N High St., Ste. 104, Worthington, OH 43085; B: 614 436-0044, Fax: 614 438-0045; b: 06/19/1939; PhD Clin Psychol 1959 Ohio State U; MF: Clin Psychol; SP: Clin Child Psychol, Psychother; L/C: OH; SPA: OH; Priv Prac, 1978; Stf Psych't, Dept. of Podiat, Ohio State Univ., 1967-1972; M (1978) 12, 29, 42, 52; (2000)

James, Paula R.; O: Psychol Dept. CSS Homeless Prgm, Bellevue Hosp Ctr., 1st Ave. & 27th St., New York, NY 10016; B: 212 562-4273, H: 718 802-1696; MA Commun Psychol 1985 Nyu; MF: Commun Psychol; SP: Case Mgmt, Homelessness & Homeless Populations; SPA: NY; Dir., Psychiatr Dept., CSS Prgms, Bellevue Hosp., Ctr., 1990; Psychol Counsl. Psychiat, SUNY Hlth Science Ctr., at Bklyn, 1985-1990; A (1989); (1999)

James, Dr. Richard Warren; 2352 Winding Brook Cir., Bloomington, IN 47401; B: 812 331-9105; b: 02/11/1920; PhD Ed Psychol 1950 Nyu; MF: Clin Psychol; SP: Clin Psychol, Psychother; L/C: NY; Psychother Ret., Priv Prac, 1958; M (1959); (2000)

James, Robert; 1320 Alexander Cir, Pueblo, CO 81001; H: 719 545-9687; DOCTORATE Ed, Tchg 1955 U Tex; MF: Clin Child Psychol; A (1967); M (1995); (2000)

James, Dr. Robert Evan; Dept. Psychol, U Ala Huntsville, Huntsville, AL 35899; B: 256 824-8191, H: 256 893-9566, Fax: 256 824-6942; b: 10/22/1942; PhD Exptl Psychol 1971 U Tenn; MF: Exptl Psychol; SP: Psychol & De Acts, Mem Commn; Psychol & Communication Arts, Univ. Ala Huntsville, 1980; Theatre Arts PhD Prgm, Florida State, 1969-1992; Asst. Prof., Univ. Ala Huntsville, 1971-1980; M (1973) 2, 10, 44; (2000); james@email.uah.edu

James, Dr. Robert M., Jr.; H: 15 Aman Ct., Durham, NC; B: 317-4119, H: 919 514-2930, Fax: 915 220-043; b:, Couns Psychol 1994 U NC Chapel Hill; MF: Couns; NC; Licensed Psych't, Private Practice, 1999, Psychological Svcs., Duke Univ., 1993-1995 Counseling Ctr., UNC Chapel Hill, 1984-1992; M (1991); james@roa.net

James, Dr. Samuel R.; O: 388 Pleasant St, Boston, MA; 484-4355, H: 517 484-8957, Fax: 617 456-3 Couns Psychol 1990 Boston U; MF: Couns Psychol; SPA: MA; Lic Psych't, Priv Prac, 1991; Clin Inst Hosp., 1987-2000; Clin Fel in Psychol, Harvard Med School, 1981-85; (2000); james@fac.net

James, Dr. Sara Lynn; H: 2165 Nuristeh Dr., Atlanta, GA 539-9652; b: 03/23/1920; PhD Clin Psychol 1978 U Psychol; SP: Clin Chld Psychol, Sch Psychol 1988; 1988, Dist Psych't 87-88 Florence Carlton SD M Garfield City SD, spec Advisr, Phase City, Was Lincoln Cnty SD; Exec Dr., 74-75 Nat Assn Ed Psychol. Ed. Univ., MD & 70-73 Utah SU, 1985-1991; M (2000); james@fac.net

James, Dr. Steven E.; POB 115, Bristol, VA 24201; B: 978 463-9022, H: 071/51/1958, PhD Clin Psychol 1987 U Psychol; SP: Lesbian & Gay Issues, Ethnic Minorities, Goddard Col., 1993; Clin Dir., Boston Gay & Lesbian, 1993-1994; Pres., PHOENIX Counsig Cir., Inc, 1989; 48, 51; (2000); stevejames@medimune.net

James, Dr. Suzanne D.; O: Ctr. for Psychol Svcs & Resrch, 25th Ave. Ste. 202, St. Cloud, MN 56301; B: 320 654-8378, Fax: 320 654-0318; b: 02/25/1957, PhD Clin Psychol 1990 U Wyo, MF: Couns Psychol; SP: Clin Psychol, Asst Diag; L/C: MN; Psych't, Ctr. for Psychol Svcs & Rsrch., 1985-1989; M (1993) 42; (1995)

James, Dr. William H.; S Shore Court & Psychol, 11 Wantagh, NY 11793; B: 516 785-0321, H: 516 765-5026, PhD Clin Psychol 1993 Hofstra U; MF: Clin Psychol Cin Psych't, L/C: NY; SPA: NY, Dir, S Shore Couns S Shore Counslg & Psychol Svc., 1994; M (1998); jenjames@aol.com

James, Dr. William H.; O: Alc & Drug Abuse Inst., Seattle, WA 98195; B: 206 543-0937, H: 206 643-5; b: 12/08/1940; PhD Ed Psychol 1979 U Wstn Washington; SP: Drug Abuse, Res., Assoc. Prof., Col. of Education Exec. Dir., Cent Area ANC, Seattle, 1987-1988; M whjames@washington.edu

James, William J., PsyD; H: 2510 N Monroe Blvd NE, Redmond, WA; 847 776-1400, H: 773 745-6300, Fax: 847 778-3 Clin Psychol 1982 IL Sch of Profes Psychol; MF: Clin Psychol; Sexual Beh, Chld Ther; L/C: IL, PA; SPA: IL, D Psych Assoc. of the Midwest, 1998; Adj Fac., IL Sch. Aunt Martha's Youth Svcs., 1976-1994; A (1995); jdwjones@aol.com

Jameson, Dr. Janet Concemne; 26 Winton Ave., 617 924-4571; b: 02/17/1936; EdD Dev Psychol; Cin Psychol; SP: Add Ther; L/C: MA; SPA: MA; Psych't, Chld Abuse Team, Somerville M, Custody Prgm., Lect, Harvard Med. Sch., 1974; jamesond@mis.harvard.edu

Jameson, Julianne; 750 Terrado Plz., #128 915-5538, H: 626 915-2768; MF: Clin Psychol; L/C: CA; Psych't, Priv Prac, 1984; A (1992); jj@prhrc.com

Jameson, Dr. Leslie B.; H: 74 Rainbow Farm Dr; B: 914 923-4573, H: 914 923-4573, Fax: 914 913 PhD Couns Psychol 1979 U Kansas; MF: Counslg Admin; L/C: NY; Assoc. Dir., NYC Self Help Clg Westchester Self Help Clearinghouse, 1979-1993; (2000); jessie@thejamesons.com

Jameson, Penny Brooks, PhD; Utah Inst Fam Couns. 205, San Lake City, UT 84102; B: 801 Fax: 801 350-9582; b: 05/12/1942; PhD Dev Clin Psychol; Priv Prac, Univ. Utah, 1989; Asst. Prof., S Mary's Dol, 1971-1990; Tchr., Math & Sci Phoenix, Yrs., 1964-1968; M (1977) 40; (2000); penny.jameson@m.cc.utah.edu

Jameson-Parker, Dr. Kayne M.; O: Media Tool Dev Stockbridge, GA 30281; B: 770 507-6034, H: 8244; b: 03/23/1961; PhD Couns Psychol 1985 BS Psychol; SP: Ethnic Minorities, Depression; L/C Media Treatment Ctr., 1997; Licensed Psychol Associates, 1994-1998; Assoc. Fa Cty., 1989-1994; M (1989); (2000); mcspy@mindspring.com

Jameson, Dr. Diane Lynn; 22703 57th Ave. N, Seattle; B: 425 771-6225, H: 425 774-4944; PhD U, MF: Clin Psychol; SP: Eating Disord, Gerodon SPA: WA; Psychotherapist, Priv Prac, 1987; L Dr., 1981-1991; U. Psychol, Lutheran HC, (1989) 29, 42; (2000); dljameson@msn.com

Jamieson, Dr. J. Lawrence; 8814 Diving Cliffs; B: 703 691-2408, H: 703 440-1366, Fax: 703 884 PhD Couns Psychol 1978 Amer U, MF: Dev/Clin Trauma; L/C: VA; SPA: VA; Psych't, Priv Prac; Mason Univ., 1977; Adj Prof., Amer Univ., 1974; (2000); dlj@aol.com

Jamieson-Darr, Karen, PhD; O: 777 S Wadsworth, Lakewood, CO 80226; B: 303 985-1800, Fax; 1982; PhD Clin Psychol 1984 U Denver; MF: Clin Psychol; Fam Ther; L/C: CO; SPA: CO; Clin Psych't, Clin Dir., Rend Dept., Clin Wallace Ctr., 1984; jamiedarr@comcast.net

Jamieson, Christine (See Jamieson-Chalmers, PhD)

Jamieson, Dr. Colleen M.; O: Dept. of Embassy Staff of Hawaii, 4507 Kaulow Ave, Honolulu; B: 808 293-1052, Fax: 808 733-4944; b: 04/15/1 Uhc; MF: Sch Psychol; SP: Sped Ed, Autism LA; Psych't Hohokum Grad. Gfc., Hawaii State Prog Educ., Dir., Special Educ., Cal SU Los Angeles Teaching, Private Practice, 1965; A (1953); (2 cjamies@bgea.org

550

Exhibit 4

Page 18 of 20

DHSS 50

# Certificate of Completion

## ALEXANDER JAMES

has successfully completed 20 hours of training toward certification/re-certification in conjunction with the 2003 Rural Providers' Conference, including "Cultural Considerations in Providing Chemical Dependency Services to Alaska Native People", certified by the Alaska Commission for Chemical Dependency Professionals Certification (ACCDPC) for six hours.

Marian Estelle, Wellness Coordinator
Rural Alaska Community Action Program, Inc.

6/16/03
Date

"Climbing the Mountain of Sobriety and Hope"

Provider Number: 12800

Exhibit 4
Page 19 of 20

DHSS 51



# The Alaska Substance Abuse Prevention Specialist Training
### 40 Hour Training

This certificate of completion is awarded to

## Alexander James

Date: 1/27-31/03

Diane Ogilvie, M.Ed
Director Prevention, Education & Training

FUNDED IN PART BY THE STATE DIVISION OF ALCOHOLISM & DRUG ABUSE

AKEELA