# STATE OF ALASKA
## DEPT. OF HEALTH & SOCIAL SERVICES
### DIVISION OF BEHAVIORAL HEALTH

FRANK H. MURKOWSKI, GOVERNOR

P.O. BOX 110607
JUNEAU, ALASKA 99811-0607
PHONE:   (907) 465-2071
FAX:   (907) 465-2185
TOLL FREE: 1-800-478-2072

August 1, 2003

Peter W.G. Hegre III
President of the Board
Avenues
PO Box 1108
Wrangell AK 99929

Dear President Hegre:

The Department of Health and Social Services (DHSS) regulations require local substance abuse programs to submit, for approval by the State, the qualifications of individuals they are considering for hire as agency directors. Department staff, who are responsible for the certification of substance abuse programs, review the qualifications submitted by the agency for appropriateness of education and experience relative to directing a substance abuse service agency.

In late 2002, the Avenues program in Wrangell submitted for consideration the resume of a Dr. Ellsworth James. Based on the information contained in the resume, the staff approved his qualifications as appropriate to be agency director. Subsequent to this approval, Dr. James sent in a resume for consideration by the Governor's office for appointment to the Advisory Board on Alcoholism and Drug Abuse. The Governor's office shared that resume with the Department. At the same time, the Executive Director of the Advisory Board submitted Dr. James social security number to the Dept of Corrections for clearance to do a tour of the Spring Creek Correctional Facility. This was done so that should he be appointed to the Board and be attending the May board meeting in Seward, he could participate in a tour of that correctional facility, as part of the scheduled activity for board members.

In reviewing the resume submitted to the Governor's office, it was noted that there were discrepancies between the information submitted on it and the resume submitted to DHSS for consideration for his hire by Avenues. In addition, the Department of Corrections informed the Executive Director of the Advisory Board that they could not confirm the identity of Dr. James, based on the social security number he had provided.

Exhibit 7
Page 1 of 3



Based on the discrepancies in the resume and the inability of the Department of Corrections to confirm Dr. James identity, Karen Pearson, the acting director of the Division of Alcoholism and Drug Abuse contacted you and asked for some additional documentation regarding information on the resume of Dr. James. In response you requested Dr. James to call Ms Pearson and see what was needed. In a telephone conversation with Dr. James in May, Ms Pearson asked him to send documentation of his degrees, including verification that they were awarded by accredited institutions of higher education. She also asked for proof of his military service and documentation regarding the international employment cited on his resume as relevant to his position as director of a substance abuse agency.

In June, Ms Pearson received a 23 page fax from Dr. James with copies of MS and PhD diplomas awarded to him by Vernell University in Middletown New York, copies of several pages from his passport and a copy of a page from the membership directory of the American Psychological Association showing the citation for his membership as well as a page from the APA Directory describing qualifications for membership.

In order to confirm that Vernell University is an accredited institution of higher education, contact was made with the New York Department of Higher Education, the Accreditation Department of the American Psychological Association and the Regional Accrediting body which covers New York. None of these three bodies either have accredited this institution nor have confirmation of accreditation by any other body. Attempts to contact Vernell University directly have been unsuccessful.

In the citation of membership for the American Psychological Association (APA), it states Dr James received his PhD degree in 1997 from "Humboldt SU". Contact with APA indicated this citation is for Humboldt State University in California. A call to Humboldt State University confirmed that Dr. James is not a graduate of that institution. A notation from Dr. James in his fax says the University listed in the APA citation is not in the US but does not indicate where the university is located. His transcript from Vernell University lists the year of award for his Doctor of Philosophy as 1997, the same year as the citation lists the Humboldt SU degree being awarded.

A call to the APA indicates they believe Dr. James was issued his membership based on an application that listed Humboldt State University as the educational institution that awarded his Ph D. Further research would be required to confirm that assessment. They also confirmed that Dr. James was awarded membership in 1999 and was also a member for 2000, but due to non payment of dues his membership was canceled. However, they did note he contacted them in January 2003 asking to be reinstated but that reinstatement has not occurred.

The copies of the pages from his passport, with stamped visas from a variety of countries, do not confirm relevant employment internationally during the period of time he was out of the country. Additionally, no proof of military service has been provided.

Exhibit 7
Page 2 of 3

Based on the above information we:
1. Cannot confirm advanced degrees from accredited institutions of higher learning.
2. Cannot confirm any experience related to the behavioral health field/substance abuse field.
3. Have identified conflicts between resumes submitted to the Department and the Governor's office
and
4. Have identified discrepancies between the source of his PhD as presented to the American Psychological Association (Humboldt SU) and DHSS (Vernell University) with both degrees listed as being awarded in 1997.

Until the above identified issues are resolved, it seems prudent to withhold substance abuse treatment grant funds from the Avenues program in Wrangell. To resolve the problems listed above, the following information for Dr. Ellsworth James needs to be documented and submitted to the Department:
1. Proof of graduation at a Masters/PhD level from an accredited university
2. Proof through letters from employers confirming employment in the behavioral health field at an appropriate professional level and/or copies of contracts for specific employment to provide behavioral health services either in the US or internationally ( at least two letters/contracts must be submitted)
3. Confirmation of honorable discharge from the military

This documentation needs to be provided to me by COB September 2, 2003.

Funds to equal two months worth of funding for the Avenues program will be issued within the next week. No further funds will be provided to Avenues, unless the required documentation is provided for Dr. James or arrangements have been made by the Board of Directors of the Avenues for Change program for professional oversight of the program and staff by an individual with verified credentials appropriate to the position.

If you have any questions or would like additional information, please call me at any time. It is the desire of the Department to work with you and the remainder of the Board to ensure no break in services to the individuals and families served by the Avenues program, should you be unable to provide the required documentation for Dr. James.

Sincerely,

*William H. Hogan*
William H. Hogan
Director

Exhibit 7
Page 3 of 3