Ellsworth A. ...es
E-mail dr-ja... @gmx.net

# E.A. James

**Education & Training**

1979 – 1981 University of Maryland European Campus
MS Psychology Vernell University, 1983
1990 – 1995 Columbia Pacific University
Completed course in Pharmacology University of Houston, 1998
PHD Psychology Vernell University 6/1997

## Continuing Education / Training and Certification

Completed Drug and alcohol drug counseling program. (Sunrise Drug and Alcohol Training Center Houston TX)
Completed 1 year internship for international organizational psychology. (Sigma Consulting, Essen Germany)
Completed 2 year internship in alternative therapies using the following modalities (Houston Therapies, Houston TX) Biofeedback, Hypnosis, Art Therapy, Progressive relaxation, Stress Management
Certificate of Completion: 40 hours Circles of Recovery Fire Starter Program (White Bison. Juneau, AK)
Certificate of Completion: 20 hours Cultural Considerations (Rural Alaska Community Action Program, Inc. Seward, AK)
Certificate of Completion: 40 hours Substance Abuse Prevention Specialist (AKEELA, Sitka, AK)
Certificate of completion: Virtues Family Parenting (Wellness Program, Wrangell AK)
Certificate of Completion: "Protecting our Children" child abuse prevention training (Salvation Army of Wrangell, Wrangell AK)
Certificate of Completion: 39 hours Sexual Assault Response Team or SART Training, (Central Peninsula General Hospital Ketchikan AK)
Certificate of Completion: 18 hours Crisis Intervention and Advocacy Training (WISH, Ketchikan)
30 hours Injury prevention training (SEARCH, Sitka AK)
World Psychological Conference 18hrs (Hamburg 1997)
Annual Conference of the Association of American Counselors in Europe 18 hours (Stuttgart Germany)

**Military**   1979-1987   US. Army

## COUNSELING/ASSESMENT/CONSULTING EXPERIENCE

1988 – 1989   Houston Therapies                                    Houston Texas
**Staff Therapist**
Drug and Alcohol Counseling
Facilitated daily inpatient group and one on one sessions
Assisted clients in developing short and long term goals relating to their addictive behavior
Provided group therapy using ppc (positive peer culture) for at risk youth in a camp setting

Exhibit _____

J 028   Page _1_ of _3_

Provided addictive behavior counseling services to the state of Texas parole system
Family Counseling
Marital Counseling
Adolescent Counseling
Provided counseling to step-parents and to parents of adopted children
Taught coping skills to adults and adolescents with learning disabilities
Pre and post Trans-gender counseling
Director for the Kiwanee Center for women (a residential facility for women with substance abuse and domestic violence issues)

1992–1996            Sigma International            Essen, Germany
**Senior Consultant**
Designed and implemented training programs for American Firms in Europe.
Lead long term on site consultation projects for Nissan in Barcelona and the TML Euro Tunnel project in Calais and Dover.
Designed cultural integration projects for the new European Union, business development program.
Provided counseling services for American civilian/military personnel and their families residing in Europe.
Provided psychological testing and expert testimony in European court systems for cases involving U.S. or U.K. citizens.
Developed inter-cultural communication program for Volkswagen management executives in China.
Provided psychological testing and evaluation for executive management positions for new Worldcom /British Telecom venture

1996–1998            Psychological Consultants International    Berlin, Germany
**Senior Psychological Consultant**

Provided alcohol and drug counseling for American executives and their families abroad.
Provided American therapy modalities to European and Expatriate clients
Designed structured interview and recruiting procedure targeted personnel new Worldcom venture in Stockholm Sweden.
Designed Cultural Communication program for Chinese and German Executives for VW Headquarters in Brussels.
Provided Business to Business training services for European Union

2002 – 2003        Director Avenues to Recovery        Wrangell, Alaska
Day to Day administration of a non profit organization
Grant writing and administration
Public Relations
Provide education and training to the community
Recruiting and Human Resources management for all personnel

2003-2005          Managing Director Wrangell Wellness    Wrangell, Alaska
*see attachment

Exhibit  8
Page  2  of  3

**Professional memberships**
Member of the American Psychological Association since 1999-2003
Board Member of the Colloquium on Quantum Physics since 2002
Member and Delegate of the Wrangell Alaska Native Brotherhood Camp 4 since 2002

Exhibit 8
Page 3 of 3

J 030