September 18, 2003

Dr. Alexander James,

It is with regret, the Avenues Board must give you official noticed. As of 2 October 2003 if the Board of Avenues has not received your proof of:

1. Your credentials at a Masters/PhD level from an accredited university.

2. Letters from employers confirming employment in the behavioral health field at an appropriate professional level and/or copies of contracts for specific employment to provide behavioral health services either in the US or internationally (at least two (2) letters/contracts must be submitted).

We find we have no choice but to call an emergency Avenue Board meeting with regards to you as our Director of Avenues.

Board of Avenues has given you ample time to comply with all requests regarding proof of your education and employment history. It is our hope you will be able to comply with all requirements before the closing date.

Sincerely,


Peter W. Gary Hegre
President

Exhibit 9
Page 1 of 1

**AVENUES**

A Drug and Alcohol Treatment Facility

Po Box 1108
Wrangell, AK 99929
PH  907 874 3339
FX  907 874 3339
E Mail  avenues@aptalaska.net

August 28, 2003

Mr. Joel Gilbertson
Commissioner
State of Alaska
Health and Social Services
Juneau, AK 99811-0601

Dear Mr. Gilbertson:

I am writing this letter as a follow up to the e mail sent to Mr. Bill Hogan copied to you. (*A hard copy is enclosed*). Even thought we have received our NGA Avenues funding is in jeopardy. My qualifications for the post I now hold here at Avenues are in question and as a result we have been notified that our grant will be terminated as of September 2 if satisfactory documentation is not received.

I have no issue with providing documentation however, I can not control the time it takes third parties to reply. An example would be the request for my DD214, or proof of an honorable discharge from the armed services. Requesting such documentation is now totally automated and once initiated, all one can do is wait. Letters of reference regarding experience in the field of substance abuse were also requested and are in preperation. Please keep in mind that I am approaching my mid forties and most of the organizations or individuals I trained under either no longer exist or have long since retired. None the less I have contacted two key references and letters are forth coming, this is in addition to references that were contacted in the hiring process.

Last but not least my education is in question. I have been a consulting psychologist for over 15 years, I am not now licensed nor have I ever been, my past positions and current post have not required one. I have logged hours working with clients, doing intake and managing case loads early in my career. I later worked with organizations training personnel, designing and implementing programs of which substance abuse prevention and counseling was a part. It is that combination of experience I bring to Wrangell, not just concentrating on service delivery but driving the program as well. Improving service delivery within existing resources, collaborating with other agencies to offer or share services and resources. I have put together a professional degreed team drawing from local talent and am training them in both prevention and treatment. Pulling the plug at this time would deal a blow that this community could ill afford. This agency is celebrating its 30th birthday and is woven into the fabric of the community, does not the potential harm to the community through the closure of this program warrant a compromise? I am fully supported by my board and the community meetings I have hosted in the past have always been well attended.



RECEIVED
SEP 0 2 2003
Office of the Cor
DHSS

RECEIVED
SEP 1 0 2003
DBH

Exhibit  10
Page  1 of 2

DHSS 64

● Page 2                                                                August 28, 2003

I have put Avenues on a grant diet and we are currently on 24 month plan decrease dependence on state grant dollars and, to increase operating revenue through collaboration and serving new client groups within existing resources. Going forward we will be working toward a goal, and that goal is less than 1/3rd of our operating budget will come from state and federal grants; however that day is not today.

We have met on several occasions and I believe that you have an idea of my capabilities in this post. I ask you to intervene should it become necessary to do so.

Sincerely,

Alexander James, PhD.
Director

Exhibit 10
Page 2 of 2

**AVENUES**

A Drug and Alcohol Treatment Facility

Po Box 1108,
Wrangell, AK 99929
PH 907 874 3338
FX 907 874 3339
E Mail avenues@aptalaska.net

September 4, 2003

Mr. William Hogan
Director Behavioral Health
PO Box 110620
Juneau, Alaska 99811

Dear Mr. Hogan:

The Avenues program has been providing services the Wrangell community for 30 years and is the only peer to peer substance abuse treatment facility on the island; In fact it is the only substance abuse program period.   I am currently the director of the Avenues program. I have been left out of the loop on this inquest from the start, perhaps it is your policy to do so.   My family and I have gone through great effort and expense moving to Wrangell from Florida for this position. We have purchased a home here and my 9 and 10 year old are in school here. I have done nothing wrong and am qualified for the post I hold and with so much in the balance I must defend my position vigorously. I feel that had I been dealt with directly that the discrepancies you pointed out would not be red flags. I understand and respect the position your office is in and I am complying with your request. This office received your notice to our advisory board president on the or about the 14th of this month. The September 2nd cut off date is rather short considering the circumstances and what is at risk. I have sent out the request for letters detailing my experience in the field of alcohol and substance abuse. I have also submitted a request to military records for my DD-214 showing an honorable discharge from the US military. The requested documentation is forthcoming.  Our NGA has been issued and there is no need to interrupt our funding, as our program is in full compliance.

I recognize the issues your office may have with my education; while non traditional I assure you I am on par with my colleagues. I am currently 42 years of age and have lived almost half of my life as an ex-patriot. Vernell University may not be a member most domestic accreditation organizations in the US then again most of its alumni live abroad and membership in US accreditation organizations is not an issue. I have traditional training in substance abuse; have been part of a group practice and spent many years as a consulting psychologist working with other cultures, governments and social structures. I also have experience in developing and driving programs, as I have done since my arrival here in Wrangell examples being the Healing Heart Gathering attended by 818 from surrounding communities and Spirit Camp 2003 a collaboration between Wrangell and Petersburg with support from Central Counsel. This was a culture camp with a strong prevention component for 17 Wrangell and Petersburg adolescents of both native and non native heritage. These events were planned and executed in this office. They help to raise community awareness to substance abuse and foster relationships between substance abuse agencies.

I am a European *resident* (this means I did not give up my US citizenship but can work and live in Europe) and was settled and in Berlin. My wife is German and both of my children were born there. I was settled and had no intention of returning to the U.S. that is until a strong anti American sentiment began spreading in late 1997. Living close to the old East German border, where aggression for all auslanders (foreigners in English) was the strongest in 1998 we decided had to return to the U.S.

I have met with the other agency directors at the annual SADA meeting in Juneau earlier this year and noticed that many were not degreed but were very knowledgeable of the peer to peer modality through their own recovery. I feel that I defiantly something to offer in here, while I personally am not in recovery, I do have a through understanding of the peer to peer modality. That coupled with my



Exhibit __11__

Page __1__ of __3__

DHSS 70

Page 2                                                                                         September 4, 2003

experience with program development, training and educating exceeds the status quo for treatment centers offering same services in our agency size and grant range.

In a slow island economy with a recent job growth at 0.6% and a future job growth at -3.4% should this facility close its doors, the community would loss 6 full time jobs. There are no redundant services of this kind so those currently employed would have no alternative employment opportunity. The Avenues program has only 3 positions in its budget however it is responsible for a director and two instructors which run a culturally sensitive youth program with a strong anti-drug component. This program is funded through an alliance I fostered between the City or Wrangell, The local tribe (Wrangell Cooperative Association), Tlingit and Haida Central Council and the Alaska Boys and Girls Club. All of these organizations together support our youth and prevention activities. The Avenues program is dependent on the state for some 80% of its funding and at the moment can not function without state grants. This is an issue I will rectify by diversifying our funding base with 1/3rd coming from federal, native and private resources; 1/3rd from operating revenue and 1/3rd from the City of Wrangell and surrounding community. We will also be increasing operating revenue by expanding current services to new target groups; employee assistance programs for example will be offered using existing staff and resources. In this manner we will be guaranteeing that these same services will be available to our community in the future due to the enhanced stability of a broader funding base. Avenues is currently on a 24 month plan to achieve the following objectives:

- Reduce the dependence on state grant funds.

- Increase operating revenue by offering current services to new client groups

- Build a cohesive treatment team from the local community that is able to asses and evaluate substance abuse clients. Provide counseling services using a peer to peer model which has a proven track record with substance abuse clients. And insure that those team members with the aid of proper evaluation instruments are able to recognize possible personality disorders for prompt referral to mental health in order confirm or rule out the dual diagnosis client.

- Receive JCAHO accreditation for addictions services / programs

What we have accomplished to date:

- A 5 bed inpatient is currently in the planning stages; negotiations are under way with a local land owner for a possible residential substance abuse program.

- An Employee Assistance program is in the early design phase. When complete the program will be marketed to local and regional employers.

- A youth programs director has been recruited and is currently in place – Mrs. Knapp is a local Alaska Native with a degree in education from University of Alaska. She is familiar with Wrangell youth through her previous work with the Wrangell School district. A new primary counselor has also been recruited and is in place. Ms. Stevens is also a local Alaska Native and holds a bachelors in psychology from the University of Washington and Masters in Native Culture from the University of Arizona.

In closing I would like to say that:

In December of 2002 I moved to Wrangell and accepted the post as Director of the Avenues program. This post had been open for 6 months and actually without a director for much longer than that do to the ill health of my predecessor. Two months later my primary counselor was diagnosed with cancer

Exhibit __11__

Page __2__ of __3__