Page 3                                                                  September 4, 2003

and went on sick leave. Shortly after that Wrangell was rocked by a triple murder suicide, drugs and alcohol were involved. My primary counselor having never returned from sick leave passed away. In the weeks that followed a young man 23 years of age died of respiratory complications, again the death was related to substance abuse. This may not seem like much in a big city, but in a community of 1500 it has a substantial impact. Our local magistrate stated that 90% of the cases that come before him on a daily basis are related to substance abuse. This agency is part of the fabric of the Wrangell community and must continue. I am here because I see Wrangell as a perfect place to raise a family and I am dedicated public service. I reiterate I understand the position your office is in and I am complying with your request. However closure due to a September 2nd deadline would exact an economic and considering the number clients we are currently serving moral toll our community could ill afford. There is a way to work through every dilemma and this issue is no exception. My Staff as stated above is well educated and highly motivated. My new primary counselor Ms. Stevens holds a Master in Native cultures and a Bachelor in psychology and has been an active community member for a number of years. My youth programs director Mrs. Knapp holds a degree in education form University of Alaska and has spent many years in the Wrangell school district. I have built this team from local talent and together we have made strides community awareness to substance issues. We are providing competent and much needed services to our community.

We have accomplished much in a very short period of time. Pulling our funding or calling for removing vital leadership at this time would be counter productive and remove a vital part of the Wrangell continuum of care.

I understand the importance of the unification of mental health and substance abuse and have together with another agency director on a possible model. This was done in the spirit of working together and was a submission for perusal. I will enclose a copy.


Sincerely,

*[signature]*

Alexander James, PhD.
Director

Exhibit _11_
Page _3_ of _3_

# STATE OF ALASKA
## DEPT. OF HEALTH & SOCIAL SERVICES
DIVISION OF BEHAVIORAL HEALTH
CENTRAL OFFICE

FRANK H. MURKOWSKI, GOVERNOR

P.O. BOX 110620
JUNEAU, ALASKA 99811-0620
PHONE:   (907) 465-3370
FAX:     (907) 465-2668
TDD:     (907) 465-2225
TOLL FREE: 1-800-465-4828

November 7, 2003

Capt Peter W. G. Hegre
Board President
AVENUES
PO Box 2252
Wrangell, AK 99929

Dear Capt Hegre:

As Acting Director for the Division of Behavioral Health, I am in receipt of your letter of 10-24-03. Attached to that letter were copies of four business cards, an invoice for purchase of computer related items and an excerpt of an income statement. These items, in addition to information you named that we received directly from Dr. James, are in our possession.

The closing statement of your 10-24-03 letter asks us if the information provided satisfies the requirements of Mr. Hogan's August 1 letter. Review of both the documents you sent and the ones we received directly, provides only the confirmation of an honorable discharge from the military. None of the materials contain verification that Vernell University is an accredited institution of higher learning and we have only one signed letter from an employer regarding Dr. James employment, to confirm the work experience listed on the resume he submitted to Avenues when applying for his current position.

It is important to note the Division is not currently identifying, nor has it in past communications with Avenues, intended to put forth specific requirements to be met by an individual to be hired as an agency director for Avenues. Rather, because the state had received information that Dr. James might not possess the advanced degree nor have the professional experience listed on his resume, the August 1 letter requested documentation from Avenues of this information, in order to confirm that Dr. James had not mis-represented his background in order to obtain the position.

I want to clarify as well, Avenues as an organization may hire anyone they choose to be their Executive Director. However, the State of Alaska has responsibility to fund only programs that have experienced and appropriately educated staff

Exhibit 12
Page 1 of 2

EXHIBIT 12

DHSS 3

providing services at the local level. Therefore, until further documentation is provided to verify the truth and accuracy of the information that provided the basis for Avenues determining that Dr. James was a qualified applicant and the state supporting Avenues offering Dr. James his current position, the State finds it necessary to continue to withhold grant funds from Avenues. Please be advised, no second quarter funds for the period October 1 through December 31, 2003, or other funding, will be forthcoming until this matter is resolved.

We look forward to hearing from you soon regarding the resolution of this matter. If you have any questions call me at 465-5811 or Director Hogan at 465-3370 after 11/11/03.

Sincerely,

Karen E. Pearson
Acting Director

Exhibit 12
Page 2 of 2