Avenues to Recovery
Governing Board
Special Meeting
10 November 2003

Dear Board Members,

This will constitute an answer to the questions presented to me October 28th 2003

I will not provide further documentation or give more authorization than I have thus far. My background has been toughly investigated. The result has been a variety of versions of my personal history floating around the community. I am not one but one of four and what happens to me affects my family and enough is enough. I will provide a general statement that may provide the answers you are looking for. Should my statement not prove sufficient you may consider it a resignation. The conditions of which should include in lieu of my service for the last year, 3 months severance pay and an equal amount of time to catch up files and close or transfer clients.

I returned to Europe from the United States in 1990. I formed Sigma Consulting Group which was combination of industrial psychology and individual counseling. I was listed with the American Embassy and received referrals from both firms and individual clients. Drug and Alcohol counseling was the predominant service requested from either client type. As time went on I kept a small individual client base and expanded more toward corporate services, providing testing services and writing HR policy. Eventually we became part of a team that dealt almost exclusively with firms. This team became PCI or Psychological Consultants International. This team was made up of accountants, analysts, and technology specialists. Even though we operated together as PCI each group had its own office and other projects as well. An example would be, if a client called PCI gmbh, a receptionist would answer, if the client needed services that involved HR, testing or program design that client was transferred to my office in downtown Berlin. If the client needed technology services he would be transferred to an office in Zelendorf across town. Every contact I made with a client was direct and therefore confidential. I think if you look at your data you will find more evidence for, than to the contrary.

I took several educational opportunities along the way some where congresses like the world Psychological Congress in 1996 and other during project downtime in and around Berlin. These courses were taken for educational value the more I

Exhibit 13
Page 1 of 3

understood, the better programs I could write. Transcripts were a second thought; I was already established and had no intentions of returning the US. When it was clear that the anti-American attitude was indeed something to be taken seriously I started looking for a way to package my education and bring it back to the states. There are many Universities on the internet that take transcripts from other countries one looked as good as another I picked one. The president of the board offered to pay for the translation of my transcripts. Firstly, we can't afford it, with a 20% cut in funds we are doing well just to meet payroll. While it is true the state is holding $2900.00 from our Q1 payment pending the outcome of this situation we can not afford to pay 3000 to 5000.00 dollars for documents that would not be worth anything even when translated by a certified translator. I believe it was mentioned that someone in town could translate an official German document to English. I do not think I am the only one that would consider that an act in futility. I know there was other questions as well, U of Maryland for example. I have never been to Maryland or anywhere near it. The US military had a contract with that university I attended classes in bunkers, mess halls and hospital board rooms after hours. I have an idea as to why is does not show up here but I am not willing or able to go through the expense to deal with it. I have no desire to be licensed and I do not need to be to work in this capacity. My experience and a counselor's certificate are adequate.

Speaking of experience, references are also an issue here. Houston Therapies was run by Dr. Patterson. Dr. Patterson is now deceased or so I am lead to believe. I can not be certain as I have not personally examined a death certificate. I do have a colleague I worked with at Houston Therapies a Mr. Kevin Thompson, a gentleman I also attended a drug and alcohol certification course with. Even though I was able to locate him I was not willing put him through the same treatment as my first reference Dr. Mc Daniel. I have not seen him in a number of years and I will not have him interrogated. He can only give general information. He does not have a business certificate or any other paperwork for that matter.

The Avenues board of Directors as any other substance abuse board has the right to change the job description for any position in the agency under their control. There is an established precedent for state officials to follow the board's recommendations as the state has no set perquisite for what a director of a substance abuse agency must have. I have worked in the capacity of director of this facility for a year, my experience is evident. I have gone beyond

Exhibit 13

Page 2 of 3

the call of my st   ion because in is in me t  do so, I am on
call 24 hours a day. I have gone out on cal   during the
weekend, and have talked to clients in the early hours of
the morning because that is when they needed help. I am not
a liability but and asset. I bring experience in counseling
and program development, which will be needed if Avenues is
to make it through year 03 intact.

The board has the authority to decide this issue and I leave
to you all to do so.

If I have not addressed all questions I apologize. However
we agree on one point and that is that this has gone far
enough. I will be available to assist Avenues through its
transition phase should I not remain as its director.

Sincerely

Alexander James

Exhibit 13
Page 3 of 3