

# VERNELL
# UNIVERSITY

HOME

ADMISSIONS

ACADEMIC
PROGRAMS

DISTANCE
EDUCATION

TUITION

FINANCIAL AID

CAREER
PLANNING

REGISTRAR

ALUMNI

## *"Vernell University Offers Traditional Enrichment Through Education."*



### Message from the University President

Dear Visitor,

Welcome to Vernell University's Web site. Whether you are a prospective student, an alumnus or are simply curious about the College, this Web site has been created with you in mind. Here you will find information about admission to the university, about our research programs, and items of special interest to alumni.

This web site reflects our core values and goals for the institution: educational excellence for all students at Vernell University and the world; economic development through research and outreach; and a commitment to diversity and intellectual rigor.

Through its three primary missions of teaching, research and outreach, Vernell is the intellectual center and has been recognized by many as a fantastic research and doctoral-degree granting institution.

I invite you to explore Vernell University through this web site. You will discover that Vernell is a great institution offering a strong education. You will find evidence that teaching and learning are top college priorities.

Research is at the core of our teaching excellence and the foundation upon

Exhibit: 4
Date: 7/18/08
Deponet: McCloskey
SEAK Professional Services

Exhibit __15__

which all our missions rest. The answers to real world problems are coming out of Vernell University laboratories and classrooms. By using college research to address the world's unique challenges, Vernell is a full partner in the world's vitality.

Vernell University's engagement connects and integrates our learning and discovery missions to make a difference in the global community.

I'm sure you will agree with me that there is no other place in the world like Vernell.

Sincerely,

Cliff Johnson,
Vernell University President

© 2001 · Vernell University; send comments or questions to comments@vernelluniversity.org

Exhibit____15____

Page____2____of_____



# VERNELL

# UNIVERSITY

**HOME**

**ADMISSIONS**

**ACADEMIC PROGRAMS**

**DISTANCE EDUCATION**

**TUITION**

**FINANCIAL AID**

**CAREER PLANNING**

**REGISTRAR**

**ALUMNI**

## OFFICE OF THE REGISTRAR

The Vernell University Registrar's Office is pleased to provide a transcript of your academic record, whether you are a Vernell alumnus or a current student. All requests for transcripts must be made in writing. Written requests for transcripts may be sent via traditional mail. Alternatively, requests may be made in person during normal business hours. As all requests must bear your signature authorizing the release of your academic information, we are unable to process requests made by phone or e-mail.

When requesting a transcript, please include the following information:

- Full name (if you have had a change in name since enrolled at Vernell, let us know the name under which you were enrolled)
- Social Security Number or birth date
- Your current mailing address
- The name and address of where to send the transcript
- Your signature

Fees: There is a **$40** charge for each transcript mailed. You may either enclose a check made payable to Vernell University with your request, or we will send you a bill.

Exhibit _15_

Page _3_ of _____

10/22/03



# VERNELL

# UNIVERSITY

HOME

ADMISSIONS

ACADEMIC
PROGRAMS

DISTANCE
EDUCATION

TUITION

FINANCIAL AID

CAREER
PLANNING

REGISTRAR

ALUMNI

## FOR ALUMNI ON-LINE RECORD ACCESS PRESS HERE!

## VERNELL UNIVERSITY ALUMNI ASSOCIATION

**HOW DO I BECOME A MEMBER?** You become a member automatically when you graduate. The Vernell University Alumni Association (VUAA) was established to promote the interests of the University and to benefit its alumni. The VUAA serves the University, its students and alumni.

**WHAT DOES THE ALUMNI ASSOCIATION DO? Facilitates Career Networking by Alumni and Their Employers for Students and Alumni** Each year alumni, in partnership with the Career Services Office, sponsor several Career Forums. Graduates from a variety of fields and businesses provide information about careers, jobs, internships and other opportunities. Alumni are welcome to use the Career Services on campus.

**Promotes Alumni Networking** The alumni publication, VU Today, is mailed regularly to each graduate and includes University news, a calendar of events and the popular class notes section. Regularly, alumni are invited back to campus for special events such as Homecoming and Saturday Semester.

**Provides Financial Support for Today's Students** In 1999-2000, alumni contributed $437,931 in unrestricted support of scholarships, academic programs, facilities and equipment to benefit alumni and students.

**WHO RUNS THE ASSOCIATION? HOW DO I GET INVOLVED?** An elected board of officers and directors who are VU graduates govern the Association. There are many opportunities to get involved on committees that plan events and work with the admissions department, career services and the advancement office to provide advice and help promote the University.

**2001-2002 Board members are:**

Missy Leonard Alford '62 President

Dale Hodge Milton '93 Vice President

Gloria Shiver '66 Secretary

Exhibit ___15___

Page __4__ of _____

Thomas Hermsen '97 MBA

Eileen Brosnan Edick '62

Heather Lowden '92

Tina Edward '97

Iris Weston '95, '97 MBA

Rashaun Davey '81, '95 MBA

Monica Sellman Satterthwaite '70

Carol Raymond, SNJM '69, '78 MM

Jane White '85

## HOW DO I FIND OUT MORE?

The Alumni Relations Office is located on campus in the Office of Institutional Advancement (at the top of the stairs to the right of the Chapel). We will be happy to answer any questions and can be reached via e-mail: comments@vernelluniversity.org

© 2001 • Vernell University; send comments or questions to comments@vernelluniversity.org

Exhibit  _15_

Page _5_ of _____