

# HAMPTON COLLEGE

Go to....  [Go!]

*"Hampton College Offers Traditional Enrichment Through Education."*



Dear Visitor,

Welcome to Hampton College's Web site. Whether you are a prospective student, an alumnus or are simply curious about the College, this Web site has been created with you in mind. Here you will find information about admission to the College, about our research programs, and items of special interest to alumni.

This web site reflects our core values and goals for the institution: educational excellence for all students at Hampton College and the world; economic development through research and outreach; and a commitment to diversity and intellectual rigor.

Through its three primary missions of teaching, research and outreach, Hampton is the intellectual center and has been recognized by many as a fantastic research and doctoral-degree granting institution.

I invite you to explore Hampton College through this web site. You will discover that Hampton is a great institution offering a strong education. You will find evidence that teaching and learning are top college priorities.

Research is at the core of our teaching excellence and the foundation upon which all our missions rest. The answers to real world problems are coming out of Hampton College laboratories and classrooms. By using college research to address the world's unique challenges, Hampton is a full partner in the world's vitality.

Hampton College's engagement connects and integrates our learning and discovery missions to make a difference in the global community.

Exhibit __15__

I'm sure you will agree with me that there is no other place in

Page __4__ of ____

http://www.hamptoncollege.org/welcome.html

10/21/03

Welcome

the world like Hampton.

Sincerely,

Philip R. Waters,
Hampton College President

© 2002 • Hampton College; send comments or questions to comments@hamptoncollege.org

Alumni



# HAMPTON COLLEGE

Go to....  [▼] Go!

**FOR ALUMNI ON-LINE RECORD ACCESS PRESS HERE!**

## HAMPTON COLLEGE ALUMNI ASSOCIATION

**HOW DO I BECOME A MEMBER?** You become a member automatically when you graduate. The Hampton College Alumni Association (HCAA) was established to promote the interests of the College and to benefit its alumni. The HCAA serves the College, its students and alumni.

**WHAT DOES THE ALUMNI ASSOCIATION DO? Facilitates Career Networking by Alumni and Their Employers for Students and Alumni** Each year alumni, in partnership with the Career Services Office, sponsor several Career Forums. Graduates from a variety of fields and businesses provide information about careers, jobs, internships and other opportunities. Alumni are welcome to use the Career Services on campus.

**Promotes Alumni Networking** The alumni publication, HC Today, is mailed regularly to each graduate and includes College news, a calendar of events and the popular class notes section. Regularly, alumni are invited back to campus for special events such as Homecoming and Saturday Semester.

**Provides Financial Support for Today's Students** In 1999-2000, alumni contributed $437,931 in unrestricted support of scholarships, academic programs, facilities and equipment to benefit alumni and students.

**WHO RUNS THE ASSOCIATION? HOW DO I GET INVOLVED?** An elected board of officers and directors who are HC graduates govern the Association. There are many opportunities to get involved on committees that plan events and work with the admissions department, career services and the advancement office to provide advice and help promote the College.

**2001-2002 Board members are:**

Missy Leonard Alford '62 President

Dale Hodge Milton '93 Vice President

Exhibit _15_

Page _8_ of _____

Alumni

Gloria Shiver '66 Secretary

Thomas Hermsen '97 MBA

Eileen Brosnan Edick '62

Heather Lowden '92

Tina Edward '97

Iris Weston '95, '97 MBA

Rashaun Davey '81, '95 MBA

Monica Sellman Satterthwaite '70

Carol Raymond, SNJM '69, '78 MM

Jane White '85

### HOW DO I FIND OUT MORE?

The Alumni Relations Office is located on campus in the Office of Institutional Advancement (at the top of the stairs to the right of the Chapel). We will be happy to answer any questions and can be reached via e-mail: comments@hamptoncollege.org

© 2002 • Hampton College

Exhibit 15
Page 9 of ___

HOME



# Lexington University

HOME
WELCOME
ADMISSIONS
ACADEMIC PROGRAMS
DISTANCE EDUCATION
TUITION
FINANCIAL AID
TRANSCRIPTS
CAREER PLANNING
ALUMNI

*"Lexington University Offers Traditional Enrichment Through Education."*

The Colleges of the University offer rich learning and rewarding cultural experiences for the resident undergraduates. The quiet rural atmosphere of Lexington University is conducive to the contemplative pursuit of knowledge. The College is expanding with world wide satellite offices.



Dear Visitor,

Welcome to Lexington University's Web site. Whether you are a prospective student, an alumnus or are simply curious about the College, this Web site has been created with you in mind. Here you will find information about admission to the university, about our research programs, and items of special interest to alumni.

This web site reflects our core values and goals for the institution: educational excellence for all students at Lexington University and the world; economic development through research and outreach; and a commitment to diversity and intellectual rigor.

Through its three primary missions of teaching, research and outreach, Lexington is the intellectual center and has been recognized by many as a fantastic research and doctoral-degree granting institution.

I invite you to explore Lexington University through this web site. You will discover that Lexington is a great institution offering a strong education. You will find evidence that teaching and learning are top college priorities.

Exhibit 15

Page 10 of ____

Research is at the core of our teaching excellence and the foundation upon which all our missions rest. The answers to real world problems are coming out of Lexington