HOME

University laboratories and classrooms. By using college research to address the worl[d's] unique challenges, Lexington is a full partner in the worlds vitality.

Lexington University's engagement connects and integrates our learning and discove[ry] missions to make a difference in the global community.

I'm sure you will agree with me that there is no other place in the world like Lexingt[on.]

Sincerely,

Miles Stanton,
Lexington University President

© 2001 • Lexington University; send comments or questions to comments@lexingtonuniversity.org

This University is in NO way associated with Lexington University.com.

Exhibit 15
Page 11 of ____

HOME



# Lexington University

| | |
|---|---|
| HOME | **FOR ALUMNI ON-LINE RECORD ACCESS PRESS HERE !** |
| WELCOME | |
| ADMISSIONS | **LEXINGTON UNIVERSITY ALUMNI ASSOCIATION** |
| ACADEMIC PROGRAMS | **HOW DO I BECOME A MEMBER?** You become a member automatically when you graduate. The Lexington University Alumni Association (LUAA) was establishe to promote the interests of the University and to benefit its alumni. The LUAA serve the University, its students and alumni. |
| DISTANCE EDUCATION | |
| TUITION | **WHAT DOES THE ALUMNI ASSOCIATION DO? Facilitates Career Networking by Alumni and Their Employers for Students and Alumni** Each yea alumni, in partnership with the Career Services Office, sponsor several Career Forun Graduates from a variety of fields and businesses provide information about careers, jobs, internships and other opportunities. Alumni are welcome to use the Career Services on campus. |
| FINANCIAL AID | |
| TRANSCRIPTS | |
| CAREER PLANNING | **Promotes Alumni Networking** The alumni publication, LU Today, is mailed regula to each graduate and includes University news, a calendar of events and the popular class notes section. Regularly, alumni are invited back to campus for special events such as Homecoming and Saturday Semester. |
| ALUMNI | |

**Provides Financial Support for Today's Students** In 1999-2000, alumni contribute $437,931 in unrestricted support of scholarships, academic programs, facilities and equipment to benefit alumni and students.

**WHO RUNS THE ASSOCIATION? HOW DO I GET INVOLVED?** An elected board of officers and directors who are LU graduates govern the Association. There ; many opportunities to get involved on committees that plan events and work with the admissions department, career services and the advancement office to provide advice and help promote the College.

**2001-2002 Board members are:**

Missy Leonard Alford '62 President

Dale Hodge Milton '93 Vice President

Gloria Shiver '66 Secretary

Thomas Hermsen '97 MBA

Eileen Brosnan Edick '62

Exhibit 15

Page 12 of __

HOME

Heather Lowden '92

Tina Edward '97

Iris Weston '95, '97 MBA

Rashaun Davey '81, '95 MBA

Monica Sellman Satterthwaite '70

Carol Raymond, SNJM '69, '78 MM

Jane White '85

## HOW DO I FIND OUT MORE?

The Alumni Relations Office is located on campus in the Office of Institutional Advancement (at the top of the stairs to the right of the Chapel). We will be happy to answer any questions and can be reached via e-mail: comments@lexingtonuniversity.org

© 2001 • Lexington University; send comments or questions to comments@lexingtonuniversity.org

Exhibit 15
Page 13 of ___

HOME



# Alexandria University

**WELCOME**

**ADMISSIONS**

**ACADEMIC PROGRAMS**

**DISTANCE EDUCATION**

**TUITION**

**FINANCIAL AID**

**TRANSCRIPTS**

**CAREER PLANNING**

**ALUMNI**

*"Alexandria University Offers Traditional Enrichment Through Education."*



Message from the University President

Dear Visitor,

Welcome to Alexandria University's Web site. Whether you are a prospective student, an alumnus or are simply curious about the College, this Web site has been created with you in mind. Here you will find information about admission to the university, about our research programs, and items of special interest to alumni.

This web site reflects our core values and goals for the institution: educational excellence for all students at Alexandria University and the world; economic development through research and outreach; and a commitment to diversity and intellectual rigor.

Through its three primary missions of teaching, research and outreach, Alexandria is the intellectual center and has been recognized by many as a fantastic research and doctoral-degree granting institution.

I invite you to explore Alexandria University through this web site. You will discover that Alexandria is a great institution offering a strong education. You will find evidence that teaching and learning are top college priorities.

Exhibit 15

Page 14 of ___

Research is at the core of our teaching excellence and the foundation upon which all our missions rest. The answers to real world problems are coming out of Alexandria University laboratories and classrooms. By using college research to address the world's unique challenges, Alexandria is a

http://www.alexandriauniversity.org/welcome.html

10/20/03

HOME

full partner in the worlds vitality.

Alexandria University's engagement connects and integrates our learning and discovery missions to make a difference in the global community.

I'm sure you will agree with me that there is no other place in the world like Alexandria.

Sincerely,

Harry Hudspeth,
Alexandria University President

© 2001 • Alexandria University; send comments or questions to comments@alexandriauniversity.org

Exhibit 15
Page 15 of ____

http://www.alexandriauniversity.org/welcome.html

10/20/03

HOME


# Alexandria University

**WELCOME**

**ADMISSIONS**

**ACADEMIC PROGRAMS**

**DISTANCE EDUCATION**

**TUITION**

**FINANCIAL AID**

**TRANSCRIPTS**

**CAREER PLANNING**

**ALUMNI**

FOR ALUMNI ON-LINE RECORD ACCESS PRESS HERE !

PRESS HERE FOR THE ALEXANDRIA UNIVERSITY GIFT SHOP

ALEXANDRIA UNIVERSITY ALUMNI ASSOCIATION

**HOW DO I BECOME A MEMBER?** You become a member automatically when you graduate. The Alexandria University Alumni Association (AUAA) was established to promote the interests of the University and to benefit its alumni. The AUAA serves the University, its students and alumni.

**WHAT DOES THE ALUMNI ASSOCIATION DO? Facilitates Career Networking by Alumni and Their Employers for Students and Alumni** Each year alumni, in partnership with the Career Services Office, sponsor several Career Forums. Graduates from a variety of fields and businesses provide information about careers, jobs, internships and other opportunities. Alumni are welcome to use the Career Services on campus.

**Promotes Alumni Networking** The alumni publication, AU Today, is mailed regularly to each graduate and includes University news, a calendar of events and the popular class notes section. Regularly, alumni are invited back to campus for special events such as Homecoming and Saturday Semester.

**Provides Financial Support for Today's Students** In 1999-2000, alumni contributed $437,931 in unrestricted support of scholarships, academic programs, facilities and equipment to benefit alumni and students.

**WHO RUNS THE ASSOCIATION? HOW DO I GET INVOLVED?** An elected board of officers and directors who are AU graduates govern the Association. There are many opportunities to get involved on committees that plan events and work with the admissions department, career services and the advancement office to provide advice and help promote the University.

**2001-2002 Board members are:**

Missy Leonard Alford '62 President

Dale Hodge Milton '93 Vice President

Gloria Shiver '66 Secretary

Thomas Hermsen '97 MBA

Eileen Brosnan Edick '62

Exhibit 15

Page 14 of ___