HOME

Heather Lowden '92

Tina Edward '97

Iris Weston '95, '97 MBA

Rashaun Davey '81, '95 MBA

Monica Sellman Satterthwaite '70

Carol Raymond, SNJM '69, '78 MM

Jane White '85

### HOW DO I FIND OUT MORE?

The Alumni Relations Office is located on campus in the Office of Institutional Advancement (at the top of the stairs to the right of the Chapel). We will be happy to answer any questions and can be reached via e-mail:
comments@Alexandriauniversity.org

© 2001 • Alexandria University

Exhibit 15
Page 17 of ___

05-15-03   11:09am   From-DHSS COMMISSIONERS OFFICE          9074653068          T-047   P.02/05   F-466

E-mail dr-james@gpnix.net

# Dr. E.A. James

**Education**
- Ph.D. in psychology.
- Completed 2 year internship in abnormal psychology.
- Completed 1 year internship in alcohol and drug counseling.
- Completed 1 year internship for international organizational psychology.
- Completed 1 year internship in alternative therapies using the following modalities.
- Biofeedback
- Hypnosis
- Art Therapy
- Progressive relaxation
- Stress Management

**Professional experience**

1980-1987                U.S. Military

1987-1992
**Therapist**            Group/Private Psychotherapy Practice   Houston, TX
- Drug and Alcohol
- Facilitated daily inpatient group and one on one sessions
- Assisted clients in developing short and long term goals relating to their addictive behavior
- Provided group therapy using ppc (positive peer culture) for at risk youth in a camp setting
- Provided addictive behavior counseling services to the state of Texas parole system
- Director for the Kiwanee Center for women (a residential facility for women with substance abuse issues)
- Family
- Marital Counseling
- Adolescent Counseling
- Provided counseling to step-parents and to parents of adopted children
- Learning disabilities
- Taught coping skills to adults and adolescents with learning disabilities
- Pre and post Trans-gender counseling

1992-1996
**Senior Consultant**    Sigma International              Essen, Germany
- Designed and implemented training programs for American Firms in Europe.
- Lead long term on site consultation projects for Nissan in Barcelona and the TML Euro Tunnel project in Calais and Dover.
- Designed cultural integration projects for the new European Union, business development program.
- Provided counseling services for American civilian/military personnel and their families residing in Europe.
- Provided psychological testing and expert testimony in European court systems for cases involving U.S. or U.K. citizens.
- Developed inter-cultural communication program for Volkswagen management executives in

Exhibit 16
Page 1 of 2

05-15-03  11:09am  From-DHSS COMMISSIONERS OFFICE         9074653068         T-047  P.03/05  F-466

- China.
- Provided psychological testing and evaluation for executive management positions for new Worldcom/British Telecom venture

1996-1998           Psychological Consultants International     Berlin, Germany
- Provided alcohol and drug counseling for American executives and their families abroad.
- Provided American therapy modalities to European clients

1999-2002           Consultant
- Provide psychological evaluation, program design and training services

2002-Present        Avenues
Executive Director
- Administrate Alcohol and Drug Prevention, Educational, Outpatient programs
- To write and administrate grants to fund prevention and outpatient programs
- To provide training for new staff and continuing education for existing staff members
- To provide a line of communication to the community and to network with the community concerning issues of alcohol and drug abuse
- Networking with other agencies in the Wrangell in order to provide the community with a integrated service net.
- To design and implement an inpatient treatment program component

**Professional memberships**
Member of the American Psychological Association since 1999
Member of the Society of Behavioral Psychology 1999-2001
Board Member of the Colloquium on Quantum Physics since 2002

**Languages**       English/German

**Objective**       See cover page

Exhibit 14
Page 2 of 2

Ellsworth Alexander James
July 30, 2008

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA
 2

 3   ELLSWORTH ALEXANDER JAMES,           )
                                          )
 4           Plaintiff,                   )
                                          )
 5   vs.                                  )
                                          )
 6   THE SALVATION ARMY CHURCH, et al.,   )
                                          )
 7           Defendants.                  )
                                          )
 8   Case No. 5:05-cv-0007-JWS

 9

10

11   _____

12            DEPOSITION OF ELLSWORTH A. JAMES
                         VOLUME I
13   _____

14
                       July 30, 2008
15                      1:04 p.m.

16
                        Taken at:
17               Kirkpatrick & Lockhart
              Preston Gates & Ellis LLP
18              420 L Street, Suite 400
                  Anchorage, Alaska
19

20

21   Reported by:   Leslie J. Knisley
                    Shorthand Reporter
22

23                                        Exhibit  17
24                                        Page  1  of  9
25
```

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

fd6072f6-af0c-48d5-b59d-cacae5a44230

Page 10

1  A  Sure.
2  Q  You said that Mr. Hegre misrepresented
3  information that was exclusive to the Avenues
4  board about you. What information did he
5  misrepresent that was exclusive to the Avenues
6  board?
7  A  One piece of information was that he
8  conveyed to members of the local community --
9  that much I heard on my own -- and to the general
10 regional community that he fired me. That is not
11 true.
12 Q  Did Mr. Hegre threaten to fire you if
13 you didn't resign?
14 A  He threatened to fire me -- let me say,
15 first, during a phone call on or about 11, 12
16 November 2003 -- he called my house several
17 times. He left several messages. These messages
18 were agitated at best. When I returned his call,
19 he asked me: When are you coming in to resign,
20 or when are you going to submit your letter of
21 resignation?
22      I said I would like to talk to the
23 board first, so I would like to be present at the
24 next board meeting. He lost his composure, and
25 he told me that I reminded him of the criminals

Page 11

1  that he worked with in the penitentiary, that
2  either I turn in my letter of resignation or that
3  he was going to fire me.
4  Q  How did you respond?
5  A  I was taken aback. I didn't exactly
6  know how to respond. I was rather embarrassed,
7  because my wife had been upstairs and we have an
8  answering machine that kicks on, and if you
9  answer before the answering machine has done its
10 work, it broadcasts, and so she had heard
11 everything that Mr. Hegre had said. So I can
12 actually hear the echo downstairs. So I was a
13 bit uneased, and I can't be certain of my
14 response. I was befuddled. I didn't know why he
15 was talking to me in this way, and I don't
16 believe I gave him an answer. I may have hung up
17 on him.
18 Q  Do you think that your wife's opinion of
19 you was altered by hearing what Mr. Hegre had to
20 say about you?
21 A  At this point Mr. Hegre had made it
22 known that I was not his favorite person in the
23 world, and she was beginning to feel fear. I was
24 speaking with someone in the community that I was
25 working with, and the person appreciated the work

Page 12

1  that I was doing and said, did you know that
2  Captain Hegre is saying these things? And I had
3  no idea that he'd be saying anything actually at
4  that time. I didn't see a reason that that would
5  even happen. And these things got back to my
6  wife and she began to fear.
7  Q  Afraid that you would lose your job?
8  A  No. Actually after these comments, the
9  comments became racially derogatory and she was
10 afraid that we would be hurt, or more that I
11 would be hurt.
12 Q  Well, let's go back.
13      Who is the person in the community
14 who asked you whether you knew that Hegre was
15 saying these things?
16 A  I'm trying to remember her name. I was
17 working with her son. The name does not come to
18 me at the moment, but I think I'll be able to
19 come up with the name before we finish today.
20 It's there; it's been a long time.
21 Q  And when this person asked you whether
22 you knew Hegre was saying these things, what
23 things did this woman tell you that Hegre was
24 saying?
25 A  Let me try to narrow them down, because

Page 13

1  I believe I was still with the Avenues program at
2  this time. He said that he was investigating my
3  background because I had given false information.
4  What else? He said something else. He said that
5  I lied and had more than one Social Security
6  number and other derogatory things. I can't be
7  exact.
8       The woman's first name was Debbie
9  or Deborah. And I'll get the last name.
10 Q  Okay. And you said that after this the
11 comments became racially derogatory?
12 A  Uh-huh.
13 Q  Was Mr. Hegre making these comments to
14 you directly, or were people coming to tell you
15 that Mr. Hegre had said something racially
16 derogatory, or am I on the wrong track entirely?
17 A  I was the only black man on the island.
18 I had never been approached with racial comments
19 before. Most people had been generally
20 accepting, even nice, but never derogatory --
21 Captain Hegre took issues to his parish -- and
22 I'm calling his church a parish. I don't know
23 another name for it. He took them back to his
24 church, and that's where these things were coming
25 from.

4 (Pages 10 to 13)

Exhibit 17
Page 2 of 9

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

fd6072f6-af0c-48d5-b59d-cacae5a44230