Ellsworth Alexander James
July 30, 2008

Page 26

1 traveling.
2  Q  And you indicate that you made 80,000
3 Deutschmarks for Fahrleitungsbau and 87,000
4 Deutschmarks for PCI. Are both those figures
5 annual salary?
6  A  Uh-huh.
7  Q  Did you get a salary from PCI, or were
8 you paid on something other than a salary basis?
9  A  It was something other than salary
10 basis. Just depends on what we did and who we
11 were doing it for.
12  Q  So how did you come up with the 87,000
13 figure for your annual compensation from PCI?
14  A  That came from actual projects that we
15 would do. Some I did alone; others I did in
16 tandem with others.
17  Q  But my question was more how you
18 calculated that. Is that an average for all the
19 years that you were associated? Is that a total?
20 What does that number represent?
21  A  Oh, it's an average. It's an average
22 for the time that I actually worked doing these
23 projects.
24  Q  And at the exchange rate at the time,
25 what is 87,000 Deutschmarks?

Page 27

1  A  It may have been 50, $60,000.
2  Q  Okay. So you were making between 100
3 and $120,000 between the two jobs?
4  A  I guess you could say that, yeah.
5 Because -- yeah, you could say that.
6  Q  The next entity you list is Sigma
7 Consulting Group.
8  A  Uh-huh.
9  Q  What's Sigma?
10  A  Sigma Consulting Group is a larger
11 group. We dealt with other things.
12  Q  What kind of things did Sigma deal with?
13  A  Training, training seminars, program
14 development, project development.
15  Q  And training in what field?
16  A  Cross-cultural communication.
17 Everything was built around cross-cultural
18 communication.
19  Q  And how long were you associated with
20 Sigma?
21  A  About three years.
22  Q  And what three years were those?
23  A  Actually Sigma should have come before
24 PCI. PCI was actually a -- PCI grew into --
25 Sigma Consulting Group grew into PCI Berlin, and

Page 28

1 a part of that I brought back to the States with
2 me on a project that I was supposed to do for the
3 City of Houston.
4  Q  So do you think you were with Sigma from
5 late 1990 to late 1993?
6  A  Sigma would have been from -- the
7 project in Houston under Sigma Consulting Group
8 was '99, 2000. It actually was very short-lived
9 because we started working on the project before
10 we left Berlin, and by the time we got to
11 Houston, things had changed and the project
12 wasn't there anymore.
13  Q  So were you with Sigma before and after
14 PCI?
15  A  Yeah, before and after.
16  Q  Was Sigma a company that you started?
17  A  Sigma was a company that I started.
18  Q  Did Sigma have any employees?
19  A  No. It had partners that I worked with.
20  Q  How many partners did Sigma have?
21  A  Sigma had three partners.
22  Q  And who were those three?
23  A  Again, that was so long ago I really
24 couldn't tell you. One of the primary partners
25 in Sigma Consulting Group was -- he was an

Page 29

1 African. I think he was from Gambia. He was an
2 MBA. And we were working with someone in Houston
3 for a training program for the Harris County
4 Hospital District, and so I think that the
5 ramp-up and the design took almost a year. And I
6 was actually going to Houston to officially sign
7 contracts and start implementing. After that my
8 colleague was going to join me in Houston, and we
9 were going to start hiring people to actually
10 start fulfilling the project.
11  Q  And what happened to the project?
12  A  Once we got to the States, there had
13 been some leadership changes and some budget
14 changes within the Harris County Hospital
15 District, and that opportunity was no longer
16 there. It fell off the table.
17  Q  And this was in the 2000 range?
18  A  This was '99, 2000.
19  Q  And you don't have a salary figure
20 associated with Sigma.
21  A  No, because it never actually turned
22 anything. I mean, it was all out of pocket for
23 me until we actually got it going, and because of
24 the decision to not take the project, it never
25 really did anything. So it was a loss. I never

8 (Pages 26 to 29)

Exhibit 17
Page 8 of 9

Ellsworth Alexander James
July 30, 2008

Page 66

1  Q  And was there any issue that you know of
2  with regard to your Social Security number?
3  A  No. No, there isn't. I couldn't even
4  remember if I had given my Social Security or
5  not. I must have because they evidently ran it.
6  Now, I will say that it wouldn't have been the
7  first time that my Social Security number was
8  wrong.
9  Q  Was wrong in the sense of?
10 A  A number was transversed, okay. And I
11 will also say that I may have had something to do
12 with that. I'm dyslexic, and depending on how
13 I'm feeling at the time, if I'm rushed or if I'm
14 extremely tired, I can reverse numbers. So I
15 don't know which, but I will say that in the name
16 of things that are reasonable, if you have a
17 Social Security number that, you know, doesn't
18 come back the way it's supposed to, I think the
19 reasonable thing to do would be to call and
20 reaffirm the number. Never got a call. No one
21 ever asked me to reaffirm the number.
22      What did happen was it came from
23 the hospital that I had two Social Security
24 numbers, and that's what went around town. Oh,
25 he's got two Social Security numbers. Not that

Page 67

1  numbers were transversed, because the Social
2  Security numbers were practically identical, not
3  that there could have been a mistake, no, this
4  guy has two Social Security numbers and, you
5  know, we've got to watch him. That's what came
6  out of that and that came out of the hospital.
7  So it kind of set the stage, if you will.
8       But to this day I'm convinced that
9  Ms. Pearson was behind that. And I can say that
10 these things happened because the medical
11 director at the time, Dr. David McCandless, made
12 a trip to my office. And he says, I want to let
13 you know that Brian Gilbert does not like you, he
14 doesn't want you in his hospital, and he's doing
15 whatever he can to throw rocks at your program.
16 He says, the board wants it. The board thinks
17 it's a great idea. The board thinks it will
18 provide services and revenue. The hospital needs
19 both. But I'm telling you, he's got a grudge
20 against you.
21 Q  And do you think that the rumors going
22 around town that you had two different Social
23 Security numbers originated with either
24 Mr. Gilbert or Ms. Pearson?
25 A  I think they may have originated with

Page 68

1  Ms. Pearson. I think they were reverberated by
2  Mr. Gilbert. I think if you're looking for
3  something, you are sure to find it. If you're
4  looking for an issue, you're sure to find it.
5  And I think they were looking for an issue. It
6  seemed as good as any. You're talking about a
7  man that has been working with boards for quite
8  some time, so he built on that. And this is me
9  talking, but that's pretty much what happened.
10 Q  Was there also an issue with your
11 degrees that Ms. Pearson raised?
12 A  She raised issues -- and this is where
13 the problem starts in earnest, so I want to be
14 very clear. Ms. Pearson would never talk to me.
15 She says -- now, mind you, this deal with Brian
16 Gilbert rested, okay. I didn't have anything --
17 I didn't want to have anything to do with anybody
18 that didn't want to have anything to do with me.
19 I don't fight that way. I have too many other
20 things to do. So I left it alone and it died, or
21 at least subsided. Okay.
22      April, May is when Ms. Pearson
23 called and said that she had issues with my
24 degree. I called, I wrote to no avail. When I
25 did finally get her she says, I can't talk to you

Page 69

1  about it because you are an employee of the
2  agency. I can only talk with the agency, with
3  the president of the agency. Up until this time,
4  Captain Hegre didn't have two words say to me.
5  He really never talked to me.
6       I had with other community members
7  helped to develop something called the healing
8  hearts ceremony. There was a triple
9  murder/suicide and we brought communities
10 together to help heal, and it was a really big
11 thing. I think he resented me taking the lead in
12 that because it was something that they had gone
13 to The Salvation Army with first and The
14 Salvation Army had decided they didn't want to do
15 it.
16      They came to the Avenues program
17 and talked to me about it and I said, I think
18 that's a great idea. So we did it. And we had
19 no idea it would turn out to be as big as it was.
20 We got grant funding to fly people in from the
21 Lower 48, from Anchorage, from all over the
22 Southeast. We had 3,000 people on the island
23 shuttling in and out, because it was a week-long
24 ceremony. We had it all paid for. We had
25 flights coming in on Alaska Airlines. We had

18 (Pages 66 to 69)

```
 1           IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA
 2

 3   ELLSWORTH ALEXANDER JAMES,           )
                                          )
 4           Plaintiff,                   )
                                          )
 5   vs.                                  )
                                          )
 6   THE SALVATION ARMY CHURCH, et al.,   )
                                          )
 7           Defendants.                  )
                                          )
 8   Case No. 5:05-cv-0007-JWS

 9

10

11   _____

12          DEPOSITION OF ELLSWORTH A. JAMES
                       VOLUME II
13   _____

14
                       August 1, 2008
15                       9:03 a.m.

16
                         Taken at:
17                Kirkpatrick & Lockhart
                Preston Gates & Ellis LLP
18               420 L Street, Suite 400
                    Anchorage, Alaska
19

20

21   Reported by:  Leslie J. Knisley
                   Shorthand Reporter
22

23                                      Exhibit  18

24                                      Page  1  of  12

25
```

Exhibit 18
Page 1 of 12

Ellsworth Alexander James
August 1, 2008

Page 2

A-P-P-E-A-R-A-N-C-E-S

For Plaintiff (Pro Se):

MR. ELLSWORTH A. JAMES
801 Karluk, Apartment 316
Anchorage, Alaska 99501

For Defendants:

Kirkpatrick & Lockhart
Preston Gates & Ellis LLP
420 L Street, Suite 400
Anchorage, Alaska 99501-1971
BY: JENNIFER M. COUGHLIN
(907) 276-1969

Page 3

I-N-D-E-X
ELLSWORTH A. JAMES, VOLUME II    AUGUST 1, 2008
EXAMINATION
                                PAGE
BY MS. COUGHLIN                   4
EXHIBITS
NUMBER       DESCRIPTION        PAGE
8    Resume                       4
9    Letter from Captain Hegre to  16
     Mr. James, 9/18/03
10   Letter to Mr. Gilbertson from 20
     Mr. James, 8/28/03
11   Letter to Mr. Hogan from Mr.  24
     James, 9/4/03
12   Letter from Karen Pearson to  25
     Mr. Hegre, 11/7/03
13   Letter to the board, 11/10/03 30
14   Faxed pages from Mr. McCloskey 43

Page 4

PROCEEDINGS
(Exhibit 8 marked.)
ELLSWORTH A. JAMES,
having been sworn, testified as follows:
EXAMINATION
Q  (BY MS. COUGHLIN) I'm handing you Exhibit 8 and what was previously marked as Exhibit 4. I going to want to talk about some of the differences between them.
        First, could you identify what Exhibit 8 is?
A  Exhibit 8 is a resume. Exhibit 4 is also a resume.
Q  And Exhibit 8 appears to be a later resume than Exhibit 4 because it includes your service at Wrangell Wellness; is that true?
A  Yes.
Q  Okay. Do you know when you created Exhibit 8?
A  No.
Q  Okay. And looking at the two resumes, on Exhibit 8 you indicate that you were with Houston Therapies between '88 and '89, and on Exhibit 4 you indicate you were in group private psychotherapy practice in Houston from '87 to

Page 5

'92. Which one of those is the correct statement of your experience?
A  I would say that they're both correct. I was working with individuals from Dr. Patterson's group before I actually worked in Dr. Patterson's group. And these are general estimations at best and are not intended to be exact in any way, shape, form or fashion. Resumes, especially for me, because I move around so much are very general.
Q  Okay. Are you a psychologist?
A  I don't call myself a psychologist. Living outside of the country for as long as I have, rules and regulations, laws and assumptions regarding what a psychologist is are quite different. I would not call myself a psychologist in the strictest sense of the term in the United States, because a psychologist usually indicates licensure of some kind.
        Licensure is -- licensure, like any other certification, is regional in nature and when one works across boundaries or lines, country lines, it really has no effect. So do I consider myself a psychologist? No, I don't because I don't have any -- any -- in any state

Exhibit 18 2 (Pages 2 to 5)
Page 2 of 12

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Ellsworth Alexander James
August 1, 2008

Page 6

1  do I have a license that says I'm a psychologist,
2  nor do I do those things that psychologists would
3  typically do.
4    Q    And jumping around a little, but getting
5  back to the subject of what Mr. Hegre said about
6  you that's forming the basis for this suit. I
7  understand that the first thing that you think
8  was defamatory and damaging to you was the
9  statement that he fired you and that that was
10 untrue. We have -- you also state, though, that
11 Mr. Hegre coerced you into resigning.
12         How did he coerce you into
13 resigning?
14   A    Wrangell is a very small town. At the
15 time that this was happening the population may
16 have been around 15, 1600. The population
17 usually fluctuates between summer and winter
18 months. This was around November, so it was at
19 the lowest ebb of the population cycle. I had
20 come to the island with the expectation to, you
21 know, have a home there. We had purchased a home
22 by this time, and so I was invested in the
23 community as it were.
24         If this wasn't going to work out
25 with Avenues, I had to have an avenue to work.

Page 7

1  So I wouldn't have left under those terms. I
2  wanted to speak with the board to make sure they
3  understood exactly what was going on. And to say
4  that, I have to say this: Community boards,
5  especially in rural populations, changed quite a
6  bit. People go; people come.
7         THE WITNESS: Excuse me, I have to
8  take this. Can we go off?
9         MS. COUGHLIN: Sure.
10        (Break.)
11   Q    (BY MS. COUGHLIN) So you were saying
12 that community boards change quite a bit.
13   A    Yes, they change quite a bit. Like I
14 say, people go; people come. The community board
15 usually represents wherever they come from. Some
16 represented the school district, some represented
17 the city. The Hegres, for example, represented
18 The Salvation Army. The board that was together
19 when I was interviewed by this time was not the
20 same board.
21        There were only a few people on
22 that board that were actually present during that
23 interview, during that conference call. Captain
24 Hegre was one of them. There were a few others.
25 So because there were new board members, I wanted

Page 8

1  to make sure they understood exactly what had
2  happened, what had gone on. I felt that that
3  might have changed the thought that was going on.
4  Now, at this time Captain Hegre did not say very
5  much to me. He avoided me most times. I didn't
6  have a problem with that.
7         THE WITNESS: I'm sorry.
8         MS. COUGHLIN: Off record.
9         (Break.)
10   Q    (BY MS. COUGHLIN) Back on record.
11        You were talking about how
12 Mr. Hegre avoided you most times.
13   A    Uh-huh. He avoided me most times and I
14 knew why this was, however, it wasn't something I
15 wanted to get into. I had taken an interest in
16 the Native culture. I had joined some of the
17 Native groups. I myself am part Native and I
18 wanted to help. One of the few friends I had on
19 the island was at one time the tribal
20 counselor -- or the tribal leader of the
21 community, so I had some input there and Captain
22 Hegre didn't particularly care for that.
23        He didn't particularly care for
24 Natives in general, however, that was his
25 personal thing and I chose not to bring it into a

Page 9

1  public light. So we did not talk to each other.
2  He was the president of the board. Anything
3  within that realm I shared professionally, and
4  that was pretty much the extent of our
5  relationship to that point.
6         So I was actually quite confused
7  when he took such an aggressive stance. Now, I
8  had been given a head's up by a reference. I was
9  a little confused about that, but I didn't take
10 that anywhere. And so when this came to a head
11 in November, between the 9th and the 13th -- I
12 can't be more specific than that -- which is when
13 these phone calls happened, I could not
14 understand his aggression. And the one phone
15 call that we talked about -- he had called
16 several times that day and I was out. I had them
17 on my voice mail on the answering machine.
18        Each time he called and didn't
19 receive an answer, you could see that he was
20 getting more and more agitated. In the evening
21 when I checked the messages and called him back,
22 he said words to the effect, what are you going
23 to do? I said, well, I would like to talk to the
24 board. There was a meeting coming up, I would
25 like to speak with the board. That was when he