Page 10

| | | |
|---|---|---|
| 1 | A | The first three pages were a letter from the |
| 2 | | department |
| 3 | | -- the Alaska Department of Health and Social |
| 4 | | Services, through Peter Hegre, who is the |
| 5 | | president of the board. And I believe these |
| 6 | | were the -- the -- well, this was the letter |
| 7 | | that was sent to the board regarding Mr. James' |
| 8 | | qualifications. |
| 9 | Q | And on the third page of that letter, does Mr. |
| 10 | | Hogan indicate that fund -- granting funds are |
| 11 | | going to be withheld from the agency unless |
| 12 | | documentation of Mr. James' qualifications are - |
| 13 | | - is provided within a month? |
| 14 | A | Yes. |
| 15 | Q | How important was state funding to Avenues at |
| 16 | | this time? |
| 17 | A | It probably made up 90-plus percent of the |
| 18 | | revenue stream to Avenues. It was very |
| 19 | | important. |
| 20 | Q | So was the state's concern over Mr. James' |
| 21 | | qualifications something that the board took |
| 22 | | very seriously? |
| 23 | A | Oh, yes. |
| 24 | Q | At this point, did you have any conversations |
| 25 | | with Mr. James about the allegations made in the |

Exhibit 20

Page 2 of

Page 18

1    out what the -- the underlying -- basically the
2    score of this thing was.
3  Q  Okay. And turning back to exhibit 1, there are
4    a couple of pages from the Vernell University
5    site.
6  A  Uh-huh (affirmative).
7  Q  Are those pages that you pulled off the website
8    in October 21st, 2003?
9  A  Yeah.
10 Q  What else did you do in terms of an online
11   investigation?
12 A  Well, one of the things that -- that came to my
13   attention was that the -- I have to look and see
14   what they call themselves -- the GAO, the
15   Government Accounting Office
16   -- had done a -- an undercover operation against
17   an outfit called Degrees-R-Us, which was an --
18   basically an online diploma mill.
19       So I pulled up the information from the
20   Government Accounting Office -- they had --
21   they'd done a report for Congress -- and I was
22   reading through all the documents that they had
23   produced in their investigation, and their --
24   the university that they received their degree
25   from was Lexington University.

Exhibit 20
Page 3 of

Page 19

1  So I went out and I -- I did the -- well,
2  one of the first things that caught my eye was
3  the transcript appeared very similar to the
4  transcript that I had received from Mr. James.
5 Q  And if I could have that January report back for
6  a second and we can mark that as exhibit 3.
7           (Exhibit 3 introduced)
8 A  I mean, it -- it was not the -- the same, but
9  most institutions in the stuff you see have
10  their own documents that are uniquely theirs.
11  And to me, when you look at these at a glance,
12  they were very much the same, which could very
13  well have been coincidence, but -- so I went out
14  and went to the Lexington University website,
15  and I -- going through it, trying to figure out
16  -- and -- and the website, once again, seemed
17  eerily similar to what I had seen before at
18  Vernell University.
19     No directions how to get there, some of the
20  terms they used, you know -- I don't remember
21  exactly what it was, but like a -- no other --
22  no -- no other university in this world or, you
23  know -- but when you read it with a -- a kind of
24  a critical eye, it -- to me, it was kind of
25  like, okay, so they're saying there is no

Exhibit 20
Page 4 of

```
 1    university.
 2           And then I got to going through their
 3    alumni associations, and the first name on the
 4    list was -- was what caught my eye is that both
 5    universities -- Vernell and the Lexington -- had
 6    the exact same person listed and had gotten
 7    their degree the same year.
 8           So then I went out and Googled Miss --
 9    Missy something -- I guess I should have stuff
10    in better order here -- but if -- if -- when you
11    -- when you look -- I'll go a little further
12    here -- Miss -- Missy Leonard Alford, '62
13    president.  So then I Googled her name, and I
14    came up with four or five more universities that
15    she had also -- was the president of their
16    alumni association, and I'm assuming '62 was
17    also the year that she graduated, but she had
18    also graduated from the rest of those in '62.
19           So I printed off a bunch of that
20    documentation.  And so I have Vernell,
21    Alexandria, Lexington University, Templeton
22    University, Hampton College all having the exact
23    same alumni list.  It's not just Missy that was
24    at the -- you know, she -- she was the one that
25    caught my eye, and why, I don't know, but it
```

Exhibit 20
Page 5 of ___

Page 21

```
 1           did.  And you can go down through the alumni
 2           list, and they're identical, so these -- however
 3           many people were -- all went to the same
 4           colleges, the same years, and I don't know, it
 5           didn't seem possible to me.
 6    Q      So Lexington was the university that the GAO had
 7           investigated and found to be a diploma mill?
 8    A      Yes.
 9    Q      And Vernell and these other universities shared
10           very similar websites and the exact same.....
11    A      Alumni.
12    Q      .....board members of the alumni association?
13    A      Yes.
14    Q      And what conclusions did you draw from this?
15    A      That they were all diploma mill and they were
16           all run by the same organization.
17    Q      Did you share this information with the rest of
18           the board?
19    A      Yes, I did.
20    Q      And what was the board's reaction?
21    A      It was like the a-ha moment.  It -- it was like,
22           okay.  And -- and so Mr. James was, you know,
23           asked about whether or not that was the case,
24           and, you know, if it -- if they were -- if it
25           was a diploma mill diploma that he had.  A
```

Exhibit. 20
Page 4 of