Page 14

| | | |
|---|---|---|
| 1 | | how he had earned these degrees? |
| 2 | A | Not that..... |
| 3 | Q | Did he ever state that there would be some |
| 4 | | problem with verifying whether or not he |
| 5 | | possessed these degrees? |
| 6 | A | No, I don't believe he ever said there'd be a |
| 7 | | problem, you know, as far as the degrees that he |
| 8 | | had.  He thought there was a problem with |
| 9 | | getting the -- his educational transcripts out |
| 10 | | of Germany, that, you know, proof what -- what |
| 11 | | education he had -- all -- all the education he |
| 12 | | had, besides this, basically. |
| 13 | Q | And what education did he claim he had from |
| 14 | | Germany? |
| 15 | A | You know, specifically, I don't recall, other |
| 16 | | than he claimed that that's where a lot of his |
| 17 | | training had been done. |
| 18 | Q | And why would there be a problem in getting |
| 19 | | transcripts from Germany? |
| 20 | A | It -- there -- nothing I could see. |
| 21 | Q | What did Mr. James say would be a problem? |
| 22 | A | Mr. James felt that it would be far too |
| 23 | | expensive to get the transcripts from Germany |
| 24 | | and have them translated into English so that |
| 25 | | we'd be able to understand them.  At the t Exhibit 20 |

Page 7 of

```
 1            there was a -- a gal that used to work for the
 2            police department who is from Germany and is
 3            very fluent in both writing and speaking German,
 4            that I told him, get what -- get -- you know,
 5            the board told him to get what he could from
 6            Germany, and we would have them translated at
 7            our expense, enough to prove, you know, that he
 8            had the education he was claiming.
 9                    At this point -- at that point, we were not
10            adversarial at all on this thing.  It was a --
11            you know, we need to prove what you're saying so
12            that we can get all this put behind us.
13                    And after -- I don't know, it took a while,
14            but Mr. James finally came up with some German
15            documents which he claimed were the information
16            that proved his education from Germany.  And --
17            and I don't know any German, and I was able to
18            look down through what's there, and very
19            obviously, they were a quote or a specification
20            of some kind on the computer.
21    Q       And is that what was attached to the October 2nd
22            letter that's.....
23    A       Yes.
24    Q       .....part of exhibit 1?  Okay.  Other than that,
25            did he give you any other materials from Germany
```

Exhibit 20
Page 8 of ___

SEAK Professional Services, LLC
2415 Hemlock Street, Suite 104 Ketchikan Alaska 99901

```
1          did.  And you can go down through the alumni
2          list, and they're identical, so these -- however
3          many people were -- all went to the same
4          colleges, the same years, and I don't know, it
5          didn't seem possible to me.
6     Q    So Lexington was the university that the GAO had
7          investigated and found to be a diploma mill?
8     A    Yes.
9     Q    And Vernell and these other universities shared
10         very similar websites and the exact same.....
11    A    Alumni.
12    Q    .....board members of the alumni association?
13    A    Yes.
14    Q    And what conclusions did you draw from this?
15    A    That they were all diploma mill and they were
16         all run by the same organization.
17    Q    Did you share this information with the rest of
18         the board?
19    A    Yes, I did.
20    Q    And what was the board's reaction?
21    A    It was like the a-ha moment.  It -- it was like,
22         okay.  And -- and so Mr. James was, you know,
23         asked about whether or not that was the case,
24         and, you know, if it -- if they were -- if it
25         was a diploma mill diploma that he had.  And Mr.
```

Exhibit 20
Page 9 of ___

1  James adamantly denied that it was not a diploma
2  mill, it was a -- a way of -- how did he put it
3  -- gathering together all of his educational --
4  all the education that he had and combining it
5  into a degree. In other words, the credits and
6  stuff that he had from different schools and --
7  and thereabouts would all count towards his
8  degree from this place.
9  So at that point, it was simple. Well, you
10 had to produce those documents to get your
11 degree, so we'd like to see those documents, you
12 know. And if -- and if that's the case, end of
13 problem. And that was about the time that
14 things really started to unravel, and as I
15 recall, we got a letter from him that basically
16 said he was just too busy at work, he didn't
17 have time to be messing with it, so he wasn't
18 going to give us anything else.
19 Q  And did you receive any additional information
20    from Mr. James at that point to support that he
21    had the education that he claimed?
22 A  No.
23 Q  Turning back to exhibit 1, on page 17 of your
24    fax -- yeah, I think this is it.
25 A  Yeah, here, I'm getting.....

Exhibit 20
Page 10 of ____

Page 8

```
 1  Q    Part of the hiring, did you ever ask him about
 2       the Ph.D. listed on his resume?
 3  A    No.
 4  Q    Do you know if anyone on the board did any
 5       investigation to see whether what Mr. James had
 6       claimed on his resume was actually true prior to
 7       the time he was hired?
 8  A    I don't believe so.  I believe it was taken at
 9       face value.
10  Q    At some point, did questions arise regarding Mr.
11       James' background?
12  A    Yes, through a -- Mr. James was asked to be on a
13       board of the Governor's -- something to do with
14       substance abuse, and quite frankly, I don't know
15       exactly the particulars.  But at one point in
16       time, they were supposed to tour some of the
17       secure facilities up North, and Mr. James, it
18       turned out, had some outstanding warrants and
19       some other issues that -- that came up because
20       of that -- that we -- we became aware of.
21  Q    And what were those issues?
22  A    I believe when it was all said and done, it was
23       more to do with some bad check warrants out of
24       Texas.  I do not know what the value of the
25       checks were or any of that anymore.  At the
```

Exhibit 20
Page 11 of ___