Page 9

| | | |
|---|---|---|
| 1 | | time, I probably could have told you, but it was |
| 2 | | not something that was, you know, extremely out |
| 3 | | of the ordinary. I just went to Mr. James and |
| 4 | | told him that I thought he needed to, you know, |
| 5 | | get hold of somebody down there and get it |
| 6 | | cleaned up, make his restitution or do what he |
| 7 | | needed to do to get square with that. It didn't |
| 8 | | look good to have a director that had warrants |
| 9 | | outstanding for him, whether they were |
| 10 | | extraditable or not. |
| 11 | Q | Were there any other issues that the state |
| 12 | | uncovered with regard to Mr. James' background? |
| 13 | A | The -- the state eventually came to us -- to the |
| 14 | | board and wanted to see some verification of the |
| 15 | | claims that Mr. James had made in his resume, |
| 16 | | and I believe in his application to the state, |
| 17 | | for some reason. |
| 18 | Q | And I'm handing you what we've marked as exhibit |
| 19 | | 1 to your deposition, which is a collection of |
| 20 | | documents that you previously faxed to me. |
| 21 | A | Okay. |
| 22 | | (Exhibit 1 introduced) |
| 23 | Q | Why don't we go through these one by one, and |
| 24 | | you can explain what they are. What are the |
| 25 | | first three pages? |

Exhibit 20
Page 12 of __

```
 1        course for where we had to go.
 2   Q    And at this point, was the state saying it would
 3        cease to fund Avenues unless it could either get
 4        proof that Mr. James had at least a master's
 5        degree from a recognized school or else got a
 6        new executive director?
 7   A    Yes.
 8   Q    And how did that situation ultimately resolve?
 9   A    Exactly the meth -- and Mr. James left.  I am
10        not sure whether he resigned first or was fired
11        first or which way that went, but at -- at the
12        time, it was to the point that the board was
13        fully intent on terminating him, and he may have
14        resigned or offered a resignation.  I -- I just
15        -- it's been long enough ago now that I don't
16        remember the exact particulars of how that went.
17   Q    If he hadn't resigned, would the board have
18        fired him?
19   A    Definitely.
20   Q    Why?
21   A    Basically for lying on his application, and as
22        far as I'm concerned, he was completely
23        insubordinate to the board, wouldn't provide any
24        of the information asked.  I mean, he had just
25        basically -- in my opinion, he decided he wasn't
```

Exhibit 20
Page 13 of ___

| | | |
|---|---|---|
| 1 | | working for us, he was working for himself and |
| 2 | | would do what he pleased, and the board could go |
| 3 | | pack sand. |
| 4 | Q | Mr. James has alleged in his complaint that the |
| 5 | | Salvation Army -- let me get the exact quote -- |
| 6 | | sorry -- that the Salvation Army jointly ran and |
| 7 | | managed the Avenues programs. Is that true? |
| 8 | A | No. |
| 9 | Q | Was there any formal relationship between |
| 10 | | Avenues and the Salvation Army? |
| 11 | A | You know, there might have been some agreement |
| 12 | | as far as -- because the Salvation Army had at |
| 13 | | one time provided, you know, a place for sleep |
| 14 | | for people that didn't have money and stuff like |
| 15 | | that. And there might have been some agreement |
| 16 | | at some point in time where -- but it -- I -- as |
| 17 | | far as a formal agreement, no, not that I'm |
| 18 | | aware of. |
| 19 | Q | Did the Salvation Army have any input into |
| 20 | | hiring decisions for Avenues? |
| 21 | A | No. And -- and -- and you know, I mean, the -- |
| 22 | | Wrangell's a small community. I believe had -- |
| 23 | | there were members -- I -- I was a member for, |
| 24 | | I'm going to say 10 years on the -- on the |
| 25 | | Avenues board. And -- and that may be off |

Exhibit 20
Page 14 of ___

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELLSWORTH ALEXANDER JAMES,   ]
                             ]
            Plaintiff,       ]
                             ]
v.                           ]
                             ]
THE SALVATION ARMY CHURCH, ET AL]
                             ]
            Defendants.      ]Case1:05-cv-0007 JWS
                             ]

VIDEOTAPED DEPOSITION ON ORAL EXAMINATION
OF
THEODORA V. WILLIAMS

11:30 a.m.
July 14, 2008
Wrangell Police Department
Public Service Building
Zimovia Highway
Wrangell, Alaska 99929

Exhibit 21
Page 1 of 3

SEAK Professional Services, LLC
2415 Hemlock Street, Suite 104 Ketchikan Alaska 99901

Page 9

| | | |
|---|---|---|
| 1 | A | We were a drug and alcohol outpatient counseling |
| 2 | | service. |
| 3 | Q | And how many paid staff did it have at the time |
| 4 | | that Mr. James was the director there? |
| 5 | A | Including Alexander, there was three. |
| 6 | Q | Did it also have a board of directors? |
| 7 | A | It did. |
| 8 | Q | Were any members of the board paid for their |
| 9 | | service? |
| 10 | A | No, they were not. |
| 11 | Q | To the best of your recollection, who was on the |
| 12 | | board at the time that Mr. James was there? |
| 13 | A | Gary Hegre, Nancy Hegre, Doug McCloskey, Peter |
| 14 | | Engwald, I believe, Linda Bjorge, Janet Strom, |
| 15 | | Kay Larson. That's all I can say for sure. |
| 16 | Q | Were you the interim director immediately before |
| 17 | | Mr. James was hired? |
| 18 | A | I was. |
| 19 | Q | And what role did you have in the process of |
| 20 | | getting a replacement director? |
| 21 | A | I guess I gathered the applications that came |
| 22 | | in, made copies of them, gave them to the board, |
| 23 | | let the board decide who they would like to |
| 24 | | call, set up times we could call people, the |
| 25 | | applicants that were interested. I didn't make |

Exhibit 21
Page 2 of 3

```
 1        state had questions about Mr. James' degrees?
 2   A    Yes, I did.
 3   Q    Did Mr. James represent that he had degrees from
 4        any particular institution?
 5   A    I believe from Vernell University and University
 6        of Maryland.
 7   Q    In Maryland Park?
 8   A    No, I think he just said the University of
 9        Maryland.  I'm not sure.  That's -- it was five
10        years ago.
11   Q    Did he have any diplomas on display in his
12        office?
13   A    He did.  One of them was from Vernell
14        University, and one was from Maryland.
15   Q    And did he use the title doctor on a day-to-day
16        basis?
17   A    Yes, he did.
18   Q    Were you involved in any of the investigations
19        as to whether or not these degrees that Mr.
20        James claimed he had were verifiable or were
21        real?
22   A    Oh -- was I involved?  I don't think I was, not
23        directly.  I may have looked for phone numbers
24        or something like that, but I don't think I was
25        directly involved.
```

Exhibit 21
Page 3 of 3