RESPONSE TO INTERROGATORY NO. 1

Education:
University of Maryland University College Europe
UMUC-Europe
Im Bosseldorn 30
69126 Heidelberg Germany

Fort Steilacoom Community College
9401 Farwest Dr SW
Lakewood, WA 98498

Wright State University
3640 Colonel Glenn Highway
Dayton, Ohio, 45435

University of Houston
4800 Calhoune Road
Houston, Texas 77004

New Horizons
Substance Abuse Training
and Certification
Houston, TX

Houston Therapies
Training and Education
in Gay, Lesbian and Gender
Issues counseling.
Houston, Texas

Weg der Mitte Berlin Zehlendorf
Weg der Mitte ganzheitliches Gesundheitszentrum
Ahornstr. 18, D-14163 Berlin

Vernell University                              Ph.D. 06/1997
Registrar Records Repository                    M.S. 05/1983
400 route 211 East
Middletown, NY 10940

Exhibit  /
Page  /  of  //



### RESPONSE TO INTERROGATORY NO. 2

I have 15 years of experience in the field of Industrial Psychology and Social Research. In 1995 I became the senior partner at Psychological Consultants International Gmbh, in Berlin Germany. While there I developed communications and cultural diversity training programs for multi-national corporations in Europe and Asia. Returning to the United States in 1998, I participated in several international social development projects. After 3 years at the Office Depot headquarters in Florida, I was offered a post as executive director in Wrangell Alaska in 2002. In 2004 I became director of Wrangell Wellness, a social service non-profit and in 2006 became a senior partner in the consulting group James, Velox and James. I have been married for 16 years, I now have 3 children, and continue his work social service and advocacy and am currently involved in research in the areas of cultural genetics and environmental trauma. My lectures topics include: Cultural Genetics, Traditional Grief, Intergenerational Trauma, Diversity Management Strategies, True Diversity in the Global Market, From Slavery to Survivor.

---

**Fahrleitungsbau GmbH** Wolbeckstr. 19                                     80K DM
D-45329 Essen
Electronic Engineer Assistant

PCI Berlin Kufurstendam 11                                                 87K DM
10719 Berlin
Administration of group activities and executive management of international projects
Project development and coordination of field implementation strategies
Developed Business to Business diversity training for European Union business development team at the opening of European borders.

Sigma Consulting Group, Inc.                                                --
PO Box 570813
Houston, TX 77257
Day to Day administration of a diversity management and training consulting firm
Research and development of diversity management strategies for corporations, public sector and government organizations.
Public Relations and advertising management for the division
Development of cultural studies and international social program development
On site cultural advisor

Office Depot Headquarters                                                  56K
Germantown Rd.
Delray beach, Florida
Day to Day administration of a 20 million dollar division in the U.S. and Canada
Product research and development for U.S. and Canadian markets.
Public Relations and advertising management for the division
Provide education and training to regional and district managers in the U.S. Canada

Exhibit 1
Page 2 of 11

Quadriga Technology Corp
Boca Raton, Florida
Day to Day administration of a for profit organization
Investor relations, technology training and education
Public Relations
Provide education and training to staff
Recruiting and Human Resources management for all personnel

Avenues to Recovery                                                55K
Wrangell, AK 99929
Day to Day administration of a non profit organization
Grant writing and administration
Public Relations
Provide education and training to the community
Recruiting and Human Resources management for all personnel

Wrangell Wellness                                                  12,300 to 15,000
PO Box 771
Wrangell AK, 99929
Day to Day administration of a non profit organization
Grant writing and administration
Provide education and training to the community
Recruiting and Human Resources management for all personnel
International and Domestic Research project design and coordination
Cultural education

James Velox & James
PO Box 1033
Wrangell, AK 99929
James, Velox and James is an independent social research consulting partnership. The research consulting partnership provides professional services to clients in government, non government and private sector agencies and organizations. My group provides reliable data for studies and research focusing on health disparities, social services and education in special populations.

RESPONSE TO INTERROGATORY NO. 3

My work requires no professional licensure and
I have none.

RESPONSE TO INTERROGATORY NO. 4

Exhibit _1_
Page _3_ of _11_

Be specific, the claim against the defendant is actionable slander, criminal history is irrelevant.

RESPONSE TO INTERROGATORY NO. 5

| Year | Amount | Source | Paid |
|---|---|---|---|
| 2003 | 50K | Avenues to Recovery | Monthly |
| | 1,107.56 | Permanent Fund | Yearly |
| 2004 | 15K | Wrangell Wellness | Monthly |
| | 919.84 | Permanent Fund | Yearly |
| 2005 | 12,300 | Wrangell Wellness/ATEP | Monthly |
| | 846.76 | Permanent Fund | Yearly |
| 2006 | 12,300 | Wrangell Wellness/ATEP | Monthly |
| | 1106.96 | Permanent Fund | Yearly |

RESPONSE TO INTERROGATORY NO. 6

a) 1) That I had committed acts of fraud.
2) That I had been fired from my post as Director of Avenues to Recovery as a result of these acts of fraud.

b) These statements were made at Avenue's board meetings in November 03, December 03, and continually at community club state and organizational board functions and meetings both in and outside of Wrangell regularly attended by the Salvation Army, from November 2003 through late spring 2004.

c) Members present at Avenues board meetings: Kay Larsen, Janet Strom, Members of the Wrangell American Legion: Steve Murphy, Alaska Native Brotherhood and Wrangell Ministerial Society, State of Alaska: Bob Hogan, Boys and Girls Club of South-Central Alaska: Guy Klabundie,

d) The Salvation Army is connected to every Native, Civic, Religious and Municipal board, committee and group in the Wrangell community. The Salvation Army Church has a long history in the Southeast and several generations of parishioners regularly attend services and participate in Salvation Army programs. The post of representative and pastor the Salvation Army Church in Wrangell is one of great responsibility as those in these positions are expected to embody the principles of

Exhibit 1
Page 4 of 11

Christianity and charity, and are respected as such by all. Being repeatedly slandered by someone in this position has had deep and far-reaching effects.

1. My bank accounts were closed and I was unable to open new accounts for several years. During this time I was forced to use non banking connected debit cards with high usage fees as a means to conduct personal financial business.

    1a. I am being charged fees and interest and by the Ketchikan Credit Bureau on amounts I was unable to pay because of the loss of income. This activity has placed me in a unfavorable category for service providers like auto insurance and home insurance. I currently and will continue to be charged higher rates, fees and interest as a result.

2. Patrons of the Salvation Army Church were hostile making it difficult to move freely in the community without reservations of verbal attack or molestation.

    2a  Slanderous remarks made by the Salvation Army Church in Wrangell has made me, my wife and children targets of individuals and groups that oppose interracial marriages and mixed children. The actionable slander perpetrated by the Salvation Army Church gives license to those with bias show their hostility toward us. We did not have these issues when we first arrived, we were accepted irrespective of our ethnicity or religious affiliation. Those that did have issues with that left us alone.

    2b  Slanderous statements were made by the Salvation Army in Wrangell to the Wrangell ministerial society which the ministers took back to their respective congregations; this caused ongoing problems with community members. Causing open ridicule while out in the community impairing my ability move about freely, to live and work and develop collaborative projects in the community.

    2c  The Salvation Army has a long history among the Alaska Native people in Wrangell. This incident has sparked threats of grievous bodily harm toward me and my family. My son has been accosted several times on the way home from school and in the Boys and Girls club community facility. The children that attacked my son hurled slurs that could have only come from their parents which may have believed that in some way, they were supporting the opinion of the Wrangell Salvation Army Church.

Exhibit 1
Page 5 of 11