JENNIFER M. COUGHLIN
MELISSA A. BAST
K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | |
|---|---|
| Plaintiff, | SUPPLEMENTAL AFFIDAVIT OF JENNIFER M. COUGHLIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| v. | |
| THE SALVATION ARMY CHURCH, et al., | |
| Defendants. | Case No. 5:05-cv-0007-JWS |

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

Jennifer M. Coughlin, being first duly sworn, deposes and states as follows:

1. I am an attorney for Defendant The Salvation Army in this matter. I have personal knowledge of the facts contained herein, and am competent to testify thereto.

2. As set forth in my August 15, 2008 affidavit submitted in support of summary judgment, the last portion of Plaintiff's deposition was not completed until August 15, 2008. As no transcript was available at the time we filed our summary judgment motion, paragraphs 24 through 28 contained my recollections of what Plaintiff had said in his deposition on various issues. We received the transcript on August 18, 2008, and I have

- 1 -

attached the relevant sections of the transcript.

3.  In paragraph 24 of my prior affidavit, I stated that "Mr. James testified that the Avenues Board met once a month in the evenings. In addition to the Gary and Nancy Hegre (who were Salvation Army officers), other Avenues board members included a public health nurse employed by the State, a police officer, a religious leader of the Bahai community, an aide to a state Representative, an employee of the Alaska Marine Highway, some school district employees, a person who ran a home for the developmentally disabled, the president of a local Native association, and a diver." True and correct copies of pp. 26-28 from the August 15, 2008 transcript of the James deposition (which contain Plaintiff's testimony on this subject) are attached.

4.  In paragraph 25 of my prior affidavit, I stated that "Mr. James testified that none of the "internships" listed on the resume submitted to Avenues was part of any formal educational process or other organized training. What James considers an "internship in abnormal psychology" was the experience he obtained working as a paid psychiatric technician in a hospital in Houston whose name he cannot recall. Similarly, the "1 year internship in alcohol and drug counseling" was the same thing as his year of paid employment as a counselor for Houston Therapies. His "1 year internship for international organizational psychology" was the work that he had done at Sigma, where he learned from working with his German colleagues (although he was not being supervised by anyone)." True and correct copies of pp. 4-16 from the August 15, 2008 transcript of the James deposition (which contain Plaintiff's testimony on this subject) are attached.

5.  In paragraph 26 of my prior affidavit, I stated that "James stated that the Ph.D referenced in the American Psychological Association membership directory was not Humbolt State University in California, but was "Humbolt University" in Berlin. James testified that "Humbolt University" was very similar to Vernell, that he did not attend any

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

classes, and that he obtained his degree on the basis of his submission of a paper. He also testified that he does not have a bachelors' degree, although he stated that he had enough credits to get one through his participation in educational programs while he was in the military." True and correct copies of pp. 9-10 and 18-22 from the August 15, 2008 transcript of the James deposition (which contain Plaintiff's testimony on this subject) are attached.

6.   In paragraph 27 of my prior affidavit, I stated that "James stated that Hegre had made the same kind of statements which are the subject of his defamation claim to a woman named Lovey Brock who was associated with The Salvation Army church in some manner. He testified that Ms. Brock had an influential position with her native council, and that Wrangell Wellness (James' employer after Avenues) had been told that they would get grants from a Tlingit and Hyda [sic] housing group, but that Ms. Brock had blocked their ability to get these grants. James tied her actions in blocking his grants to Hegre's statements." True and correct copies of pp. 28-34 from the August 15, 2008 transcript of the James deposition (which contain Plaintiff's testimony on this subject) are attached.

7.   In paragraph 28 of my prior affidavit, I stated that "James stated that his civil conspiracy claims are based on his belief that Hegre made the same kinds of statements he alleges are defamatory to Ms. Brock and to the ministerial alliance (a group of pastors and other religious leaders in Wrangell)." True and correct copies of pp. 36-39 from the August 15, 2008 transcript of the James deposition (which contain Plaintiff's testimony on this subject) are attached.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Jennifer M. Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

- 3 -

SUBSCRIBED AND SWORN to before me this 19th day of August, 2008.

Barbara K. Price
Notary Public in and for the State of Alaska
My commission expires: 5/26/10

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street
Anchorage, AK 99501


via ☒ mail   ☐ email   ☐ hand delivery


:/s/ Jennifer M. Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969