Ellsworth Alexander James
August 15, 2008

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA
 2

 3   ELLSWORTH ALEXANDER JAMES,        )
                                       )
 4             Plaintiff,              )
                                       )
 5   vs.                               )
                                       )
 6   THE SALVATION ARMY CHURCH, et al.,)
                                       )
 7             Defendants.             )
                                       )
 8   Case No. 5:05-cv-0007-JWS
 9
10
11   _____
12            DEPOSITION OF ELLSWORTH A. JAMES
                         VOLUME III
13   _____
14
                        August 15, 2008
15                        9:02 a.m.
16
                          Taken at:
17         The Law Office of K & L Gates LLP
               420 L Street, Suite 400
18                  Anchorage, Alaska
19
20
21   Reported by:   Leslie J. Knisley
                    Shorthand Reporter
22
23
24
25
```

COPY

Ellsworth Alexander James
August 15, 2008

```
 1                A-P-P-E-A-R-A-N-C-E-S
 2
     For Plaintiff (Pro Se):
 3
                    MR. ELLSWORTH A. JAMES
 4                  801 Karluk, Apartment 316
                    Anchorage, Alaska   99501
 5
 6   For Defendants:
 7                  K & L GATES LLP
                    420 L Street, Suite 400
 8                  Anchorage, Alaska   99501-1971
                    BY:  JENNIFER M. COUGHLIN
 9                  (907) 276-1969
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Ellsworth Alexander James
August 15, 2008

```
1                    I-N-D-E-X

2   ELLSWORTH A. JAMES, VOLUME III    AUGUST 15, 2008

3                   EXAMINATION

4                                          PAGE

5        BY MS. COUGHLIN                    4

6                   EXHIBITS

7   NUMBER          DESCRIPTION             PAGE

8   (No exhibits were marked.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ellsworth Alexander James
August 15, 2008

```
 1                    PROCEEDINGS
 2              ELLSWORTH A. JAMES,
 3      having been sworn, testified as follows:
 4                    EXAMINATION
 5      Q    (BY MS. COUGHLIN)  I'm handing you
 6  exhibits from the deposition.  Can you turn to
 7  Exhibit 4?
 8      A    Exhibit 4.
 9      Q    The tab's over on the right, and if you
10  go to tab 4.
11      A    Okay.
12      Q    Your resume lists several internships.
13  Can you tell me where and when you completed your
14  two-year internship in abnormal psychology?
15      A    Yes.  As I said before, this -- my
16  resume is general in nature.  This two-year
17  internship is actually a time that I completed --
18  what was the name of that hospital -- the
19  hospital in Houston, late '80s.  It was so long
20  ago.  It doesn't exist anymore.  It was part of a
21  large hospital corporation, and they have since
22  either been bought or changed names.  I cannot
23  remember what the name of that hospital was.
24              But I was on the psychiatric ward
25  and I worked with two psychiatrists.  I worked
```

```
 1   for the hospital, but I worked under two
 2   psychiatrists, Dr. David Glass and Dr. -- it was
 3   Dr. David Axelrod, and what was Dr. Glass' first
 4   name -- I want to say William.  I can't be
 5   certain anymore; it was just so long ago.
 6       Q    And what were you doing as part of this
 7   internship?
 8       A    To begin, I was just dealing with the
 9   psych patients, groups, daily activities, and
10   just before I left the hospital I was actually
11   working with Dr. Axelrod.  I was just sitting in
12   more groups, therapy sessions, you know, that
13   kind of thing.
14            At that time Dr. Axelrod was one of
15   the few psychiatrists that was actually
16   practicing alternative therapies; art therapy,
17   sound therapy, hypnosis, just things outside of
18   the normal psychiatric bag.  And he was kind of,
19   you know, kind of known for that.  He actually
20   ran, I think it was the Texas Pain and Stress
21   Clinic, a chronic pain clinic.  Again, it was
22   sometime ago.
23       Q    And was this internship part of a formal
24   program with a university?
25       A    No, no, it wasn't.  It wasn't.
```

```
1    Q    What was it a part of?
2    A    It was a part -- it wasn't a part of any
3    organized training program.  These are
4    nontraditional training experiences that I set up
5    for myself.  I knew people there and I was able
6    to get on there and I was actually employed by
7    the hospital, but I worked with these two
8    doctors.
9              Dr. Glass -- remember, I said
10   before that in Texas at this time, this is just
11   before substance abuse counselors were actually
12   being certified.  There was no certification
13   before.  This is just before the CADAK (sic)
14   period.  And Dr. Glass was one of a group of
15   physicians and services that were actually doing
16   substance abuse programs whole-hearted.  I mean,
17   there were whole hospitals that were devoted just
18   to substance abuse.  This was the time that that
19   was really going on.
20             Now, Dr. Glass actually had space
21   on the sixth floor of this hospital, and that's
22   what he did 24/7.  He dealt with substance abuse
23   patients.  Now, the patients that came to see
24   Dr. Glass, you know, some of them came from here.
25   If there was somebody on the Slope that needed to
```

Ellsworth Alexander James
August 15, 2008

```
 1   dry out, they sent them to Texas, and they went
 2   into the clinic for a couple of weeks and got
 3   some therapy and went through the program and
 4   then, you know, back to the Slope.  So the people
 5   that came into these programs had to have really
 6   good insurance because it was incredibly
 7   expensive.
 8              So, again, I'll say this and I'll
 9   say this throughout my -- the questions here,
10   throughout my deposition, is that my education is
11   in no way traditional.  I move around way too
12   much for that.  It is in no way traditional and I
13   never presented it as being traditional.  These
14   are things that I have experienced, things that I
15   have done to work, you know, in the areas that I
16   wanted to work in.  It provided a lot of
17   information, I got to see a lot of things, and
18   I'm not tied to a specific program.
19       Q    When you said you were employed by the
20   hospital during this period, what were you
21   employed as?
22       A    The name of the position was psychiatric
23   technician.
24       Q    And was that a full-time job?
25       A    Yes.
```

Ellsworth Alexander James
August 15, 2008

```
 1     Q      And were you doing your internship
 2  before and after your workday as a psychiatric
 3  technician, or was your internship included
 4  during the hours --
 5     A      It was included, because I was taking
 6  classes.  I was invited to participate in groups.
 7  People knew what I was doing, so they would say,
 8  well, hey, why don't you come here, would you
 9  like to do, would you like to come here with us,
10  would you like to observe this.  And so it was
11  all-inclusive; before, after, before hours, after
12  hours, during hours.  I had a fairly good
13  understanding with the director of the floor, so
14  I was allowed to do these things.
15     Q      Are there educational requirements for
16  being a psychiatric technician, or were there in
17  Texas at that time?
18     A      In Texas at that time you had to have
19  some experience, although the experience was not
20  descriptive.  It really depended on your
21  interview, what your experience was, and I'd had
22  experience before.
23     Q      And where was this previous experience?
24     A      As far as actual psychiatric experience
25  goes, it was more of hospital experience.  For
```

Ellsworth Alexander James
August 15, 2008

```
 1   example, I worked -- in high school I worked in
 2   the emergency room.  Both my parents were in that
 3   field, so I was surrounded by it all the time.
 4   My mother was a psychiatric nurse, so I often did
 5   things with her.  I would be invited, you know,
 6   for summer jobs and things like that.  I worked
 7   in health care centers.  While they were not
 8   specifically psychiatric in nature, I was
 9   associated with that.
10              So I don't know what the criteria
11   is today, but then there was no real
12   certification.  It's kind of on-the-job training,
13   I guess it was, and of course I had already had
14   about 30 hours of psych classes at that time.
15   Q     Do you have a bachelor's degrees?
16   A     Nope.  I have enough credits to have a
17   bachelor's degree.  During my first tour in the
18   military, I attended the University of Maryland.
19   And being in the military, just like being an
20   expatriate, there are a number of educational
21   programs that you can take advantage of.
22              University of Maryland has, and I
23   believe they still do, but I can't be certain --
24   what do they call it -- they actually have a
25   European campus.  That's what they call it,
```

Ellsworth Alexander James
August 15, 2008

```
 1   University of Maryland European Campus.  And it's
 2   primarily for military, military dependents.  And
 3   their staff goes to Europe and you have classes
 4   everywhere; bunkers, kitchens, board rooms,
 5   wherever there's a space.  Usually after hours,
 6   always after hours because it's students -- I
 7   mean, it's soldiers and dependents that are
 8   taking advantage of these courses.  So I did
 9   these during my first military tour.
10   Q     So that was between 1980 and 1987?
11   A     Yeah, between '79, yeah.  Now, the thing
12   is is once you leave the United States, hardly
13   anything transfers.  So if you come back to the
14   United States, you know, you've got all these
15   credits, you've got all these courses, but they
16   don't necessarily transfer to any other program.
17              And that was the issue with -- even
18   though it's University of Maryland, they don't
19   necessarily transfer to programs back in the U.S.
20   And there were many, many schools like that.
21   Because I was always traveling, because I was
22   always going, you know, I was here and there, it
23   was these programs that I used, and so I really
24   didn't have much choice but to develop my own
25   curriculum.
```