Ellsworth Alexander James
August 15, 2008

1        And because I didn't stay in one
2   geographical area, I didn't really have to, and
3   the reason I didn't have to is most
4   certifications are regional in nature.  They only
5   qualify you to do something in a certain area, a
6   state, a series of states, a country.  But if you
7   bounce between one country and another or one
8   state or another or one region or another, it
9   really doesn't make any difference because it's
10  just not going to do anything for you.
11       Now, again, I want to go on record.
12  I'm answering your questions, but I do want to go
13  on record.  I am objecting to this line of
14  thought simply because it alludes that I used
15  anything but my experience in the initial board
16  discussion for employment.  I will say again:  I
17  told the board that my education was
18  nontraditional and that any degrees that I held
19  would not be valid for any kind of licensure, for
20  any kind of certification, and that it was my
21  experience that I thought would help their
22  program.
23  Q    Why did you classify the two-year
24  internship that you previously talked about as
25  being in abnormal psychology?

Ellsworth Alexander James
August 15, 2008

1    A    Being on the psych ward, it's a locked
2    ward, so you see only the most severe cases.
3    It's not just substance abuse, although a lot of
4    it is exacerbated by substance abuse. You get to
5    see some severe forms of schizophrenia, severe
6    forms of bipolar and, you know, various other
7    illnesses. And so it would be considered
8    abnormal psychology.
9    Q    Your resume also indicates that you
10   completed a one-year internship in alcohol and
11   drug counseling. What was that internship?
12   A    That was during the time I was working
13   with Dr. Patterson. Dr. Patterson was a
14   Ph.D. level psychologist in Houston, and he had a
15   practice by the name of Houston Therapies. As I
16   said, this is just before Texas was implementing
17   the certified drug and alcohol program, and I was
18   actually taking one of the first courses.
19   Q    Where were you taking that course?
20   A    There was a substance abuse school in
21   Houston and, again, I can't remember the name.
22   I'm going to call it Sunrise. I think it was
23   called Sunrise. It was a substance abuse school
24   and treatment center, and I think it was one of
25   the first schools to actually offer the certified

Ellsworth Alexander James
August 15, 2008

```
 1   drug and alcohol certification on a mass level,
 2   on a classroom level, and I actually took that
 3   course there.
 4        Q    When you were doing your internship with
 5   Dr. Patterson, were you also a paid employee of
 6   Dr. Patterson's?
 7        A    Yes.
 8        Q    And what was your paid employment?
 9        A    What was my paid employment?
10        Q    Yeah.
11        A    What do you mean by that?
12        Q    What was your title?
13        A    I was doing substance abuse therapy.
14        Q    And were you called a therapist, or was
15   this another psychiatric tech job?
16        A    You can use the -- drug and alcohol
17   counselor.
18        Q    Okay.  And your one-year internship was
19   running at the same time as your paid employment
20   as a drug and alcohol counselor?
21        A    Yeah, I was working both places.
22        Q    When you say you were working both
23   places, what's the second place?  If one of them
24   is working with Dr. Patterson for the internship,
25   where are you working as a paid drug and alcohol
```

1  counselor?

2  A   They're one and the same.  Let me say
3  this:  You're taking my resume and perhaps you're
4  using it as a roadmap.  Maybe you're taking it
5  too literal.  I'll say again:  My resume is
6  general in nature, and it's only meant to provide
7  my general experience.
8           Now, if I put together my own
9  internships, there's nothing that says I can't do
10 that.  When I say nontraditional, that's exactly
11 what I mean.  You know, if you look around today,
12 there are schools all over the place that give
13 you all kinds of certifications.  That doesn't
14 mean those certifications are worth anything.
15           Now, when I take these on, I learn
16 certain things.  I'm able to view, witness
17 certain modalities and I use those in my own
18 work.  So, again, this is my resume, I put it
19 together, and it doesn't mean anything more than
20 that.
21 Q   What was the one-year internship for
22 international organizational psychology?
23 A   That was with -- that was when I was in
24 Northeast Germany.  We talked about that.  That
25 was with Sigma Consulting, Sigma International.

```
 1     Q      And during which period of your
 2   association with Sigma?
 3     A      When I first went to Europe in '90 --
 4   between '91 and '92.
 5     Q      And am I correct that you started up and
 6   owned Sigma?
 7     A      I -- I started up and owned Sigma when
 8   I -- Sigma Consulting when I came back to the
 9   States.  Sigma International was myself and other
10   professionals.  So I had a part in it, yes.
11     Q      And who were you doing your internship
12   under for this Sigma International internship?
13     A      The internship was an association.  It
14   wasn't a traditional internship like you would
15   be -- like I was under Dr. Patterson.  It wasn't
16   an internship like you're being supervised by
17   someone.  I wasn't being supervised by anyone,
18   because that's not the kind of work we were
19   doing.  So the internship was learning from my
20   German colleagues.
21     Q      And how about the one-year internship in
22   alternative therapies, where and when was that?
23     A      That would be talking about the time
24   that I spent in the psychiatric ward.  Those were
25   alternative therapies.
```

```
 1     Q     So was that one-year internship running
 2   contemporaneously with the two-year internship in
 3   abnormal psychology?
 4     A     Uh-huh.
 5     Q     During the time period when you were
 6   with Psychological Consultants International,
 7   your resume indicates that you provided alcohol
 8   and drug counseling. Did you provide that
 9   personally, or did you connect the executives
10   that you were coaching with other professionals?
11     A     No. It was actually part of the
12   coaching, executive coaching that I provided to
13   these executives. As I said before, most of
14   these companies were multi-nationals and were
15   publicly owned. The last thing they wanted was
16   their mid-level or upper-level executives going
17   out for this kind of help. Now, most times these
18   executives were -- they were always American.
19   They were away from home and were experiencing
20   substance abuse issues.
21             In the course of executive
22   coaching, we talk about accountability and we
23   address the substance abuse disorder under
24   accountability. So you basically got two for
25   one. We're dealing with one issue; it's very
```

Ellsworth Alexander James
August 15, 2008

```
1    A      47?
2    Q      Yeah, at the bottom.
3    A      47.
4    Q      Okay.  Is this -- is the typewritten
5    comments your statements to the people at DHSS
6    that you faxed this to?
7    A      Uh-huh.
8    Q      I'm sorry, I don't think that would get
9    recorded on the transcript.  Was that a yes?
10   A      Oh, I'm sorry.  Yes.
11   Q      This indicates that:  It should be noted
12   that I have earned multiple degrees from various
13   institutions both in the U.S. and abroad, and
14   that the institution listed in the directory is
15   not in the U.S.
16          What was the institution that was
17   listed in the directory?
18   A      The institute that's listed in the
19   directory is -- it's supposed to be Humboldt
20   State University, but it should have listed
21   Humboldt University.
22   Q      And where is Humboldt University?
23   A      It's in Berlin.
24   Q      And when did you get a degree from
25   Humboldt University in Berlin?
```

1   A   Between '96 -- well, first, I will again
2   object to the line of questioning. This is
3   assuming that I actually presented this
4   information for employment. I did not. It was
5   not produced for employment. I did not present
6   it for employment. So it does not speak to the
7   complaints in my defamation case against The
8   Salvation Army. It is in no way relevant.
9   Q   And I understand that that's your
10  position, and Judge Sedwick will eventually sort
11  out the differences between your position and my
12  position.
13  A   Right.
14  Q   But in the meantime --
15  A   In the meantime, I will say that I
16  attended many schools. I studied under various
17  professionals, and at times I've even created my
18  own internships to do my own work.
19  Q   And when did you get the Ph.D. from
20  Humboldt?
21  A   In '97.
22  Q   And did you attend classes at Humboldt?
23  A   No, no, I didn't. It's very much
24  similar to the degree I have from Vernell. It's
25  actually -- it's very similar. If you're an

Ellsworth Alexander James
August 15, 2008

```
1    expatriate, you have opportunities to do things
2    like this.  Now, they're not accredited in any
3    way.  For my purposes, I don't need
4    accreditation.  I wasn't looking for
5    accreditation.
6        Q    So to get the degree from Humboldt, did
7    you submit your own self-evaluation of your work?
8        A    You submit a project.  For example, I
9    write a lot.  Right now, for example, I do a lot
10   of work in intergenerational trauma.  I've always
11   worked in this general area, and so I go where I
12   need to go, I take what I need to take in order
13   to further my own work.
14                There is no -- there is no school,
15   there is no course work for what I do, so I have
16   to go wherever I need to go to get the
17   information I need to further my own work.  Now,
18   being in Europe and doing what I did there
19   afforded me the ability to meet -- to come across
20   some very interesting people and I was able to
21   study under them, I was able to learn from them,
22   and I was able to put those together in the
23   papers that I wrote.
24                Now, I will say that I'm very
25   careful about the papers that I write simply
```