Ellsworth Alexander James
August 15, 2008

```
 1   because there's no way to copyright your work.
 2   You put a paper out there -- in the United States
 3   you put a paper out there, it goes to the Library
 4   of Congress, so it's always yours. But if you're
 5   abroad, there is no such thing. So someone can
 6   take your work and not give you credit for it and
 7   there's nothing you can do about it. So I'm very
 8   careful about what I do.
 9              So in answer to your question, you
10   write a thesis, you support it, and they evaluate
11   it. It's not accredited in any way, and it's
12   valuable only to me as far as my work goes.
13   Q    If you'd gotten a Ph.D. from Humboldt in
14   1997 --
15   A    Uh-huh.
16   Q    -- why did you think it was necessary or
17   desirable to get another Ph.D. from Vernell in
18   the same year?
19   A    Personal preference. I mean, I have no
20   answer for that. You know, I really don't
21   believe there's a logical reason why I would have
22   to answer that. It doesn't apply to the
23   situation at hand. It has nothing to do with my
24   complaint against The Salvation Army.
25              If I wanted to take ceramic-making,
```

Ellsworth Alexander James
August 15, 2008

```
 1   I'd do it because I wanted to do it.  I really
 2   don't see the line of questioning.  I really
 3   don't.  It's something that I wanted to do.  It's
 4   something that I thought, I will do this.  I
 5   object to the line of questioning.  I don't think
 6   it's relevant.  And we can move on.
 7       Q    Did Humboldt issue you a diploma?
 8       A    Yeah, actually they did.
 9       Q    Was that a diploma that you ever
10   displayed in your office?
11       A    No.
12       Q    What diplomas did you display in your
13   office?
14       A    You know, I really couldn't tell you
15   what was in my office.  This was quite a long
16   time ago and, again, it's irrelevant.  It does
17   not speak to my complaint.
18       Q    Did you ever have a diploma from
19   Maryland Park University?
20       A    Maryland Park University.
21       Q    Or the University of Maryland Park?
22       A    University of Maryland Park.  I cannot
23   recall.
24       Q    Did you ever attend Columbia Pacific
25   University?
```

```
 1   once a month.
 2      Q     I wasn't looking for a day.  I was
 3   looking for, did they meet over the lunch hour?
 4   Did they meet after the workday?
 5      A     No.  It was always in the evening.
 6      Q     And you've identified in your discovery
 7   responses the people who were on the board during
 8   this period.  That's in response to interrogatory
 9   No. 8.
10      A     8.
11      Q     And I know that Gary and Nancy Hegre
12   were captains with The Salvation Army, but I'd
13   like to know who employed the rest of the board.
14            Who did Janet Strom work for?
15      A     She was an employee of the State.  She
16   was the public health nurse.
17      Q     How about Kay Larson?
18      A     Kay Larson was the religious leader of
19   the Baha'i community.
20      Q     I know Doug McCloskey was with the
21   police department at that time.
22            Who did Becky Rooney work for?
23      A     Becky Rooney at that time was an aide to
24   Peggy Wilson.
25      Q     And who was Peggy Wilson?
```

Ellsworth Alexander James
August 15, 2008

```
1    A     A representative.  Shame on you.
2    Q     Who was Rhonda Fotchman's employer?
3    A     What's it called?  Alaska Marine
4  Highway.  Ferry system.
5    Q     Who employed Kathy Kirschner?
6    A     The school district, Wrangell School
7  District.
8    Q     Was she a teacher?
9    A     She was a special education person.  She
10 was a special education specialist, I guess you
11 would call her.  Speech therapist.
12   Q     Who was Pete Engwall's employer?
13   A     He was a diver.
14   Q     And how about Linda Bjorge?
15   A     Bjorge.  She -- I don't know if you'd
16 call it owned or operated -- she owned and
17 operated, I suppose, Bjorge House, which was a
18 house for developmentally disabled persons.
19   Q     And looking at the board for 2002, who
20 was John Feller's employer?
21   A     In 2002 John Feller's employer -- it was
22 the local Native association.  He was actually
23 the president of the local Native association.
24 Their exact name, I don't remember.
25   Q     And how about Lynn Feller?
```

```
 1    A      Lynn Feller -- let's see -- what was
 2    she?  She eventually was a schoolteacher in
 3    Dillingham, but at that time she was a grant
 4    writer, and I don't remember the name of the
 5    company she worked with.
 6    Q      But some other local nonprofit?
 7    A      I'm not even sure it was a nonprofit.  I
 8    think it was a for-profit organization.  I would
 9    even call it self-employed.  I think it was her
10    organization.
11    Q      How about Luella Knapp?
12    A      School district, Wrangell School
13    District.
14    Q      Was she another teacher?
15    A      Luella Knapp is a certified teacher, but
16    at the time she -- she was involved with Native
17    programs.  I'm not sure where or what she was
18    doing in those programs, but she was employed by
19    the school district.
20    Q      And how about Scott McKay?
21    A      He was a schoolteacher.  I'm fairly
22    certain he was a schoolteacher.
23    Q      Okay.  In addition to your defamation
24    claims, you've also got claims for intentional
25    interference with economic relations.
```

Ellsworth Alexander James
August 15, 2008

```
 1     A     Uh-huh.
 2     Q     How does that differ from your
 3   defamation claim?
 4     A     As I mentioned before, The Salvation
 5   Army has a relatively large footprint in the
 6   Southeast.  It's been around for a long time, and
 7   a large part of the Native community actually
 8   belongs to The Salvation Army church.  Now,
 9   that's slowly changing as they're going to other
10   churches and doing other things, but I think you
11   still find that somewhat true.
12                 Living on an island, it's hard to
13   know anybody's actual name.  They all have
14   nicknames.  Lovey Brock, she actually has a
15   business.  It's called B.B. Brock.  I know she
16   has -- it's a jewelery store.  So I'm not exactly
17   sure what her name is, but everybody called her
18   Lovey.  She was associated with The Salvation
19   Army church.
20     Q     Associated in what sense?
21     A     I can't say if she was an actual member
22   at the time, if she was a member before, but she
23   was definitely associated with the pastor and his
24   wife.
25     Q     And how does this connect up to
```

```
 1   intentional interference?
 2       A     I'm moving forward.  A lot of what
 3   Captain Hegre was discussing with everyone else
 4   he discussed directly with her.  As a matter of
 5   fact, I think she may have been who he discussed
 6   it with first.
 7       Q     And how do you know this?
 8       A     Remember the young lady I was telling
 9   you about?  I couldn't remember her name.  I said
10   it was Deborah.
11       Q     Uh-huh.
12       A     Okay.  It's either Pettigrew or
13   Peterson.
14       Q     Okay.
15       A     Okay.  Deborah Pettigrew or Peterson was
16   Lovey Brock's niece.  Now, Lovey Brock is kind of
17   a -- she's a real -- she's a Haida woman.  Haida
18   women are very assertive.  They're very
19   mercantile like, very business-minded and very,
20   very strong-willed and, you know, this is her
21   religion.  This is her faith we're talking about
22   here.  She's fervent about it.  And when Captain
23   Hegre talked to her about all the things that he
24   talked about, she -- basically, I heard about it
25   from her niece whose son I was dealing with.
```