Ellsworth Alexander James
August 15, 2008

```
 1    More importantly, she became a very vocal person
 2    on the local Native council.
 3                 Now, a lot of the programs that I
 4    had in Wrangell Wellness were funded by Tlingit
 5    and Haida Housing.  Another of Lovey Brock's
 6    relatives happened to be one of the grant
 7    specialists with Tlingit and Haida Housing.
 8    After we were told we had certain grants and we
 9    were actually waiting for the disbursement dates
10    for those grants for programs at Wrangell
11    Wellness, Lovey Brock as a member of the Native
12    council blocked those grants or influenced
13    Tlingit and Haida Housing.  This interfered with
14    those monies that we were promised for
15    educational and other programs that we had at
16    Wrangell Wellness and included in that was my
17    pay.
18    Q      And what's your basis for believing that
19    Lovey Brock blocked these grants or influenced
20    the boards not to go through with the grants?
21    A      Other board members.
22    Q      Other board members of Tlingit and Haida
23    Housing?
24    A      Other board members of the local Native
25    organization.
```

Ellsworth Alexander James
August 15, 2008

1    Q      Okay.

2    A      And I believe that organization is

3    called the Wrangell Cooperative.

4    Q      So board members of Wrangell Cooperative

5    told you that Lovey Brock was trying to stop your

6    funding?

7    A      Yeah, basically.  I mean, and I knew

8    that myself.  I can't say that she actually said

9    it to my face, but she said it to everybody else.

10   Q      And what did she say?

11   A      You know, when things like that get

12   started, it's not a matter of exact words because

13   nobody ever talks to you directly.  I mean, if it

14   were that simple, then perhaps you could have

15   done something about it, but the problem is that

16   nobody tells you anything.

17                  I can tell you that through other

18   board members Captain Hegre talked to Lovey Brock

19   and Lovey Brock doesn't want you doing anything

20   in this town, so she's going out of her way to

21   block anything that you're doing.  Now, that's

22   paraphrasing.  Remember, this is a town of some

23   1700 people, and Lovey Brock was one of the more

24   vocal of these 1700 people and an elder, which

25   means something.

Ellsworth Alexander James
August 15, 2008

1    Q     And you tie Lovey Brock's desire not to
2    have you doing anything in the town to statements
3    that Hegre made to her?
4    A     Directly.
5    Q     And do you know what those statements
6    were?
7    A     You know, I think those statements will
8    become evident at trial as one of my witnesses
9    was on the board and she will be able to express
10   that.
11   Q     And who is this witness?
12   A     Luella Knapp.
13   Q     And what do you think Ms. Knapp is going
14   to say about what Lovey Brock said?
15   A     Well, I can't tell you exactly what the
16   words are going to be.  I can paraphrase for you,
17   but I think this -- it will be enough to
18   correlate exactly what's going on here.  It will
19   be enough to illustrate interference with
20   economic relations.
21   Q     And what, even paraphrased, do you think
22   Luella Knapp is going to say that Lovey Brock
23   said?
24   A     I can't answer the question any better
25   than I answered the last question.  It's

Ellsworth Alexander James
August 15, 2008

1    basically the same question.  At trial we'll be

2    able to bring that out.  I can only paraphrase.

3        Q    And what can you paraphrase?

4        A    I just paraphrased it for you.  Okay.

5             Let's go here.  Let's go here.

6    Remember, you asked me, what did Hegre say that

7    damaged you, that caused you harm or grief?

8    Okay.  Well, I mean, there are the obvious things

9    he said to his supervisor in the e-mails to his

10   supervisor, which were rather colorful and

11   flagrant, but he -- one of the things that he

12   always said was that he kept talking about

13   credentials.  He doesn't have the credentials,

14   okay.  He lied about his credentials.  All right.

15            Now, that in itself is a big issue

16   because you can read anything else you want into

17   that.  The issue that we have with that statement

18   is that no credentials were produced for this

19   position, and it was an understanding that if

20   certain credentials were what they were looking

21   for, then I was not the person for them.

22            Now, where we get into this, and

23   this is what I really believe is the crux of this

24   issue, is that Captain Hegre knew what was

25   discussed in the initial meeting, yet he didn't

Ellsworth Alexander James
August 15, 2008

```
 1    conversation unless it's given voice, and the
 2    words of a religious leader gave this voice.  It
 3    gave the subliminal racism a face and that face
 4    was mine.  And that is what caused the damage;
 5    loss of consortium, loss of income, loss of
 6    health, loss of community enjoyment, defamation
 7    and slander.
 8        Q    So is your claim for intentional
 9    interference with economic relations the economic
10    harm that you believed you suffered as a result
11    of Hegre's defamatory statements?
12        A    Yes.
13        Q    How about your claim for alleged civil
14    conspiracy.
15        A    Alleged civil conspiracy is exactly what
16    he was doing with Lovey Brock and other members
17    of the community.
18              I also believe and will seek to
19    prove at trial that he intimidated members of his
20    own board.  Toward the end of my tenure with the
21    Avenues program, the board was predominantly
22    women.  By this time Peeting (ph) Wall had left
23    the board; Scott McKay had left the board; John
24    Feller had left the board.  I think the only
25    other man left was Doug McCloskey, who was
```

Ellsworth Alexander James
August 15, 2008

```
 1    usually busy with police matters, so he didn't

 2    make every meeting.  So usually you had a group

 3    of women sitting there.

 4        Q      But who do you think Hegre was

 5    conspiring with?

 6        A      I thought I made that clear.  One of the

 7    persons that he was dealing with, I know, was

 8    Lovey Brock because he was talking to her.

 9        Q      Other than Lovey Brock, who do you think

10    he was conspiring with?

11        A      You know, the entire ministorial (sic)

12    alliance.

13        Q      What's the ministerial alliance?

14        A      The ministorial alliance is a group of

15    ministers on Wrangell Island.  There are eight,

16    nine churches on the island, thereabout, and then

17    you have the Baha'i faith, which is kind of out

18    there on its own, okay.  He shared his personal

19    views with the entire ministorial alliance.

20        Q      And how do you know that?

21        A      After Captain Hegre was removed from the

22    island, there was nobody there for a while.  And

23    the new Salvation Army pastor and his wife that

24    came in, naturally being Salvation Army, he was

25    automatically a member of the ministorial
```

Ellsworth Alexander James
August 15, 2008

```
 1    alliance.  I have this from him.

 2        Q      And who is that person?

 3        A      You know, I can't tell you.  Hopefully

 4    I'll remember his name.  Listen, let me say this:

 5    This Salvation Army pastor, the second one, the

 6    person that came after Hegre, tried his best to

 7    repair the damage that Hegre did.  He actually

 8    talked to me.  He actually brought me in and he

 9    talked to me about it.  He told me exactly what

10    he did.  He told me what the other ministers

11    thought.

12        Q      And what did he tell you the other

13    ministers thought?

14        A      I can't -- well, basically what he told

15    everybody else.  Liar, thief, misrepresented

16    credentials, et cetera, et cetera, et cetera.

17    Now, you know, you have a group of -- my wife was

18    Catholic, so I kind of had an in with the

19    Catholic priest and he didn't really attend the

20    ministorial alliance much anyway.  But you have

21    the Episcopal, you have the Church of God, you

22    have the Lutherans, of course The Salvation Army

23    church, and there were maybe one or two others.

24    Okay.

25                    These are people that live
```

Ellsworth Alexander James
August 15, 2008

```
 1    relatively sheltered lives and they're, you know,

 2    not big city folks and maybe tend to be a little

 3    narrow-minded.  You have someone -- a fellow

 4    members of religious society condemning someone,

 5    well, you know, they form their own opinions and

 6    it gets passed on to their congregations, and

 7    before you know it you have everybody in town

 8    pointing fingers at you.  That's the way it went.

 9                  I'm still trying to remember that

10    name.  I'll -- I will find it for you and forward

11    it to you because I think it's very important.

12    He actually lives in Petersburg.  He's retired

13    now.  He lives in Petersburg with his wife, so

14    he's not hard to find.  But he did mention that.

15    I think toward the end, just before I left the

16    island, one or two of the pastors, they didn't

17    say anything, but they tried to include me in

18    things where they just didn't want to know who I

19    was before.  After, maybe they thought different

20    and, again, that's just the way I perceived it.

21    Of course some things you can never change.

22    Q     You indicated, I think, in the last

23    deposition session that Steve Murphy told you

24    that Hegre was making statements about you.

25    A     Yes.
```

Ellsworth A. James, Volume III

1                        CERTIFICATE

2

3          I, LESLIE J. KNISLEY, Notary Public for

4     the State of Alaska, and Shorthand Reporter, do

5     hereby certify that the foregoing proceedings were

6     taken before me at the time and place herein set

7     forth; that the witness was sworn to tell the truth;

8     that the proceedings were reported stenographically

9     by me and later transcribed by computer

10    transcription; that the witness requested signature;

11    that the foregoing is a true record of the

12    proceedings taken at that time; and that I am not a

13    party to, nor do I have any interest in, the outcome

14    of the action herein contained.

15         IN WITNESS WHEREOF, I have hereunto set

16    my hand and affixed my seal this 18th day of August,

17    2008.

18

19

20                              LESLIE J. KNISLEY

21                              Notary Public, State of Alaska

22                              My commission expires:   02/22/11

23

24

25