RECEIVED
SEP 0 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ELLSWORTH A. JAMES
801 Karluk Street NO. 316
Anchorage, AK 99501
Telephone: (907) 310-5785
sjames@jvjresearch.com
Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ELLSWORTH ALEXANDER JAMES,

        Plaintiff,

v.

THE SALVATION ARMY CHURCH, et al.,

        Defendants.

Case No. K05-0007 (JWS) Civil

MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE
SALVATION ARMY CHURCH'S
MOTION FOR SUMMARY
JUDGEMENT

**I,** Ellsworth Alexander James, proceeding without a lawyer, respectfully moves the Court for an extension of time to respond to the Motion for Summary Judgment filed by Defendant.

I Ellsworth James respectfully request that I be granted an extension of time pursuant to rule 6b(1) of the Federal Rules of Civil Procedure, to and including September 19th 2008, within which to file a response to the Salvation Army Church's Motion.

I have conferred with counsel for The Salvation Army Church regarding requested extension and there was no opposition to an extension. The undersigned Plaintiff respectfully requests an extension to September 19th to respond to The Salvation Army Church's motion.

PLAINTFF'S REPLY TO MOTION FOR EXTENSION
*James v. The Salvation Army, et al.,* Case No. K05-0007 (JWS) Civil
Page 1 of 2

ELLSWORTH A. JAMES
801 KARLUK STREET
NO. 316
ANCHORAGE, AK 99501
TELEPHONE: (907) 310-5785

DATED at Anchorage, Alaska this 4th day of September, 2008.

By: _E. A. James_
        Ellsworth A. James
        Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of
September 2008, a true copy of the for going
Was delivered to:

Jennifer M. Coughlin
420 L Street, Suite 400
Anchorage, AK 99501

Attorneys for the Defendant The Salvation Army Church.

Via: Hand Delivery

ELLSWORTH A JAMES
801 KARLUK STREET
NO. 316
ANCHORAGE, AK 99501
TELEPHONE: (907) 310-5785

PLAINTFF'S REPLY TO MOTION FOR EXTENSION
*James v. The Salvation Army, et al.,* Case No. K05-0007 (JWS) Civil
Page 2 of 2