JENNIFER M. COUGHLIN
MELISSA A. BAST
K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES, | **MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
|---|---|
| Plaintiff, | |
| v. | |
| THE SALVATION ARMY CHURCH, et al., | Case No. 5:05-cv-0007-JWS |
| Defendants. | |

    Defendant The Salvation Army does not oppose Plaintiff's motion for an extension of time to file his opposition to The Salvation Army's Motion for Summary Judgment. However, the undersigned counsel for The Salvation Army will be on vacation at the time that Plaintiff will be filing his opposition, and will not return until September 27. The Salvation Army therefore respectfully requests an extension of time until October 3, 2008 within which to file a reply brief.

DATED at Anchorage, Alaska this 5th day of September, 2008.

K&L GATES LLP

By: /s/ Jennifer M. Coughlin
Jennifer M. Coughlin, Alaska Bar No. 9306015
Melissa A. Bast Alaska Bar No. 0511093
Attorneys for Defendants The Salvation Army Church
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
jennifer.coughlin@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street
Anchorage, AK 99501

via ☒ mail   ☒ email   ☐ hand delivery

By: /s/ Jennifer M. Coughlin