JENNIFER M. COUGHLIN
MELISSA A. BAST
K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969

Attorneys for Defendants, The Salvation Army

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELLSWORTH ALEXANDER JAMES,<br><br>                              Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY CHURCH, et al.,<br><br>                              Defendants. | **(Proposed)**<br>**ORDER GRANTING MOTION**<br>**FOR EXTENSION OF TIME TO**<br>**FILE REPLY**<br><br>Case No. 5:05-cv-0007-JWS |
|---|---|

The Court has considered Defendant The Salvation Army's Motion for Extension of Time to file its Reply Brief in support of Summary Judgment.

IT IS HEREBY ORDERED:

Defendant The Salvation Army's Reply Brief in Support of its Motion for Summary Judgment is hereby granted, and the Reply Brief shall be filed by Friday, October 3, 2008.

DATED this ___ day of _____, 2008.

                                                                                                         _____
                                                                                                          The Honorable John W. Sedwick
                                                                                                          District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2007, a true copy of the foregoing was delivered to:

Ellsworth Alexander James
801 Karluk Street
Anchorage, AK 99501


via ☒ mail    ☒ email    ☐ hand delivery

By:/s/ Jennifer M. Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

- 2 -